1 | Michael B. Moore, Esq. (SBN 62182)
595 Market Street, Suite 1320
2 | San Francisco, California 94105
Telephone: (415) 956-6500
3 | Facsimile: (415) 956-6580
Email: mbm@moore-law.net

4

Ralph W. Boroff, Esq. (SBN 59164)
5 | 55 River Street, Suite 100
Santa Cruz, CA 95060
6 | Telephone: (831) 458-0502
Facsimile: (831) 426-0159

7

Attorneys for Plaintiffs

8

**FILED**
MAY 1 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA
NORTHERN DISTRICT OF THE STATE OF CALIFORNIA
SAN JOSE DIVISION

JIMMY D. HAWS, SETH DANIEL HAWS, and MIA SKYE HAWS, minors, by and through their guardian ad litem, CARRIE A. HAWS, and CARRIE A. HAWS, individually,

Plaintiffs,

v.

COUNTY OF MONTEREY, MICHAEL KANALAKIS, NATIVIDAD MEDICAL CENTER and DOES 1-300, inclusive,

Defendants.

CASE NO.:

C07 02599

PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM

Petitioner states as follows:

1. I am the parent of Seth Daniel Haws, a minor of the age of four years; and Mia Skye Haws, a minor of the age of three years, and the wife of Jimmy D. Haws.

2. I am about to commence an action in this court against the County of Monterey for loss of consortium on behalf of me and my minor children and violation of civil rights of my husband, Jimmy D. Haws who suffered severe brain damages in an assault at the Monterey County Jail due to the fault of the County of Monterey and others.

3. My children and my husband have no general guardian and no previous petition for

1
Petition and Order for Appointment of Guardian Ad Litem

1 appointment of a guardian ad litem has been filed in this matter.

2  4.  I, Carrie A. Haws, reside at 210 Vivian Street, King City, California 93930, am a competent and responsible person and fully competent to act as guardian ad litem for my children, Seth and Mia, and my husband, Jimmy D. Haws.

5.  I, Carrie A. Haws am willing to act as guardian ad litem of my children, Seth and Mia and my husband, Jimmy D. Haws.

WHEREFORE, petitioner moves the Court for an order appointing her as guardian ad litem of Seth Daniel Haws, a minor, Mia Skye Haws, a minor, and Jimmy D. Haws, an incompetent person for the purposes of bringing action against the County of Monterey, et al, on the claim hereinabove stated.

Date: May 2, 2007         LAW OFFICE OF MICHAEL B. MOORE

By: _____Michael B. Moore_____
Michael B. Moore, Attorney for Petitioner

**CONSENT OF PETITIONER/NOMINEE**

I, CARRIE A. HAWS, Petitioner and Nominee herein, consent to act as guardian ad litem for my minor children, Seth Daniel Haws and Mia Skye Haws, and for my husband, Jimmy D. Haws.

By: _____Carrie A. Haws_____
Carrie A. Haws, Petitioner/Nominee

**ORDER**

The petition for order appointing CARRIE A. HAWS as guardian ad litem for the minor children, Seth Daniel Haws and Mia Sky Haws, and for Jimmy D. Haws is GRANTED.

Dated: May 17, 2007

_____
United States ~~District Judge~~
Magistrate Judge

2
Petition and Order for Appointment of Guardian Ad Litem