**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
———————
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

## June 6, 2007

**CASE NUMBER: CV 07-02599 RS**
**CASE TITLE:  JIMMY D. HAWS, ET AL-v-COUNTY OF MONTEREY, ET AL**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Case Assigned to the Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 6/6/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                    Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies           Special Projects
Log Book Noted                                   Entered in Computer 6/6/07

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                        Transferor CSA