1  CHARLES J. McKEE        (SBN 152458)
   County Counsel
2  TRACI A. KIRKBRIDE      (SBN 195690)
   Deputy County Counsel
3  Office of the County Counsel
   County of Monterey
4  168 West Alisal Street, 3rd Floor
   Salinas, California 93901-2680
5  Telephone: (831) 755-5045
   Facsimile: (831) 755-5283
6  Email: kirkbrideta@co.monterey.ca.us

7  Attorneys for Defendants COUNTY OF MONTEREY and
   MICHAEL KANALAKIS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY D. HAWS, SETH DANIEL HAWS, and MIA SKYE HAWS, minors, by and through their guardian ad litem, CARRIE A. HAWS, and CARRIE A. HAWS, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY, MICHAEL KANALAKIS, NATIVIDAD MEDICAL CENTER and DOES 1-300, inclusive,<br><br>Defendants. | Case No. C 07-02599 JF<br><br>DEFENDANTS COUNTY OF MONTEREY AND MICHAEL KANALAKIS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT WITH PREJUDICE [F.R.C.P. 12(b)(1) and (6)]<br><br>Date: July 20, 2007<br>Time: 9:00 AM<br>Ctrm.: 3, 5th Floor<br>Judge: Hon. Jeremy Fogel<br>Action Filed: May 16, 2007 |

**TO THE PLAINTIFFS, AND TO THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on July 20, 2007, at 9:00 a.m. in Courtroom #3, 5th Floor, of the United States District Court for the Northern District of California, located at 280 South First Street, San Jose, California, Defendants COUNTY OF MONTEREY and MICHAEL KANALAKIS will and hereby do move the court for an order dismissing plaintiffs' complaint with prejudice. This motion is made pursuant to Fed. R. Civ. P., Rules 12(b)(1) and (6) on the grounds that the court lacks jurisdiction over the subject matter and for failure to state a claim upon which relief can be granted.

This motion shall be supported by this Notice of Motion, the Memorandum of Points and

Authorities, upon all papers and pleadings on file herein, and upon such oral argument as may be presented at the hearing on this matter.

DATED:  June 11, 2007.

Respectfully submitted,

CHARLES J. McKEE, County Counsel

By   /S/ Traci A. Kirkbride
    TRACI A. KIRKBRIDE
    Deputy County Counsel

Attorneys for Defendants COUNTY OF MONTEREY and MICHAEL KANALAKIS