# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JIMMY HAWS, SETH DANIEL HAWS, and MIA SKYE HAWS, minors, by and through their guardian ad litem, CARRIE A. HAWS, and CARRIE A. HAWS, individually,<br><br>              Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY, MICHAEL KANALAKIS, NATIVIDAD MEDICAL CENTER and DOES 1-300, inclusive,<br><br>              Defendants.<br>_____/ | Case No. C 07-02599 JF<br><br>[Proposed] ORDER ON DEFENDANTS COUNTY OF MONTEREY AND MICHAEL KANALAKIS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT<br>[F.R.C.P. 12(b)(1) and (6)]<br><br>Date:         July 20, 2007<br>Time:        9:00 a.m.<br>Ctrm:        3, 5th Floor<br>Judge:       Hon. Jeremy Fogel<br>Action Filed: May 16, 2007 |

       The Defendants County of Monterey and Michael Kanalakis' Motion to Dismiss Plaintiffs' Complaint having come on regularly for hearing on July 20, 2007, at 9:00 a.m., before the Honorable Jeremy Fogel in Courtroom #3, 5th Floor, located at 280 South First Street, San Jose, California. Deputy County Counsel Traci A. Kirkbride appeared on behalf of Defendants County of Monterey and Michael Kanalakis. Plaintiffs appeared through their attorney of record. Other appearances were as noted on the record.

       After considering the papers filed in support of and in opposition to Defendants' Motion to Dismiss, and the arguments presented by the parties,

1     THE COURT ORDERED:

2     Defendants' Motion to Dismiss Plaintiffs' Complaint pursuant to F.R.C.P. 12(b)(1) and (6) is

3 hereby granted with/without leave to amend;

4     IT IS SO ORDERED.

6 DATED:   July \_\_\_\_, 2007.            _____

7                                                               JEREMY FOGEL
                                                              United States District Judge

9 F:\WPWIN60\TXT\LIT\400\Haws\Mtn Dismiss.Order.wpd