```
CHARLES J. McKEE          (SBN 152458)
County Counsel
TRACI A. KIRKBRIDE        (SBN 195690)
Deputy County Counsel
Office of the County Counsel
County of Monterey
168 West Alisal Street, 3rd Floor
Salinas, California  93901-2680
Telephone:  (831) 755-5045
Facsimile:  (831) 755-5283
Email: kirkbrideta@co.monterey.ca.us

Attorneys for Defendants COUNTY OF MONTEREY and
MICHAEL KANALAKIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY HAWS, SETH DANIEL HAWS, and MIA SKYE HAWS, minors, by and through their guardian ad litem, CARRIE A. HAWS, and CARRIE A. HAWS, individually,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY, MICHAEL KANALAKIS, NATIVIDAD MEDICAL CENTER and DOES 1-300, inclusive,<br><br>　　　　　Defendants.<br>_____/ | Case No. C 07-02599 JF<br><br>REPLY BY DEFENDANTS COUNTY OF MONTEREY AND MICHAEL KANALAKIS TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS PLAINTIFFS' COMPLAINT WITH PREJUDICE<br><br>Date:　　　　July 20, 2007<br>Time:　　　　9:00 AM<br>Ctrm.:　　　　3, 5th Floor<br>Judge:　　　　Hon. Jeremy Fogel<br>Action Filed:　May 16, 2007 |

**1.　STANDING**

Concerning the alleged loss of consortium claims by Plaintiffs, it should be noted that the situation here in the present case is not like the circumstances in the cases cited by Plaintiffs in their opposition in that here, we are not dealing with a deceased individual (*Smith v. City of Fontana*, 818 F.2d 1411 (9th Cir. 1987) (overruled in part by *Hodgers-Durgin v. De La Vina*, 199 F.3d 1037 (9th Cir. 1999)) or one who has been deported to another country (*Morrison v. Jones*, 607 F.2d 1269 (9th Cir. 1979). Therefore, these cases are not on point with the instant case.

**2.　CONCESSIONS BY PLAINTIFFS**

Given the multiple concessions by Plaintiffs in their Opposition (Plaintiffs' Opposition,

page 5, line 18; page 8, line 5; page 13, line 2), Defendants' Motion to Dismiss should be granted.

**3. <u>CONCLUSION</u>**

These moving Defendants stand on their Points and Authorities previously filed in support of their Motion to Dismiss the complaint in this matter. Defendants respectfully request that the Court grant their motion.

DATED: July 6, 2007.

Respectfully submitted,

CHARLES J. McKEE, County Counsel

By /S/ Traci A. Kirkbride
TRACI A. KIRKBRIDE, Deputy County Counsel

Attorneys for Defendants COUNTY OF MONTEREY and MICHAEL KANALAKIS

F:\WPWIN60\TXT\LIT\400\Haws\Reply to Opp to Mtn Dismiss.wpd