UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, July 20, 2007
**Case Number:** CV-07-2599-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**      **JIMMY HAWS, ET AL  V. COUNTY OF MONTEREY, ET AL**

**PLAINTIFF**                                   **DEFENDANT**

**Attorneys Present: Michael Moore, Ralph Boroff**     **Attorneys Present: Traci Kirkbride**

---

PROCEEDINGS:
    Hearing on Motion to Dismiss held.  Parties are present.
    The motion is granted with leave to amend.  The Court shall issue an order.