UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jimmy D. Haws, et al.

Plaintiff(s),

v.

County of Monterey, et al.

Defendant(s).

CASE NO. CV 07-2599 JF

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
  request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference August 29, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Traci Kirkebride | Defendant County of Monterey | (831) 755-5045 | kirkbrideta@co.monterey.ca.us |
| Ralph Boroff | Plaintiff Jimmy D. Haws | (831) 458-0502 | rwb_attorney@1stcounsel.com |
| David Sheuerman | Defendant Natividad Medical Center | (408) 288-9700 | dsheuerman@smtlaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 8/8/07

Ralph Boroff
Attorney for Plaintiff

Dated: 8/8/07

Traci Kirkbride
Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."