1   Ralph W. Boroff, Esq. (SBN 59164)
    55 River Street, Suite 100
2   Santa Cruz, CA  95060
    Telephone: (831) 458-0502
3   Facsimile: (831) 426-0159

4   Michael B. Moore, Esq. (SBN 62182)
    595 Market Street, Suite 1320
5   San Francisco, CA 94105
    Telephone: (415) 956-6500
6   Facsimile: (415) 956-6580

7   Attorneys for Plaintiffs

8

9          IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA
               NORTHERN DISTRICT OF THE STATE OF CALIFORNIA
10                          SAN JOSE DIVISION

11
    JIMMY D. HAWS, SETH DANIEL HAWS )       Case No.  C 07-02599 JF
12  and    MIA SKYE HAWS, minors, by and )
    through their guardian ad litem, CARRIE A. )   **STIPULATION OF PARTIES TO**
13  HAWS, and CARRIE A. HAWS, individually )   **CONTINUE INITIAL CASE**
                                          )   **MANAGEMENT CONFERENCE**
14              Plaintiffs,               )   **(CIVIL L.R. 16-10)**
                                          )
15          v.                            )
                                          )
16  COUNTY OF MONTEREY, MICHAEL )
    KANALAKIS, NATIVIDAD MEDICAL )
17  CENTER and DOES 1-300, inclusive,     )
                                          )
18              Defendants.               )
                                          )
19  ────────────────────────────────────

20         Comes now Ralph W. Boroff, Esq., attorney for plaintiffs, David Sheuerman, attorney for

21  defendant Natividad Medical Center, and Traci A. Kirkbride, Deputy County Counsel, attorney for

22  defendants County of Monterey and Michael Kanalakis who stipulate and agree as follows:

23         (1)    On May 16, 2007, the Court set Initial Case Management Conference pursuant to

24  Local Rule 16-10 for August 29, 2007.

25         (2)    On July 20, 2007, the Court heard defendants' County of Monterey and Michael

26  Kanalakis Motion to Dismiss, denying and granting in part.

27

1       (3)    On July 27, 2007, the Court issued its written Order upon Motion to Dismiss, granting

2   plaintiffs twenty days in which to file their amended complaint and defendants a like amount of time

3   in which to respond.

4       (4)    The parties anticipate that the complaint will be answered and the parties able to

5   address the issues appropriate for Intial Case Management if the hearing is continued to September

6   _21_, 2007, in Court Room 4, Fifth Floor, United States Courthouse, 280 South First Street, San

7   Jose, California.

8       It is so stipulated the last date signed below.

9

10  Date: 10 August, 2007

                                          Ralph W. Boroff, Esq.
11                                        Attorney for Plaintiffs

12
    Date: _____
13                                        David Sheuerman, Esq.
                                          Attorney for Defendant
14                                        Natividad Medical Center

15
    Date: _____
16                                        Traci A. Kirkbride,
                                          Deputy Counsel
17                                        Attorney for Defendants
                                          County of Monterey and Michael Kanalakis
18

19                        **ORDER [ L.R. 16-2 (e) ]**

20      Good cause appearing, it is hereby ordered that Initial Case Management Conference in the

21  above entitled matter shall be continued to September _21_, 2007, at 10:30 (a.m./p.m.) in Court

22  Room 4 of the Court located at 280 South First Street, San Jose, California.

23      It is os ordered this _____ day of August, 2007

24

25
                                          JEREMY FOGEL
26                                        UNITED STATES DISTRICT JUDGE

27

28  *Jimmy D. Haws, et al. V. County of Monterey, et al.*                           Case No. C 07-02599 JF
    **STIPULATION OF PARTIES AND ORDER TO**
    **CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**                                 Page 2 of 2

                                          - 2 -

08/16/2007 09:51 8314260159 MARTINI & TABARI LAW Fax:408-295-9900 Case 5:07-cv-02599-JF Document 22 BOROFF SMI Filed 08/16/2007 Aug 16 2007 10:02am P003/003 Page 3 of 3 04704

AUG-16-2007 09:45 MO. CO. COUNSEL 831 755 5283 P.03/03

1 (3) On July 27, 2007, the Court issued its written Order upon Motion to Dismiss, granting

2 plaintiffs twenty days in which to file their amended complaint and defendants a like amount of time

3 in which to respond.

4 (4) The parties anticipate that the complaint will be answered and the parties able to

5 address the issues appropriate for Initial Case Management if the hearing is continued to September

6 :21___, 2007, in Court Room 4, Fifth Floor, United States Courthouse, 280 South First Street, San

7 Jose, California.

8 It is so stipulated the last date signed below.

9

10 Date: 10 August, 2007

11        Ralph W. Boroff, Esq.
           Attorney for Plaintiffs

12 Date: 8/16/07

13        David Sheuerman, Esq.
           Attorney for Defendant

14        Natividad Medical Center

15 Date: 8-16-07

16        Traci A. Kirkbride,
           Deputy Counsel

17        Attorney for Defendants
           County of Monterey and Michael Kanalakis

18

19       **ORDER [ L.R. 16-2 (a) ]**

20 Good cause appearing, it is hereby ordered that Initial Case Management Conference in the

21 above entitled matter shall be continued to September __21__, 2007, at 10:30 (a.m./p.m.) in Court

22 Room 4 of the Court located at 280 South First Street, San Jose, California.

23 It is os ordered this ____ day of August, 2007

24

25

26       JEREMY FOGEL
         UNITED STATES DISTRICT JUDGE

27

28 *Alvany O. Perez, et al. V. County of Monterey, et al.*       Case No. C 07-02599 JF
  STIPULATION OF PARTIES AND ORDER TO
  CONTINUE INITIAL CASE MANAGEMENT CONFERENCE     Page 2 of 2