1  Ralph W. Boroff, Esq. (SBN 59164)
   55 River Street, Suite 100
2  Santa Cruz, CA 95060
   Telephone: (831) 458-0502
3  Facsimile: (831) 426-0159

4  Michael B. Moore, Esq. (SBN 62182)
   595 Market Street, Suite 1320
5  San Francisco, CA 94105
   Telephone: (415) 956-6500
6  Facsimile: (415) 956-6580

7  Attorneys for Plaintiffs

8

9           IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA
             NORTHERN DISTRICT OF THE STATE OF CALIFORNIA
10                         SAN JOSE DIVISION

11

   JIMMY D. HAWS, SETH DANIEL HAWS )     Case No.  C 07-02599 JF
12 and   MIA SKYE HAWS, minors, by and )
   through their guardian ad litem, CARRIE A. )  STIPULATION OF PARTIES TO
13 HAWS, and CARRIE A. HAWS, individually )     CONTINUE  INITIAL  CASE
                                          )     MANAGEMENT CONFERENCE
14         Plaintiffs,                    )     (CIVIL L.R. 16-10)
                                          )
15         v.                             )
                                          )
16 COUNTY OF MONTEREY, MICHAEL )
   KANALAKIS, NATIVIDAD MEDICAL )
17 CENTER and DOES 1-300, inclusive,      )
                                          )
18         Defendants.                    )
                                          )
19

20         Comes now Ralph W. Boroff, Esq., attorney for plaintiffs, David Sheuerman, attorney for

21 defendant Natividad Medical Center, and Traci A. Kirkbride, Deputy County Counsel, attorney for

22 defendants County of Monterey and Michael Kanalakis who stipulate and agree as follows:

23         (1)    On May 16, 2007, the Court set Initial Case Management Conference pursuant to

24 Local Rule 16-10 for August 29, 2007.

25         (2)    On July 20, 2007, the Court heard defendants' County of Monterey and Michael

26 Kanalakis Motion to Dismiss, denying and granting in part.

27

1  (3) On July 27, 2007, the Court issued its written Order upon Motion to Dismiss, granting
2  plaintiffs twenty days in which to file their amended complaint and defendants a like amount of time
3  in which to respond.

4  (4) The parties anticipate that the complaint will be answered and the parties able to
5  address the issues appropriate for Intial Case Management if the hearing is continued to September
6  __21__, 2007, in Court Room 4, Fifth Floor, United States Courthouse, 280 South First Street, San
7  Jose, California.

8  It is so stipulated the last date signed below.

10  Date: 10 August, 2007

        _____
        Ralph W. Boroff, Esq.
11      Attorney for Plaintiffs

12
13  Date: _____
        _____
        David Sheuerman, Esq.
        Attorney for Defendant
14      Natividad Medical Center

15
16  Date: _____
        _____
        Traci A. Kirkbride,
        Deputy Counsel
17      Attorney for Defendants
        County of Monterey and Michael Kanalakis
18

19                    **ORDER [ L.R. 16-2 (e) ]**

20  Good cause appearing, it is hereby ordered that Initial Case Management Conference in the
21  above entitled matter shall be continued to September __21__, 2007, at 10:30 (a.m./p.m.) in Court
22  Room 4 of the Court located at 280 South First Street, San Jose, California.

23  It is os ordered this __27th__ day of August, 2007

        _____
        JEREMY FOGEL
26      UNITED STATES DISTRICT JUDGE

28  *Jimmy D. Haws, et al. V. County of Monterey, et al.*                                 Case No. C 07-02599 JF
    **STIPULATION OF PARTIES AND ORDER TO**
    **CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**                                       Page 2 of 2

1     (3)    On July 27, 2007, the Court issued its written Order upon Motion to Dismiss, granting
2 plaintiffs twenty days in which to file their amended complaint and defendants a like amount of time
3 in which to respond.
4     (4)    The parties anticipate that the complaint will be answered and the parties able to
5 address the issues appropriate for Initial Case Management if the hearing is continued to September
6 21, 2007, in Court Room 4, Fifth Floor, United States Courthouse, 280 South First Street, San
7 Jose, California.
8     It is so stipulated the last date signed below.

10 Date: 10 August, 2007

Ralph W. Boroff, Esq.
Attorney for Plaintiffs

12 Date: 8/16/07

David Sheuerman, Esq.
Attorney for Defendant
Natividad Medical Center

15 Date: 8-16-07

Traci A. Kirkbride,
Deputy Counsel
Attorney for Defendants
County of Monterey and Michael Kanalakis

19     **ORDER [ L.R. 16-2 (a) ]**

20     Good cause appearing, it is hereby ordered that Initial Case Management Conference in the
21 above entitled matter shall be continued to September 21, 2007, at 10:30 (a.m./p.m.) in Court
22 Room 4 of the Court located at 280 South First Street, San Jose, California.
23     It is os ordered this ___ day of August, 2007

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

Alvarez et al. v. County of Monterey, et al.
STIPULATION OF PARTIES AND ORDER TO
CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Case No. C 07-02599 JF

Page 2 of 2

-2-