CHARLES J. McKEE           (SBN 152458)
County Counsel
TRACI A. KIRKBRIDE         (SBN 195690)
Deputy County Counsel
Office of the County Counsel
County of Monterey
168 West Alisal Street, 3rd Floor
Salinas, California 93901-2680
Telephone: (831) 755-5045
Facsimile: (831) 755-5283
Email: kirkbrideta@co.monterey.ca.us

Attorneys for Defendants COUNTY OF MONTEREY and
MICHAEL KANALAKIS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY D. HAWS, SETH DANIEL HAWS, and MIA SKYE HAWS, minors, by and through their guardian ad litem, CARRIE A. HAWS, and CARRIE A. HAWS, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY, MICHAEL KANALAKIS, NATIVIDAD MEDICAL CENTER and DOES 1-300, inclusive,<br><br>Defendants.<br>_____/ | Case No. C 07-02599 JF<br><br>DEFENDANTS COUNTY OF MONTEREY AND MICHAEL KANALAKIS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT WITH PREJUDICE<br>[F.R.C.P. 12(b)(6)]<br><br>Date:    November 2, 2007<br>Time:    9:00 AM<br>Ctrm.:   3, 5th Floor<br>Judge:   Hon. Jeremy Fogel<br>Action Filed: May 16, 2007 |

**TO THE PLAINTIFFS, AND TO THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on November 2, 2007, at 9:00 a.m. in Courtroom #3, 5th Floor, of the United States District Court for the Northern District of California, located at 280 South First Street, San Jose, California, Defendants COUNTY OF MONTEREY and MICHAEL KANALAKIS will and hereby do move the court for an order dismissing plaintiffs' complaint with prejudice. This motion is made pursuant to Fed. R. Civ. P., Rule 12(b)(6) on the grounds that the First Amended Complaint (FAC) fails to state a claim upon which relief can be granted.

This motion shall be supported by this Notice of Motion, the Memorandum of Points and

Authorities, upon all papers and pleadings on file herein, and upon such oral argument as may be presented at the hearing on this matter.

DATED: September 4, 2007.

Respectfully submitted,

CHARLES J. McKEE, County Counsel

By  /S/ Traci A. Kirkbride
    TRACI A. KIRKBRIDE, Deputy County Counsel

Attorneys for Defendants COUNTY OF MONTEREY and MICHAEL KANALAKIS

F:\WPWIN60\TXT\LIT\400\Haws\Mtn Dismiss FAC.wpd