# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JIMMY HAWS, SETH DANIEL HAWS, and MIA SKYE HAWS, minors, by and through their guardian ad litem, CARRIE A. HAWS, and CARRIE A. HAWS, individually,<br><br>  Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY, MICHAEL KANALAKIS, NATIVIDAD MEDICAL CENTER and DOES 1-300, inclusive,<br><br>  Defendants.<br>_____/ | Case No. C 07-02599 JF<br><br>[PROPOSED] ORDER ON DEFENDANTS COUNTY OF MONTEREY AND MICHAEL KANALAKIS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT<br>[F.R.C.P. 12(b)(6)]<br><br>Date:         November 2, 2007<br>Time:        9:00 a.m.<br>Ctrm:       3, 5th Floor<br>Judge:      Hon. Jeremy Fogel<br>Action Filed:  May 16, 2007 |

The Defendants County of Monterey and Michael Kanalakis' Motion to Dismiss Plaintiffs' First Amended Complaint having come on regularly for hearing on November 2, 2007, at 9:00 a.m., before the Honorable Jeremy Fogel in Courtroom #3, 5th Floor, located at 280 South First Street, San Jose, California. Deputy County Counsel Traci A. Kirkbride appeared on behalf of Defendants County of Monterey and Michael Kanalakis. Plaintiffs appeared through their attorney of record. Other appearances were as noted for the record.

After considering the papers filed in support of and in opposition to Defendants' Motion to Dismiss, and the arguments presented by the parties,

*Jimmy D. Haws, et al. v. County of Monterey, et al.*                                    Case No. C 07-02599 JF
[Proposed] Order on Defendants County of Monterey and Michael Kanalakis' Motion to Dismiss
Plaintiffs' First Amended Complaint                                                              1 of 2

1   THE COURT ORDERED:

2   Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint pursuant to F.R.C.P.

3   12(b)(6) is hereby granted with/without leave to amend;

4   IT IS SO ORDERED.

5

6   DATED: November ____, 2007.

    _____
7   JEREMY FOGEL
    United States District Judge

8

9   F:\WPWIN60\TXT\LIT\400\Haws\Mtn Dismiss FAC.Order.wpd

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Jimmy D. Haws, et al. v. County of Monterey, et al.*                                                  Case No. C 07-02599 JF
[Proposed] Order on Defendants County of Monterey and Michael Kanalakis' Motion to Dismiss
Plaintiffs' First Amended Complaint                                                                                          2 of 2