1  CHARLES J. McKEE        (SBN 152458)
   County Counsel
2  TRACI A. KIRKBRIDE        (SBN 195690)
   Deputy County Counsel
3  Office of the County Counsel
   County of Monterey
4  168 West Alisal Street, 3rd Floor
   Salinas, California   93901-2680
5  Telephone:   (831) 755-5045
   Facsimile:    (831) 755-5283
6  email: kirkbride@co.monterey.ca.us

7  Attorneys for Defendants COUNTY OF MONTEREY and
   MICHAEL KANALAKIS

8

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11
   JIMMY D. HAWS, SETH DANIEL HAWS,        Case No.   C 07-02599 JF
12 and MIA SKYE HAWS, minors, by and
   through their guardian ad litem, CARRIE A.    CERTIFICATE OF SERVICE
13 HAWS, and CARRIE A. HAWS,
   individually,
14
                  Plaintiffs,
15
   v.
16
   COUNTY OF MONTEREY, MICHAEL
17 KANALAKIS, NATIVIDAD MEDICAL
   CENTER and DOES 1-300, inclusive
18
                  Defendants.
19 _____/

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

*Jimmy D. Haws, et al. v. County of Monterey, et al.*                    Case No. C 07-02599 JF
Certificate of Service of Defendants County of Monterey and Michael Kanalakis'
Motion to Dismiss Plaintiffs' First Amended Complaint                          1 of 3

1

## PROOF OF SERVICE

2

I am employed in the County of Monterey, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 168 West Alisal Street, 3rd Floor, Salinas, California.

3

4

On September 4, 2007, I served a true copy of the following document(s):

5

**1.    DEFENDANTS COUNTY OF MONTEREY AND MICHAEL KANALAKIS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT WITH PREJUDICE [F.R.C.P. 12(b)(6)];**

6

7

**2.    MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS COUNTY OF MONTEREY AND MICHAEL KANALAKIS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT WITH PREJUDICE [F.R.C.P. 12(b)(6)];**

8

9

**3.    [PROPOSED] ORDER ON DEFENDANTS COUNTY OF MONTEREY AND MICHAEL KANALAKIS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT [F.R.C.P. 12(b)(6)]**

10

on the interested parties to said action by the following means:

11

[ ]    **(BY MAIL)**   By placing a true copy thereof, enclosed in a sealed envelope, for collection and mailing on that date following ordinary business practices, in the United States Mail at the Office of the County Counsel, 168 West Alisal Street, 3rd Floor, Salinas, California, addressed as shown below.  I am readily familiar with this business's practice for collection and processing of correspondence for mailing with the United States Postal Service, and in the ordinary course of business, correspondence would be deposited with the United States Postal Service the same day it was placed for collection and processing.

12

13

14

15

[ ]    **(BY HAND DELIVERY)**   By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below.

16

17

[ ]    **(BY OVERNIGHT DELIVERY)**   By placing a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to the Office of the County Counsel, to be delivered to the address(es) shown below.

18

[ ]    **(BY FACSIMILE TRANSMISSION)** By transmitting a true copy thereof by facsimile transmission from facsimile number (831) 755-5283 or (831) 784-5978 to the interested parties to said action at the facsimile number(s) shown below.

19

20

[✘]    **(BY E-FILING WITH THE U.S. DISTRICT COURT)**   By submitting these documents for Electronic Case Filing, pursuant to Local Rule 5-4 and General Order 45, at the Office of the County Counsel, 168 West Alisal Street, 3rd Floor, Salinas, California.

21

22

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on September 4, 2007, at Salinas, California.

23

24

25

_____/S/ Cecilia Zazueta_____
Cecilia Zazueta

26

27

**I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.**

28

*Jimmy D. Haws, et al. v. County of Monterey, et al.*                                               Case No. C 07-02599 JF
Certificate of Service of Defendants County of Monterey and Michael Kanalakis'
Motion to Dismiss Plaintiffs' First Amended Complaint                                                    2 of 3

1

**NAME(S) AND ADDRESS(ES) OR FAX NUMBER(S) OF EACH PARTY SERVED:**

2

3   Michael B. Moore, Esq.
    595 Market Street, Suite 1320
4   San Francisco, California 94105
    Facsimile: (415) 956-6580
5   Email: mbm@mooreandbrowning.com
        *Attorney for Plaintiffs*
6

7   Ralph W. Boroff, Esq.
    55 River Street, Suite 100
8   Santa Cruz, California 95060
    Facsimile: (831) 426-0159
9   Email: rwb_attorney@1stcounsel.com
        *Attorney for Plaintiffs*
10

11  David Sheuerman, Esq.
    Sheuerma, Martini & Tabari
12  1033 Willow Street
    San Jose, California 95125
13  Facsimile: (408) 295-9900
    Email: dsheuerman@smtlaw.com
14      *Attorneys for Natividad Medical Center*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Jimmy D. Haws, et al. v. County of Monterey, et al.*                    Case No. C 07-02599 JF
Certificate of Service of Defendants County of Monterey and Michael Kanalakis'
Motion to Dismiss Plaintiffs' First Amended Complaint                                3 of 3