1  CHARLES J. McKEE        (SBN 152458)
   County Counsel
2  TRACI A. KIRKBRIDE      (SBN 195690)
   Deputy County Counsel
3  Office of the County Counsel
   County of Monterey
4  168 West Alisal Street, 3rd Floor
   Salinas, California  93901-2680
5  Telephone:   (831) 755-5045
   Facsimile:    (831) 755-5283
6  Email: kirkbrideta@co.monterey.ca.us

7  Attorneys for Defendants COUNTY OF MONTEREY and
   MICHAEL KANALAKIS

8

9              **IN THE UNITED STATES DISTRICT COURT**

10            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11

12  JIMMY D. HAWS, SETH DANIEL HAWS,          Case No. C 07-02599 JF
    and MIA SKYE HAWS, minors, by and
13  through their guardian ad litem, CARRIE A.   DEFENDANTS COUNTY OF MONTEREY
    HAWS, and CARRIE A. HAWS,                  AND MICHAEL KANALAKIS' NOTICE
14  individually,                               OF VACATING HEARING DATE OF
                                               NOVEMBER 2, 2007 ON MOTION TO
15               Plaintiffs,                    DISMISS PLAINTIFFS' FIRST AMENDED
                                               COMPLAINT
16  v.

17  COUNTY OF MONTEREY, MICHAEL
    KANALAKIS, NATIVIDAD MEDICAL
18  CENTER and DOES 1-300, inclusive,

19               Defendants.
    _____/

20

21  **TO ALL PARTIES AND TO THEIR  ATTORNEYS OF RECORD:**

22          NOTICE IS HEREBY GIVEN that the hearing on Defendants COUNTY OF MONTEREY and

23  MICHAEL KANALAKIS' Motion to Dismiss Plaintiff's First Amended Complaint, currently scheduled

24  for November 2, 2007, at 9:00 a.m. in Courtroom #3, 5th Floor, of the United States District Court for the

25  Northern District of California, located at 280 South First Street, San Jose, California, is vacated.

26  / / /

27  / / /

28  / / /

1    DATED: September 14, 2007.                Respectfully submitted,

2                                              CHARLES J. McKEE, County Counsel

3

4                                              By    /S/ Traci A. Kirkbride
                                                  TRACI A. KIRKBRIDE, Deputy County Counsel
5
                                               Attorneys for Defendants COUNTY OF MONTEREY
6                                              and MICHAEL KANALAKIS

7

8    F:\WPWIN60\TXT\LIT\400\Haws\Notice Vacating Hearing 110207.wpd

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---