Ralph W. Boroff, Esq. (SBN 59164)
55 River Street, Suite 100
Santa Cruz, CA 95060
Telephone: (831) 458-0502
Facsimile: (831) 426-0159

Michael B. Moore, Esq. (SBN 62182)
595 Market Street, Suite 1320
San Francisco, CA 94105
Telephone: (415) 956-6500
Facsimile: (415) 956-6580

Attorneys for Plaintiffs

IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA
NORTHERN DISTRICT OF THE STATE OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JIMMY D. HAWS, SETH DANIEL HAWS and MIA SKYE HAWS, minors, by and through their guardian ad litem, CARRIE A. HAWS, and CARRIE A. HAWS, individually<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY, MICHAEL KANALAKIS, NATIVIDAD MEDICAL CENTER and DOES 1-300, inclusive,<br><br>Defendants. | Case No. C 07-02599 JF<br><br>**JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER**<br>**(RULE 16-9)**<br><br>Date: September 21, 2007<br>Time: 10:30 a.m.<br>Dept.: Court Room 4 |

The parties to the above entitled action jointly submit this Case Management Statement and Proposed Order and request the Court to adopt it as the Case Management Order in this case.

## DESCRIPTION OF THE CASE

1. A brief description of the events underlying the action:

On December 7, 2006, Haws was a pre-trial detainee at the Monterey County Jail in Salinas. He was assaulted by a fellow inmate whom plaintiffs allege defendant County and Kanalakis, its sheriff, know or should have known as likely to attack Haws.

Plaintiffs allege that defendant County and its agents delayed intervention and transport of Haws for medical treatment. Plaintiffs further allege that once Haws was transported to County's medical facility, Natividad Medical Center, he received delayed diagnostic treatment and transport to Community Hospital of the Monterey Peninsula where he eventually received medical intervention. Plaintiffs claim that the assault and the delays in treatment caused plaintiff Haws brain injury. His fellow plaintiffs assert claims for loss of consortium foundationed in 14th Amendment due process guarantees.

2.  The principal factual issues which the parties dispute:

   a.  Defendants' notice of Haws' jeopardy circumstance with his assailant.
   b.  Defendants' delay in responding to Haws' and delay in providing medical treatment.
   c.  Whether any delay in medical treatment exacerbated plaintiff Haws' condition.
   d.  Whether plaintiffs, any of them, were injured as a result of defendants' conduct.
   e.  Whether medical personal at Natividad Medical Center were independent contractors.
   f.  Plaintiff's brain injury has caused significant communication problems or other issues giving rise to a serious loss of relationship with the remaining plaintiffs.

3.  The principal legal issues which the parties dispute:

   a.  Whether defendants' conduct constituted a violation of a cognizable right under federal law.
      (1) Whether plaintiff can demonstrate conduct which constitutes a deliberate indifference to detainees' personal security due to a pattern of over crowded, improper placement of inmates and inadequate supervision of inmates by sheriff's personnel.
      (2) Whether evidence of delayed medical care constituted a failure to take reasonable action to summons medical care pursuant to California Government Code § 845.6.
   b.  Whether defendant Kanalakis is entitled to qualified immunity.

    c.    Whether the care providers responsible for Jimmy Haws' treatment at Natividad Medical Center were independent contractors obviating County's liability pursuant to Government Code § 815.2(a) which applies the doctrine of respondeat superior only to employees' acts and omissions. (State law governmental immunities do not apply to federal causes of action.)

    d.    Whether the activities of the care providers responsible for Jimmy Haws' treatment at Natividad Medical Center were performing a non-delegable duty, removing the shield of Government Code § 815.2(a) pursuant to Government Code § 815.4.

    e.    Whether the work performed by the alleged independent contractors health care providers had an attendant peculiar risk of harm and the contractor failed to take necessary precautions, overcoming immunity pursuant to Government Code § 815.2(a). *Castro v. State* (1981) 114 CA 3d 503 at 510, 170 CR 734.

4.    The other factual issues which remain unresolved for the reasons stated below and how the parties propose to resolve those issues:

    a.    Independent contractor status (and ramifications thereof) for medical care providers.

        Independently of the County's liability for the conduct of alleged independent contractors, they remain liable pursuant to California case authority.

*Balding v. D.B. Stutsman Inc.* (1966) 246 CA 2d 559, 54 CR 717.

        Defendants Natividad Medical Center has notified plaintiff's counsel that the ER physician was employed by California Emergency Physicians and that his primary nurse (Nurse Coniglio) was employed by another contractor, Nurse Finders. Mr. Sheuerman's office has agreed to provide documentary support of this representation. Upon its analysis plaintiffs' counsel may determine to name these defendants.

    b.    Defendant County has filed a second Motion to Strike which is set for hearing on November 2, 2007.

5.    The parties which have not been served and the reasons:    Not applicable.

*Jimmy D. Haws, et al. v. County of Monterey, et al.*    Case No. C 07-02599 JF
JOINT CASE MANAGEMENT STATEMENT
AND PROPOSED ORDER    Page 3 of 6

6.  The additional parties which the below specified parties intend to join and the intended time frame for such joinder.

    a.  The medical care providers identified in ¶ 4a. for the reasons stated therein. Plaintiffs require documentary support for the representation of their independent contractor status and wish to depose each before determining whether to join them as defendants.

    b.  Other private contractors including architect and general contractor who constructed/remodeled jail.

    c.  Unidentified Doe defendants responsible for supervision and safety of Jimmy Haws at time he was exposed to a foreseeable danger.

    d.  Other Doe defendants identified as a result of pre-trial discovery.

7.  The following parties consent to assignment of this case to a United States Judge for trial: None.

## ALTERNATIVE DISPUTE RESOLUTION

8.  The parties filed a Notice of Need for ADR Phone Conference and the phone conference will be held on September 19, 2007.

9.  Not applicable.

## DISCLOSURES

10. The parties certify that they have made the following disclosures:

    a.  Plaintiff Jimmy Haws complete medical records from defendant Natividad Medical Center, and CHOMP have been subpoenaed by the parties.

    b.  Plaintiff's counsel will provide disclosure of plaintiff's subsequent medical records to include Pleasant Care Convalescent Hospital if available and his subsequent SNF, Mee Memorial Extended Care in Kings City.

    c.  Defendant County of Monterey has provided the reports/statements from the investigation of the incident at the jail.

    d.  Defendant Natividad Medical Center has not provided anything to date.

*Jimmy D. Haws, et al. v. County of Monterey, et al.*  
JOINT CASE MANAGEMENT STATEMENT  
AND PROPOSED ORDER      Page 4 of 6      Case No C 07-02599 JF

11. The Parties agree to the following discovery plan:

    a. Plaintiff wishes to depose percipient witnesses including the following Monterey County Sheriff Office administrators, detectives and jail personnel: MCSO Deputy Reed Fisher, Charles Murrie, Jonathan Ward, Edward Durham, Edward Gerrard, Alfredo Jiminez, L. Byrant, P. Ramos, Deputy Bregante, Sgt. Teeter, Deputy R. Cantu, Chief Deputy Burt Liebersbach, and Monterey County Sheriff Mike Kanalakis.

    b. Plaintiff wishes to depose the following civilian percipient witnesses: Michael Pitruzzello, Christopher Griffith, Abel Hernandez, Roger Spencer, and Jesus Solano.

    c. Plaintiff wishes to depose the following medical personnel: Crystal Coniglio, R.N., Craig A. Walls, M.D., B. Misa Hosohama, M.D., and Ray Miller, M.D.

    d. Defendant County will propound discovery to all plaintiffs.

    e. Defendant Natividad Medical Center wishes to depose all plaintiffs.

    f. Defendant Natividad Medical Center wishes to depose the care providers at Community Hospital of Monterey Peninsula including Ray Miller, M.D., Hans Poggemeyer, M.D., Dragan Dimitrov, M.D., and Georgia M. Heal, M.D.

    g. Defendant Natividad Medical Center wishes to depose plaintiff Jimmy Haws' care providers at the skilled nursing facility or other care facility where he currently resides, identifies presently unknown.

    h. Defendant Natividad Medical Center reserves the right to request the depositions of other individuals identified in discovery.

## TRIAL SCHEDULE

12. The parties request a trial date as follows:

13. The parties expect that the trial will last for the following number of days: 10 days.

09/14/2007 11:18   415-956-6580           MOORE&BROWNING                    PAGE 01/01
Case 5:07-cv-02599-JF   Document 32   Filed 09/14/2007   Page 6 of 7
09/14/2007 08:57   8314260159            BOROFF SMITH ET AL                 PAGE 01/01
09/13/2007 13:18   8314260159   MARTINI & TABARI LAW Fax:408-295-9900  Sep 13 2007 04:49pm P001/001
                                         BOROFF SMITH ET AL
SEP-13-2007 13:16   MO. CO. COUNSEL                            631 755 5283   P.02/02
09/13/2007 10:42   8314260159            BOROFF SMITH ET AL                 PAGE 07/07

```
 1  Dated: 9/14/07              _____
                                Michael Moore, Esq.
 2                              Attorney for Plaintiffs
 3
 4  Dated: 9-14-07              _____
 5                              Ralph W. Boroff, Esq.
                                Attorney for Plaintiffs
 6
 7  Dated: 9-13-07              _____
 8                              Traci A. Kirkbride,
                                Deputy Counsel
 9                              Attorney for Defendants
                                County of Monterey and Michael Kanalakis
10
11  Dated: 9/13/07              _____
12                              David Shemerman, Esq.
                                Attorney for Defendant
13                              Natividad Medical Center
14
                          CASE MANAGEMENT ORDER
15
        The Case Management Statement and Proposed Order is hereby adopted by the Court as the
16
    Case Management Order for the case and the parties are ordered to comply with this Order. In
17
    addition the Court orders:
18
19
20
21  Dated: _____       _____
22                               JEREMY FOGEL
                                 UNITED STATES DISTRICT JUDGE
```

1  Dated: _____
2                                              _____
                                                Michael Moore, Esq.
                                                Attorney for Plaintiffs
3

4  Dated: _____
5                                              _____
                                                Ralph W. Boroff, Esq.
                                                Attorney for Plaintiffs
6

7  Dated: _____
8                                              _____
                                                Traci A. Kirkbride,
                                                Deputy Counsel
9                                               Attorney for Defendants
                                                County of Monterey and Michael Kanalakis
10

11 Dated: _____
12                                             _____
                                                David Sheuerman, Esq.
                                                Attorney for Defendant
13                                              Natividad Medical Center

14
                        **CASE MANAGEMENT ORDER**
15
        The Case Management Statement and Proposed Order is hereby adopted by the Court as the
16
   Case Management Order for the case and the parties are ordered to comply with this Order. In
17
   addition the Court orders:
18

19

20

21 Dated: _____
                                                _____
22                                              JEREMY FOGEL
                                                UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28 *Jimmy D. Haws, et al. v. County of Monterey, et al.*                          Case No. C 07-02599 JF
   JOINT CASE MANAGEMENT STATEMENT
   AND PROPOSED ORDER                    Page 6 of 6