UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, September 21, 2007
**Case Number:** CV-07-2599-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:   JIMMY HAWS, ET AL V. COUNTY OF MONTEREY, ET AL

PLAINTIFF                         DEFENDANT

Attorneys Present: Ralph Boroff, Michael Moore    Attorneys Present: Traci Kirkbride for County and Kanalakis, David Sheuerman for Natividad

PROCEEDINGS:

Case management conference held. Parties are present. Case is referred to court mediation to occur within 5 months. Continued to 2/22/08 at 10:30 a.m. for further case management conference. The motion hearing set on 11/2/07 is vacated.