CHARLES J. McKEE        (SBN 152458)
County Counsel
TRACI A. KIRKBRIDE      (SBN 195690)
Deputy County Counsel
Office of the County Counsel
County of Monterey
168 West Alisal Street, 3rd Floor
Salinas, California 93901-2680
Telephone:  (831) 755-5045
Facsimile:  (831) 755-5283
Email: kirkbrideta@co.monterey.ca.us

Attorneys for Defendants COUNTY OF MONTEREY and
MICHAEL KANALAKIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY D. HAWS, SETH DANIEL HAWS, and MIA SKYE HAWS, minors, by and through their guardian ad litem, CARRIE A. HAWS, and CARRIE A. HAWS, individually,<br><br>          Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY, MICHAEL KANALAKIS, NATIVIDAD MEDICAL CENTER and DOES 1-300, inclusive,<br><br>          Defendants.<br>_____/ | Case No. C 07-02599 JF<br><br>NOTICE OF UNAVAILABILITY OF COUNSEL |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

    NOTICE IS HEREBY GIVEN that from November 21, 2007 to November 30, 2007 inclusive, Deputy County Counsel Traci A. Kirkbride will be unavailable for all purposes, including but not limited to receiving notice of any kind, appearing in court, filing responsive pleadings for motions in court, responding to ex parte applications, or attending depositions. You are requested not to schedule any event in this lawsuit during these time periods.

    Per *Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal.App.4th 299 notice is hereby given that purposely scheduling a conflicting proceedings without good cause may result in sanctions against

1 scheduling party.

3 DATED: October 8, 2007.                    Respectfully submitted,

4                                             CHARLES J. McKEE, County Counsel

6                                             By   /S/ Traci A. Kirkbride
                                                  TRACI A. KIRKBRIDE, Deputy County Counsel

                                              Attorneys for Defendants COUNTY OF MONTEREY
8                                             and MICHAEL KANALAKIS

9  F:\WPWIN60\TXT\LIT\400\Haws\Notice of Unavailability of Counsel.wpd