# Exhibit 1

1  CHARLES J. McKEE        (SBN 152458)
   County Counsel
2  TRACI A. KIRKBRIDE      (SBN 195690)
   Deputy County Counsel
3  Office of the County Counsel
   County of Monterey
4  168 West Alisal Street, 3rd Floor
   Salinas, California  93901-2680
5  Telephone:   (831) 755-5045
   Facsimile:   (831) 755-5283
6  Email: kirkbrideta@co.monterey.ca.us

7  Attorneys for Defendants COUNTY OF MONTEREY and
   MICHAEL KANALAKIS

8

9            IN THE UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11
   JIMMY D. HAWS, SETH DANIEL HAWS,          Case No. C 07-02599 JF
12 and MIA SKYE HAWS, minors, by and
   through their guardian ad litem, CARRIE A.   NOTICE OF UNAVAILABILITY OF
13 HAWS, and CARRIE A. HAWS,                COUNSEL
   individually,
14
                Plaintiffs,
15
16 v.

17 COUNTY OF MONTEREY, MICHAEL
   KANALAKIS, NATIVIDAD MEDICAL
   CENTER and DOES 1-300, inclusive,
18
                Defendants.
19 _____/

20

21 **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

22        NOTICE IS HEREBY GIVEN that from November 21, 2007 to November 30, 2007 inclusive,

23 Deputy County Counsel Traci A. Kirkbride will be unavailable for all purposes, including but not

24 limited to receiving notice of any kind, appearing in court, filing responsive pleadings for motions in

25 court, responding to ex parte applications, or attending depositions.  You are requested not to schedule

26 any event in this lawsuit during these time periods.

27        Per *Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal.App.4th 299 notice is hereby given that

28 purposely scheduling a conflicting proceedings without good cause may result in sanctions against

---

*Jimmy D. Haws, et al. v. County of Monterey, et al.*                Case No. C 07-02599 JF
Notice of Unavailability of Counsel                                              1 of 2

EXHIBIT ____

PAGE 1 OF 4 PAGES

1  scheduling party.

2

3  DATED:  October 8, 2007.                    Respectfully submitted,

4                                              CHARLES J. McKEE, County Counsel

5

6                                              By___/S/ Traci A. Kirkbride_____

7                                                  TRACI A. KIRKBRIDE, Deputy County Counsel

8                                              Attorneys for Defendants COUNTY OF MONTEREY
                                               and MICHAEL KANALAKIS

9    F:\WPWIN60\TXT\LIT\400\Haws\Notice of Unavailability of Counsel.wpd

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_Jimmy D. Haws, et al. v. County of Monterey, et al._        Case No. C 07-02599 JF
Notice of Unavailability of Counsel                                        2 of 2

EXHIBIT_____|

PAGE _2_ OF _4_ PAGES

**Notices**

5:07-cv-02599-JF Haws et al v. County Of Monterey et al

ADRMOP, E-Filing, MEDIATION

U.S. District Court

Northern District of California

**Notice of Electronic Filing or Other Case Activity**

---

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available* .
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at for more information.

---

The following transaction was received from by Kirkbride, Traci entered on 10/9/2007 2:08 PM and filed on 10/9/2007

| | |
|---|---|
| **Case Name:** | Haws et al v. County Of Monterey et al |
| **Case Number:** | 5:07-cv-2599 |
| **Filer:** | County Of Monterey |
| | Michael Kanalakis |
| **Document Number:** | 36 |

**Docket Text:**
NOTICE by County Of Monterey, Michael Kanalakis *Notice of Unavailability of Counsel* (Kirkbride, Traci) (Filed on 10/9/2007)

**5:07-cv-2599 Notice has been electronically mailed to:**

Ralph W Boroff     rwb_attorney@1stcounsel.com, jean_vitug@hotmail.com

Traci A. Kirkbride     kirkbrideta@co.monterey.ca.us, coatsir@co.monterey.ca.us, zazuetac@co.monterey.ca.us

Michael Brown Moore     mbm@moore-law.net, cbennett@moore-law.net, mross@moore-law.net

David Sheuerman     dsheuerman@smtlaw.com

**5:07-cv-2599 Notice has been delivered by other means to:**

EXHIBIT     1

PAGE 3     OF 4     PAGES

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**F:\WPWIN60\TXT\LIT\400\Haws\Notice of Unavailability of Counsel.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/9/2007] [FileNumber=3810129-0]
[1d21e6cb61c3b9b91110fa03388c154dd898c2383c7147361b04f064dc508676662d9
204b4078a2ff57990a0f525624803fa20248821a3130a3e35fb9d94186f]]

EXHIBIT 1
PAGE 4 OF 4 PAGES

# Exhibit 2

1  CHARLES J. McKEE    (SBN 152458)
   County Counsel
2  TRACI A. KIRKBRIDE    (SBN 195690)
   Deputy County Counsel
3  Office of the County Counsel
   County of Monterey
4  168 West Alisal Street, 3rd Floor
   Salinas, California  93901-2680
5  Telephone:  (831) 755-5045
   Facsimile:  (831) 755-5283
6  Email: kirkbrideta@co.monterey.ca.us

7  Attorneys for Defendants COUNTY OF MONTEREY and
   MICHAEL KANALAKIS

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  JIMMY D. HAWS, SETH DANIEL HAWS,          Case No. C 07-02599 JF
    and MIA SKYE HAWS, minors, by and
    through their guardian ad litem, CARRIE A.   NOTICE OF UNAVAILABILITY OF
13  HAWS, and CARRIE A. HAWS,                 COUNSEL
    individually,

14
                    Plaintiffs,
15
    v.
16
    COUNTY OF MONTEREY, MICHAEL
17  KANALAKIS, NATIVIDAD MEDICAL
    CENTER and DOES 1-300, inclusive,
18
                    Defendants.
19  _____/

20

21  TO ALL PARTIES AND TO THEIR  ATTORNEYS OF RECORD:

22          NOTICE IS HEREBY GIVEN that from December 7, 2007 to December 14, 2007 inclusive,

23  Deputy County Counsel Traci A. Kirkbride will be unavailable for all purposes, including but not

24  limited to receiving notice of any kind, appearing in court, filing responsive pleadings for motions in

25  court, responding to ex parte applications, or attending depositions.  You are requested not to schedule

26  any event in this lawsuit during these time periods.

27          Per *Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal.App.4th 299 notice is hereby given that

28  purposely scheduling a conflicting proceedings without good cause may result in sanctions against

_____

*Jimmy D. Haws, et al. v. County of Monterey, et al.*          Case No. C 07-02599 JF
Notice of Unavailability of Counsel                                        1 of 2

EXHIBIT ___2___

PAGE _1_ OF _4_ PAGES

1  scheduling party.

2

3  DATED:  November 5, 2007.                    Respectfully submitted,

4                                               CHARLES J. McKEE, County Counsel

5

6                                               By___/S/ Traci A. Kirkbride_____

7                                                    TRACI A. KIRKBRIDE, Deputy County Counsel

8                                               Attorneys for Defendants COUNTY OF MONTEREY
                                                and MICHAEL KANALAKIS

9  F:\WPWIN60\TXT\LIT\400- Torts\Haws\Notice of Unavailability of Counsel 120707.wpd

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---


EXHIBIT     2
PAGE  2  OF  4  PAGES

**Notices**

5:07-cv-02599-JF Haws et al v. County Of Monterey et al

ADRMOP, E-Filing, MEDIATION

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

---

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

---

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at for more information.

---

The following transaction was received from by Kirkbride, Traci entered on 11/5/2007 1:39 PM PST and filed on 11/5/2007

| | |
|---|---|
| **Case Name:** | Haws et al v. County Of Monterey et al |
| **Case Number:** | 5:07-cv-2599 |
| **Filer:** | County Of Monterey |
| | Michael Kanalakis |
| **Document Number:** | 39 |

**Docket Text:**
NOTICE by County Of Monterey, Michael Kanalakis *Notice of Unavailability of Counsel* (Kirkbride, Traci) (Filed on 11/5/2007)

**5:07-cv-2599 Notice has been electronically mailed to:**

Ralph W Boroff    rwb_attorney@1stcounsel.com, jean_vitug@hotmail.com

Traci A. Kirkbride    kirkbrideta@co.monterey.ca.us, coatsir@co.monterey.ca.us, zazuetac@co.monterey.ca.us

Michael Brown Moore    mbm@moore-law.net, cbennett@moore-law.net, mross@moore-law.net

David Sheuerman    dsheuerman@smtlaw.com

**5:07-cv-2599 Notice has been delivered by other means to:**

EXHIBIT     2
PAGE  3  OF  4  PAGES

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**F:\WPWIN60\TXT\LIT\400- Torts\Haws\Notice of Unavailability of Counsel 120707.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/5/2007] [FileNumber=3888642-0]
[4c9b2741f43ac44958ef4a28040cf029bb20195c4e442d6fedc15604551e09cad259f
4cf4fab15cfac3c5b382e1fed318bfd2db85df407900487aab2d71c303c]]

EXHIBIT 2
PAGE 4 OF 4 PAGES

# Exhibit 3

1  MICHAEL B. MOORE, ESQ. (SBN 62182)
   595 Market Street, Suite 1320
2  San Francisco, California 94105
   Telephone:    (415) 956-6500
3  Facsimile:     (415) 956-6580
   Email:        mbm@moore-law.net
4
   Ralph W. Boroff, Esq.
5  55 River Street, Suite 100
   Santa Cruz, CA 95060
6  Telephone:    (831) 458-0502
   Facsimile:     (831) 426-0159
7
   Attorneys for Plaintiffs JIMMY D. HAWS & CARRIE A. HAWS
8

9
              IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA
10               NORTHERN DISTRICT OF THE STATE OF CALIFORNIA
                              SAN JOSE DIVISION
11

12
   JIMMY D. HAWS, CARRIE A. HAWS            CASE NO.: C07 02599 RS
13
              Plaintiff,                     **PLAINTIFFS' FIRST REQUEST FOR**
14     v.                                    **PRODUCTION OF DOCUMENTS**

15  COUNTY OF MONTEREY, et al.,

16              Defendants.

17  **PROPOUNDING PARTY:  Plaintiffs JIMMY D. HAWS, CARRIE A. HAWS**

18  **RESPONDING PARTY:     Defendant COUNTY OF MONTEREY**

19  **SET NO.:                ONE**

20        Plaintiff hereby requests that defendant produce documents in its custody and control

21  responsive to the categories specified below.  In searching for and producing said documents,

22  defendant must use all information which is known or available to it, including, but not limited to,

23  information known of its own personal knowledge, information obtainable by a diligent search of

24  sources for information available to it, and all information in the possession or available to any

25  person or persons acting on its behalf or under its control or under the control of any of its attorneys,

26  agents, servants or representatives.

27

28  _____
                    Request For Production of Documents, Set 1

Law Office of Michael B. Moore
595 Market Street, Suite 1320
San Francisco, California 94105
(415) 956-6500 (Tel); (415) 956-6580 (Fax)

EXHIBIT   3
PAGE   1   OF 30   PAGES

1    Plaintiffs request that defendant produce said documents for inspection and copying at the

2  offices of Michael B. Moore, 595 Market Street, Suite 1320, San Francisco, California 94105 in

3  conformance with the provisions of Federal Rules of Civil Procedure, Rule 34, 30 days from the date

4  of service of this request. As an alternative to the means of production specified above, defendant

5  may mail or have delivered a true and correct copy of each document to be produced in response to

6  this request to the requesting party's attorney prior to the date of production specified above.

7    This request is made pursuant to FRCP Rule 34, which requires the responding party to serve

8  a written response subscribed under oath within the time specified in that section, and which further

9  requires responding party to identify the documents falling within the category specified below

10  which are in the possession, custody or control of responding party; and to state that inspection and

11  related activities will be permitted unless a request is objected to, in which event the reasons for each

12  objection must be clearly set forward.

13    If responding party contends that any document requested is protected from disclosure by the

14  attorney/client privilege and/or by the attorney work product doctrine, responding party should

15  specify the nature of the privilege claimed, describe the precise ground for the protection, and

16  identify the document with particularity, including its author, date or recipients thereof, the subject

17  matter, and the number of pages therein.

18                                    **DEFINITIONS**

19    Words in **BOLDFACE CAPITALS** in these interrogatories are defined as follows:

20    (1)    **YOU OR ANYONE ACTING ON YOUR BEHALF** includes you, your agents,

21  your employees, your insurance companies, their agents, their employees, your attorneys, your

22  accountants, your investigators, and anyone else acting on your behalf.

23    (2)    **PERSON** includes a natural person, firm, association, organization, partnership,

24  business, trust, limited liability company, corporation, or public entity.

25    (3)    **DOCUMENT** means a writing, as defined in Evidence Code section 250, and

26  includes the original or a copy of handwriting, typewriting, printing, photostats, photographs,

27  electronically stored information, and every other means of recording upon any tangible thing and

28

Law Office of Michael B. Moore
595 Market Street, Suite 1320
San Francisco, California 94105
(415) 956-6500 (Tel) . (415) 956-6580 (Fax)

EXHIBIT 3
PAGE 2 OF 30 PAGES

Law Office of Michael B. Moore
595 Market Street, Suite 1320
San Francisco, California 94105
(415) 956-6500 (Tel) . (415) 956-6580 (Fax)

1    form of communicating or representation, including letters, words, pictures, sounds or symbols, or

2    combinations of them.

3         4.     **INCIDENT** means the attack by Roger Spencer on Jimmy D. Haws which occurred

4    on December 7, 2006 in the stairway area of D-Pod of the Monterey County Jail in Salinas,

5    California.

6                       **DOCUMENTS TO BE PRODUCED**

7    **REQUEST NO. 1:**

8        Any photographs in your possession taken at any time before or after the incident relating to

9    the subject incident, or the area where the INCIDENT occurred, including but not limited to, any

10    surveillance videotapes of the INCIDENT.

11    **REQUEST NO. 2:**

12        Any and all DOCUMENTS relating to the detention of Jimmy Haws, including but not

13    limited to arrest records, violence records, discipline records, lockdown records, medical records,

14    mental health evaluations, gang affiliation identification, witness statements, and any other records

15    in your possession, custody or control relating to the detention of Jimmy Haws.

16    **REQUEST NO. 3:**

17        Any and all DOCUMENTS relating to the detention of Roger Spencer, including but not

18    limited to arrest records, violence records, discipline records, lockdown records, medical records,

19    mental health evaluations, gang affiliation identification, witness statements, and any other records

20    in your possession, custody or control relating to the detention of Roger Spencer.

21    **REQUEST NO. 4:**

22        Any and all DOCUMENTS relating to the placement of surveillance cameras in the area

23    where the INCIDENT occurred, and monitoring of the area where the INCIDENT occurred by

24    Monterey County Jail personnel.

25    **REQUEST NO. 5:**

26        Any and all DOCUMENTS relating to the maximum inmate capacity of the Monterey

27    County Jail.

28

EXHIBIT 3
PAGE 3 OF 30 PAGES

Law Office of Michael B. Moore
595 Market Street, Suite 1320
San Francisco, California 94105
(415) 956-6500 (Tel) . (415) 956-6580 (Fax)

**REQUEST NO. 6:**

Any and all DOCUMENTS relating to the number of inmates housed at the Monterey County Jail on the day of the INCIDENT.

**REQUEST NO. 7:**

Any and all DOCUMENTS relating to the number of inmates housed in D-Pod of the Monterey County Jail on the day of the INCIDENT.

**REQUEST NO. 8:**

Any and all DOCUMENTS relating to the maximum inmate capacity of D-Pod of the Monterey County Jail.

**REQUEST NO. 9:**

Any and all DOCUMENTS relating to the minimum number of supervisory staff required to supervise inmates housed at the Monterey County Jail on the day of the INCIDENT.

**REQUEST NO. 10:**

Any and all DOCUMENTS relating to the identities and number of supervisory staff on duty and assigned to supervise inmates housed in D-Pod of the Monterey County Jail on the day of the INCIDENT.

**REQUEST NO. 11:**

Any and all DOCUMENTS relating to the segregation of those inmates accused of violent offenses from the inmate population accused of non-violent offenses.

**REQUEST NO. 12:**

Any and all DOCUMENTS, including but not limited to, all policy and procedure manuals in effect at the time of the INCIDENT, relating to how cell mates were assigned at the Monterey County Jail on the day of the INCIDENT.

**REQUEST NO. 13:**

Any and all DOCUMENTS, including but not limited to, all policy and procedure manuals in effect at the time of the INCIDENT, relating to safe and proper staffing levels at the Monterey County Jail on the day of the INCIDENT.

EXHIBIT 3
PAGE 4 OF 30 PAGES

1  **REQUEST NO. 14:**

2    Any and all DOCUMENTS, including but not limited to, all policy and procedure manuals

3  in effect at the time of the INCIDENT,  relating to how cell blocks were to be monitored and/or

4  supervised at the Monterey County Jail on the day of the INCIDENT.

5  **REQUEST NO. 15:**

6    Any and all DOCUMENTS relating to any potential safety problems posed by any inmate

7  housed in D-Pod at any time prior to the INCIDENT.

8  **REQUEST NO. 16:**

9    Any and all DOCUMENTS relating to any potential safety problems posed by Jimmy Haws

10  at any time prior to the INCIDENT.

11  **REQUEST NO. 17:**

12    Any and all DOCUMENTS relating to any potential safety problems posed by Roger Spencer

13  at any time prior to the INCIDENT.

14  **REQUEST NO. 18:**

15    Any and all policy and procedure manuals applicable to the supervision of inmates at the

16  Monterey County Jail in effect at the time of the INCIDENT, including but not limited to, the

17  manner in which supervision was supposed to be carried out, the length of supervisory employee

18  shifts, and the length of overtime shifts.

19  **REQUEST NO. 19:**

20    Any and all policy and procedure manuals applicable to the safety of inmates at the Monterey

21  County Jail in effect at the time of the INCIDENT.

22  **REQUEST NO. 20:**

23    All DOCUMENTS relating to the persons on duty at the Monterey County Jail at the time

24  of the INCIDENT.

25  **REQUEST NO. 21:**

26    Any and all DOCUMENTS relating to the decision to drop all charges against Jimmy Haws,

27  including but not limited to, the reason said decision was made, and the identities of all persons

28

Law Office of Michael B. Moore
595 Market Street, Suite 1320
San Francisco, California 94105
(415) 956-6500 (Tel)  (415) 956-6580 (Fax)

EXHIBIT    3
PAGE 5  OF 30  PAGES

1    involved in making this decision.

2    **REQUEST NO. 22:**

3    Any and all DOCUMENTS relating to the identities of the PERSON(S) responsible for

4    supervising inmates housed in D-Pod at the time of the INCIDENT.

5    **REQUEST NO. 23:**

6    Any and all DOCUMENTS relating to the identities of the PERSON(S) responsible for

7    supervising Jimmy Haws at the time of the INCIDENT.

8    **REQUEST NO. 24:**

9    Any and all DOCUMENTS relating to the identities of the PERSON(S) responsible for

10   supervising Roger Spencer at the time of the INCIDENT.

11   **REQUEST NO. 25:**

12   Any and all DOCUMENTS relating to the identities of the PERSON(S) responsible for

13   assigning inmate Roger Spencer and inmate Jimmy Haws as cell mates.

14   **REQUEST NO. 26:**

15   Any and all DOCUMENTS relating to the identities of the inmates housed in D-Pod at the

16   time of the INCIDENT.

17   **REQUEST NO. 27:**

18   Any audiotapes and tape recordings of radio transmissions or other memorialized audio

19   communications in your possession taken at any time before or after the INCIDENT relating to the

20   subject INCIDENT, or the area where the INCIDENT occurred, including but not limited to, the

21   response to the INCIDENT.

22   **REQUEST NO. 28:**

23   Any and all DOCUMENTS relating to the training and discipline records of the supervisory

24   staff on duty and assigned to supervise inmates housed in D-Pod of the Monterey County Jail on the

25   day of the INCIDENT.

26   **REQUEST NO. 29:**

27   Any and all chain of command DOCUMENTS, including any and all memorandum, crime

28

Law Office of Michael B. Moore
595 Market Street, Suite 1320
San Francisco, California 94105
(415) 956-6500 (Tel)  (415) 956-6580 (Fax)

EXHIBIT    3
PAGE  6  OF 30  PAGES

1  and incident reports relating to the INCIDENT.

2  **REQUEST NO. 30:**

3      Any and all files in the possession of the County of Monterey relating to Jimmy Haws.

4  **REQUEST NO. 31:**

5      Any and all files in the possession of the County of Monterey relating to Roger Spencer.

6  **REQUEST NO. 32:**

7      All DOCUMENTS relating to the placement of Jimmy Haws in isolation, the offenses for

8  which Jimmy Haws was placed in isolation, and/or any other disciplinary action taken against Jimmy

9  Haws.

10  **REQUEST NO. 33:**

11      All DOCUMENTS relating to the placement of Roger Spencer in isolation, the offenses for

12  which Roger Spencer was placed in isolation, and/or any other disciplinary action taken against

13  Roger Spencer.

14  **REQUEST NO. 34:**

15      All DOCUMENTS relating to the configuration and placement of inmate monitoring

16  equipment in D-Pod of the Monterey County Jail, as it was configured at the time of the INCIDENT,

17  including but not limited to all contracts to install and maintain said inmate monitoring equipment

18  **REQUEST NO. 35:**

19      All DOCUMENTS relating to the prosecution of Roger Spencer as a result of the attack and

20  personal injuries sustained by Jimmy Haws on December 7, 2006.

21  **REQUEST NO. 36:**

22      All DOCUMENTS relating to any and all policies and procedures relating to provisions for

23  responding to and providing emergency medical care to inmates who have serious medical

24  emergencies.

25  **REQUEST NO. 37:**

26      All DOCUMENTS relating to any and all contracts between the County of Monterey and any

27  HEALTH CARE PROVIDER to provide any emergency medical care, and/or inpatient medical

28

Law Office of Michael B. Moore
595 Market Street, Suite 1320
San Francisco, California 94105
(415) 956-6500 (Tel). (415) 956-6580 (Fax)

EXHIBIT    3
PAGE  7  OF 30  PAGES

1   services to inmates who have serious medical emergencies.

2   **REQUEST NO. 38:**

3       All DOCUMENTS, including but not limited to any first aid certificates and emergency

4   medical training certificates, relating to any and all training in emergency medical care and first aid

5   for any and all persons employed by the County of Monterey at the Monterey County Jail who came

6   in contact with Jimmy Haws on December 7, 2006 after the INCIDENT.

7   **REQUEST NO. 39:**

8       Any photographs in your possession taken at any time before the INCIDENT relating to the

9   any physical or verbal confrontations between Jimmy Haws and Roger Spencer prior to the subject

10  INCIDENT, including but not limited to, any surveillance videotapes.

11  **REQUEST NO. 40:**

12      Any photographs in your possession taken at any time before the INCIDENT relating to the

13  any physical or verbal confrontations between Roger Spencer and any other person taken prior to the

14  subject INCIDENT, including but not limited to, any surveillance videotapes.

15

16                              LAW OFFICE OF MICHAEL B. MOORE

17

18

19  Dated: October 30, 2007           By _Michael B. Moore_
                                          Michael B. Moore

20

21

22

23

24

25

26

27

28
                    Request For Production of Documents, Set 1
                                    - 8 -

Law Office of Michael B. Moore
595 Market Street, Suite 1320
San Francisco, California 94105
(415) 956-6500 (Tel)   (415) 956-6580 (Fax)

EXHIBIT    3
PAGE  8   OF 30   PAGES

1 | *Haws v. County of Monterey, et al*
*Case No. C07 02599 RS*
2 | *U. S. District Court - Northern District of California*

3

### DECLARATION OF SERVICE BY MAIL
4 | ### (C.C.P. § 1013a(3), 2009, 2015.5)

5 | I am over the age of 18 years, a citizen of the United States, and not a party to the within entitled cause of action. My business address is 595 Market Street, Suite 1320, San Francisco,
6 | California 94105, and I am employed in the City and County of San Francisco, State of California. On the date set forth below I served the documents described below:
7

8 | 1.  Plaintiffs' Request For Production of Documents, Set 1
2.  Plaintiffs' Specially Prepared Interrogatories, Set 1
3.  Plaintiffs' Request For Entry Upon Land For Inspection, Set 1
9

10 | on the following party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

11 | Traci Kirkbride, Deputy County Counsel     Ralph W. Boroff, Esq.
Office of the County Counsel               55 River Street, Suite 100
12 | County of Monterey                         Santa Cruz, CA 95060
168 W. Alisal Street                        **Co-Counsel for Plaintiffs**
13 | Salinas, CA 93901
**Attorneys for Defendant County**
14

15 | David Sheuerman, Esq.
Sheuerman, Martini & Tabari, P.C.
16 | 1033 Willow Street
San Jose, CA 95125
**Attorneys for Defendant Natividad**
17

18 | ▣   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

19 | ☐   (BY HAND) I caused such envelope(s) to be delivered by hand this date to the offices of the
20 |     addressee(s).

☐   (BY FACSIMILE/ELECTRONIC MAIL/OVERNIGHT MAIL) I caused such document(s) to
21 |     be transmitted by facsimile/electronically or by overnight mail on this date to the office of the addressee(s).

22 | ☐   (BY E-FILING WITH THE U.S. DISTRICT COURT) By submitting these documents for
Electronic Case Filing, Pursuant to Local Rule 5-4 and General Order 45, at the Law Office of Michael B.
23 |     Moore, 595 Market Street, Suite 1320, San Francisco, CA 94105.

24 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
25

26 | Executed on October 31, 2007 at San Francisco, California.

27 | *Mark Ross*
Mark Ross
28

*LAW OFFICE OF MICHAEL B. MOORE*
*595 Market Street, Suite 1320*
*San Francisco, CA 94104*

EXHIBIT 3
PAGE 9 OF 30 PAGES

MONTEREY COUNTY COUNSEL
RECEIVED

2007 NOV 2 PM 1 47

EXHIBIT    3
PAGE 10 OF 30 PAGES

1  MICHAEL B. MOORE, ESQ. (SBN 62182)
2  595 Market Street, Suite 1320
   San Francisco, California 94105
3  Telephone:    (415) 956-6500
   Facsimile:    (415) 956-6580
   Email:        mbm@moore-law.net
4
   Ralph W. Boroff, Esq.
5  55 River Street, Suite 100
   Santa Cruz, CA 95060
6  Telephone:    (831) 458-0502
   Facsimile:    (831) 426-0159
7
   Attorneys for Plaintiffs JIMMY D. HAWS & CARRIE A. HAWS
8

9
         IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA
10            NORTHERN DISTRICT OF THE STATE OF CALIFORNIA
                          SAN JOSE DIVISION
11

12
13 JIMMY D. HAWS, CARRIE A. HAWS          CASE NO.:   C07 02599 RS

14           Plaintiff,                   **PLAINTIFFS' SPECIALLY PREPARED
        v.                                INTERROGATORIES**
15
   COUNTY OF MONTEREY, et al.,
16
             Defendants.
17
**PROPOUNDING PARTY: Plaintiffs JIMMY D. HAWS, CARRIE A. HAWS**
18
**RESPONDING PARTY:    Defendant COUNTY OF MONTEREY**
19
**SET NO.:              ONE**
20
        Pursuant to Federal Rules of Civil Procedure, Rule 33, plaintiffs hereby request that
21
defendant answer separately and truthfully, in writing, under oath, within thirty (30) days of service
22
hereof, each of the interrogatories set forth below which requires that each answer shall be as
23
complete and straightforward as the information reasonably available to the responding party
24
permits.  If an interrogatory cannot be answered completely, it shall be answered to the extent
25
possible. If the responding party does not have personal knowledge sufficient to respond fully to an
26
interrogatory, that party shall so state, and shall make a reasonable and good faith effort to obtain the
27
28

Law Office of Michael B. Moore
595 Market Street, Suite 1320
San Francisco, California 94105
(415) 956-6500 (Tel) . (415) 956-6580 (Fax)

Specially Prepared Interrogatories, Set 1

EXHIBIT _____3_____
PAGE _11_ OF _30_ PAGES

1  information by inquiry to other natural persons or organizations, investigators or other agents.

2         Each interrogatory shall be answered fully unless it is, in good faith, objected to, in which

3  event the reason for the objection shall be stated in detail.  If only part of the interrogatory is

4  objectionable, the remainder of the interrogatory shall be answered.  If an objection is made to an

5  interrogatory, or part of the interrogatory, the specific grounds for the objection shall be set forth

6  clearly in the response.  If an objection is based on a claim of privilege, the particular privilege

7  invoked shall be clearly stated.  If an objection is based on a claim that the information sought is

8  protected under the work product doctrine pursuant to California Civil Code §2018, that claim shall

9  be expressly asserted.

### DEFINITIONS

11        Words in **BOLDFACE CAPITALS** in these interrogatories are defined as follows:

12        1.    **YOU OR ANYONE ACTING ON YOUR BEHALF** includes you, your agents,

13  your employees, your insurance companies, their agents, their employees, your attorneys, your

14  accountants, your investigators, and anyone else acting on your behalf.

15        2.    **PERSON** includes a natural person, firm, association, organization, partnership,

16  business, trust, limited liability company, corporation, or public entity.

17        3.    **DOCUMENT(s)** means a writing, as defined in Evidence Code section 250, and

18  includes an original or a copy of handwriting, typewriting, printing, photostats, photographs,

19  electronically stored information, and every other means of recording upon any tangible thing and

20  form of communicating or representation, including letters, words, pictures, sounds, or symbols, or

21  combinations of them.

22        4.    **INCIDENT** means the attack by Roger Spencer on Jimmy D. Haws which occurred

23  on December 7, 2006 in the stairway area of D-Pod of the Monterey County Jail in Salinas,

24  California.

### SPECIALLY PREPARED INTERROGATORIES

### INTERROGATORY NO. 1:

27        Identify the offense for which Jimmy Haws was incarcerated.

28

*Law Office of Michael B. Moore*
*595 Market Street, Suite 1320*
*San Francisco, California 94105*
*(415) 956-6500 (Tel) . (415) 956-6580 (Fax)*

EXHIBIT _____3_____

PAGE __12__ OF _30_ PAGES

Law Office of Michael B. Moore
595 Market Street, Suite 1320
San Francisco, California 94105
(415) 956-6500 (Tel) . (415) 956-6580 (Fax)

**INTERROGATORY NO. 2:**

Identify the classification factors relating to the placement of Jimmy Haws at the Monterey county jail, including but not limited to:

a.   Whether or not Jimmy Haws had a history of violence;

b.   Whether or not Jimmy Haws had a Gang Affiliation;

c.   Whether or not Jimmy Haws exhibited any signs of mental instability or mental disorder;

d.   Any previous arrests or incarcerations, including any discipinary records relating to prior incarcerations;

e.   Any other factors which were considered when placing Jimmy Haws at the Monterey county jail at the time of the INCIDENT.

**INTERROGATORY NO. 3:**

Identify the offense for which Roger Spencer was incarcerated.

**INTERROGATORY NO. 4:**

Identify the classification factors relating to the placement of Roger Spencer at the Monterey county jail, including but not limited to:

a.   Whether or not Roger Spencer had a history of violence;

b.   Whether or not Roger Spencer had a Gang Affiliation;

c.   Whether or not Roger Spencer exhibited any signs of mental instability or mental disorder;

d.   Any previous arrests or incarcerations, including any discipinary records relating to prior incarcerations;

e.   Any other factors which were considered when placing Roger Spencer at the Monterey county jail at the time of the INCIDENT.

**INTERROGATORY NO. 5:**

Identify any and all violent confrontations and/or threats of violence involving Roger Spencer and Jimmy Haws which occurred at the Monterey county jail at any time prior to the INCIDENT,

EXHIBIT _____3_____
PAGE _12_ OF _30_ PAGES

including but not limited to:

(a)    The facts and circumstances of any violent confrontations and/or threats of violence involving Roger Spencer and Jimmy Haws ;

(b)    The identities of any and all inmates who witnessed any violent confrontations and/or threats of violence involving Roger Spencer and Jimmy Haws ;

(c)    The identities of any and all jail employees who witnessed any violent confrontations and/or threats of violence involving Roger Spencer and Jimmy Haws;

(d)    Any and all DOCUMENTS, including all incident reports and chain of command memorandum relating to any violent confrontations and/or threats of violence involving Roger Spencer and Jimmy Haws.

**INTERROGATORY NO. 6:**

State  the inmate capacity of the Monterey County Jail on the day of the incident.

**INTERROGATORY NO. 7:**

State  the inmate capacity of D Pod at the Monterey County Jail on the day of the incident.

**INTERROGATORY NO. 8:**

State  the number of inmates housed at the Monterey County Jail on the day of the INCIDENT.

**INTERROGATORY NO. 9:**

State the number of inmates housed in D-Pod of the Monterey County Jail on the day of the INCIDENT.

**INTERROGATORY NO. 10:**

State the minimum number of supervisory staff required to supervise inmates housed at the Monterey County Jail on the day of the INCIDENT.

**INTERROGATORY NO. 11:**

Identify the supervisory staff assigned to supervise inmates housed in D-Pod of the Monterey County Jail on the day of the INCIDENT, including:

(a)    State the number of supervisory staff  assigned to supervise inmates housed  in D-

Law Office of Michael B. Moore
595 Market Street, Suite 1320
San Francisco, California 94105
(415) 956-6500 (Tel) . (415) 956-6580 (Fax)

EXHIBIT ___3___

PAGE _14_ OF _30_ PAGES

Pod of the Monterey County Jail on the day of the INCIDENT.

(b)     The names, and ranks of each supervisory staff assigned to supervise inmates housed in D-Pod of the Monterey County Jail on the day of the INCIDENT.

(c)     The length of each shift worked on the day of the INCIDENT for each supervisory staff assigned to supervise inmates housed in D-Pod of the Monterey County Jail on the day of the INCIDENT.

(d)     Identify all DOCUMENTS evidencing items (a) through (c) above.

**INTERROGATORY NO. 12:**

Identify how cell mates were assigned at the Monterey County Jail on the day of the INCIDENT.

**INTERROGATORY NO. 13:**

Identify the identities of the PERSON(S) responsible for assigning inmate Roger Spencer and inmate Jimmy Haws as cell mates.

**INTERROGATORY NO. 14:**

Identify the names of all inmates housed in D-Pod of the Monterey County Jail on the day of the INCIDENT.

**INTERROGATORY NO. 15:**

Identify the policies and procedures for providing medical care to inmates with serious head injuries which were in effect at the Monterey County Jail on the day of the INCIDENT.

**INTERROGATORY NO. 16:**

Was Jimmy Haws placed in isolation and/or any disciplinary action taken against Jimmy Haws while incarcerated at the Monterey county jail?  If your answer is anything other than an unqualified no, state:

a.     The date(s) and nature of the offenses for which Jimmy Haws was placed in isolation and/or any disciplinary action taken against Jimmy Haws;

b.     The identities of all witnesses to the offenses for which Jimmy Haws was placed in isolation and/or any disciplinary action taken against Jimmy Haws;

Law Office of Michael B. Moore
595 Market Street, Suite 1320
San Francisco, California 94105
(415) 956-8500 (Tel)  (415) 956-6580 (Fax)

EXHIBIT    3
PAGE 15 OF 30 PAGES

Law Office of Michael B. Moore
595 Market Street, Suite 1320
San Francisco, California 94105
(415) 956-6500 (Tel)  (415) 956-6580 (Fax)

c.    The identities of any other inmates allegedly involved with respect to the offenses for which Jimmy Haws was placed in isolation and/or any disciplinary action taken against Jimmy Haws;

d.    Any DOCUMENTS relating to the placement of Jimmy Haws in isolation, the offenses for which Jimmy Haws was placed in isolation, and/or any other disciplinary action taken against Jimmy Haws.

**INTERROGATORY NO. 17:**

Was Roger Spencer placed in isolation and/or any disciplinary action taken against Roger Spencer while incarcerated at the Monterey county jail?  If your answer is anything other than an unqualified no, state:

a.    The date(s) and nature of the offenses for which Roger Spencer was placed in isolation and/or any disciplinary action taken against Roger Spencer ;

b.    The identities of all witnesses to  the offenses for which Roger Spencer was placed in isolation and/or any disciplinary action taken against Roger Spencer;

c.    The identities of any other inmates allegedly involved with respect to the offenses for which Roger Spencer was placed in isolation and/or any disciplinary action taken against Roger Spencer ;

d.    Any DOCUMENTS relating to the placement of Roger Spencer in isolation, the offenses for which Roger Spencer was placed in isolation, and/or any other disciplinary action taken against Roger Spencer.

**INTERROGATORY NO. 18:**

Identify all contractors, architects, and audio and video companies involved in the construction or equipping of D-Pod of the Monterey County Jail, and identify the scope of work of

///

///

///

1    each such contractor architects, and audio and video company.

2

3                                                    LAW OFFICE OF MICHAEL B. MOORE

4

5

6    Dated: October 29, 2007              By
                                                      Michael B. Moore

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT    3

PAGE  17  OF  30  PAGES

Law Office of Michael B. Moore
595 Market Street, Suite 1320
San Francisco, California 94105
(415) 956-6500 (Tel). (415) 956-6580 (Fax)

*Haws v. County of Monterey, et al*
*Case No.   C07 02599 RS*
*U. S. District Court - Northern District of California*

---

### DECLARATION OF SERVICE BY MAIL
**(C.C.P. § 1013a(3), 2009, 2015.5)**

I am over the age of 18 years, a citizen of the United States, and not a party to the within entitled cause of action.  My business address is 595 Market Street, Suite 1320, San Francisco, California 94105, and I am employed in the City and County of San Francisco, State of California. On the date set forth below I served the documents described below:

    1.    Plaintiffs' Request For Production of Documents, Set 1
    2.    Plaintiffs' Specially Prepared Interrogatories, Set 1
    3.    Plaintiffs' Request For Entry Upon Land For Inspection, Set 1

on the following party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Traci Kirkbride, Deputy County Counsel
Office of the County Counsel
County of Monterey
168 W. Alisal Street
Salinas, CA 93901
**Attorneys for Defendant County**

Ralph W. Boroff, Esq.
55 River Street, Suite 100
Santa Cruz, CA 95060
**Co-Counsel for Plaintiffs**

David Sheuerman, Esq.
Sheuerman, Martini & Tabari, P.C.
1033 Willow Street
San Jose, CA 95125
**Attorneys for Defendant Natividad**

☒  (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

☐  (BY HAND) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐  (BY FACSIMILE/ELECTRONIC MAIL/OVERNIGHT MAIL) I caused such document(s) to be transmitted by facsimile/electronically or by overnight mail on this date to the office of the addressee(s).

☐  (BY E-FILING WITH THE U.S. DISTRICT COURT) By submitting these documents for Electronic Case Filing, Pursuant to Local Rule 5-4 and General Order 45, at the Law Office of Michael B. Moore, 595 Market Street, Suite 1320, San Francisco, CA 94105.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 31, 2007 at San Francisco, California.

*[signature]*

Mark Ross

EXHIBIT ___3___
PAGE _18_ OF _30_ PAGES

MONTEREY COUNTY COUNSEL
RECEIVED

2007 NOV 2 PM 1 47

EXHIBIT___3___
PAGE_19_OF_30_PAGES

1 MICHAEL B. MOORE, ESQ. (SBN 62182)
595 Market Street, Suite 1320
2 San Francisco, California 94105
Telephone:    (415) 956-6500
3 Facsimile:    (415) 956-6580
Email:        mbm@moore-law.net
4
Ralph W. Boroff, Esq.
5 55 River Street, Suite 100
Santa Cruz, CA 95060
6 Telephone:    (831) 458-0502
Facsimile:    (831) 426-0159
7

8 Attorneys for Plaintiffs JIMMY D. HAWS & CARRIE A. HAWS

9

10          IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA
           NORTHERN DISTRICT OF THE STATE OF CALIFORNIA
11                          SAN JOSE DIVISION

12

13 JIMMY D. HAWS, CARRIE A. HAWS          CASE NO.:  C07 02599 RS

14          Plaintiff,                    **PLAINTIFFS' FIRST REQUEST FOR
      v.                                  ENTRY UPON LAND FOR
15                                        INSPECTION**

   COUNTY OF MONTEREY, et al.,
16
           Defendants.
17
**PROPOUNDING PARTY**: **Plaintiffs JIMMY D. HAWS, CARRIE A. HAWS**

18 **RESPONDING PARTY:**    **Defendant COUNTY OF MONTEREY**

19 **SET NO.:**             **ONE**

20          Plaintiff hereby requests that on a mutually convenient date and time to be determined

21 defendant permit the inspection of the premises and tangible things in its custody and control

22 responsive to the categories specified below in conformance with the provisions of Federal Rules

23 of Civil Procedure, Rule 34, 30 days from the date of service of this request.

24          This request is made pursuant to FRCP Rule 34, which requires the responding party to serve

25 a written response subscribed under oath within the time specified in that section, and which further

26 requires responding party to state that inspection and related activities will be permitted unless a

27

28

XHIBIT     3
PAGE  20  OF  30  PAGES

*(left margin, rotated)* Law Office of Michael B. Moore
595 Market Street, Suite 1320
San Francisco, California 94105
(415) 956-6500 (Tel)  (415) 956-6580 (Fax)

1    request is objected to, in which event the reasons for each objection must be clearly set forward.

2    ## DEFINITIONS

3        Words in **BOLDFACE CAPITALS** in these interrogatories are defined as follows:

4        (1)    **INCIDENT** means the attack by Roger Spencer on Jimmy D. Haws which occurred

5    on December 7, 2006 in the stairway area of D-Pod of the Monterey County Jail in Salinas,

6    California.

7    ## PROPERTY TO BE INSPECTED

8    **REQUEST NO. 1:**

9        D-Pod of the Monterey County Jail.

10   **REQUEST NO. 2:**

11       Surveillance cameras and monitoring stations in the area where the INCIDENT occurred.

12   **REQUEST NO. 3:**

13       Any audiotape and tape recording equipment designed to record radio transmissions in the

14   area where the INCIDENT occurred.

15

16                                    LAW OFFICE OF MICHAEL B. MOORE

17

18

19   Dated: October 29, 2007              By:_____

20                                            Michael B. Moore

21

22

23

24

25

26

27

28
_____
                    Request For Entry Upon Land For Inspection, Set 1
                                    - 2 -

Law Office of Michael B. Moore
595 Market Street, Suite 1320
San Francisco, California 94105
(415) 956-6500 (Tel) . (415) 956-6580 (Fax)

EXHIBIT    3
PAGE 21 OF 30 PAGES

1  MICHAEL B. MOORE, ESQ. (SBN 62182)
   595 Market Street, Suite 1320
2  San Francisco, California 94105
   Telephone:    (415) 956-6500
3  Facsimile:    (415) 956-6580
   Email:        mbm@moore-law.net
4
   Ralph W. Boroff, Esq.
5  55 River Street, Suite 100
   Santa Cruz, CA 95060
6  Telephone:    (831) 458-0502
   Facsimile:    (831) 426-0159
7
   Attorneys for Plaintiffs JIMMY D. HAWS & CARRIE A. HAWS
8

9
                IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA
10                 NORTHERN DISTRICT OF THE STATE OF CALIFORNIA
                                SAN JOSE DIVISION
11

12
13  JIMMY D. HAWS, CARRIE A. HAWS          CASE NO.: C07 02599 RS

14            Plaintiff,                   **PLAINTIFFS' FIRST REQUEST FOR
        v.                                 PRODUCTION OF DOCUMENTS**
15  COUNTY OF MONTEREY, et al.,

16            Defendants.

17  **PROPOUNDING PARTY**: Plaintiffs JIMMY D. HAWS, CARRIE A. HAWS

18  **RESPONDING PARTY:**    Defendant COUNTY OF MONTEREY

19  **SET NO.:**             ONE

20        Plaintiff hereby requests that defendant produce documents in its custody and control

21  responsive to the categories specified below.  In searching for and producing said documents,

22  defendant must use all information which is known or available to it, including, but not limited to,

23  information known of its own personal knowledge, information obtainable by a diligent search of

24  sources for information available to it, and all information in the possession or available to any

25  person or persons acting on its behalf or under its control or under the control of any of its attorneys,

26  agents, servants or representatives.

27

28

Law Office of Michael B. Moore
595 Market Street, Suite 1320
San Francisco, California 94105
(415) 956-6500 (Tel) . (415) 956-6580 (Fax)

EXHIBIT    3
PAGE 22 OF 30 PAGES

1    Plaintiffs request that defendant produce said documents for inspection and copying at the

2    offices of Michael B. Moore, 595 Market Street, Suite 1320, San Francisco, California 94105 in

3    conformance with the provisions of Federal Rules of Civil Procedure, Rule 34, 30 days from the date

4    of service of this request.  As an alternative to the means of production specified above, defendant

5    may mail or have delivered a true and correct copy of each document to be produced in response to

6    this request to the requesting party's attorney prior to the date of production specified above.

7    This request is made pursuant to FRCP Rule 34, which requires the responding party to serve

8    a written response subscribed under oath within the time specified in that section, and which further

9    requires responding party to identify the documents falling within the category specified below

10   which are in the possession, custody or control of responding party; and to state that inspection and

11   related activities will be permitted unless a request is objected to, in which event the reasons for each

12   objection must be clearly set forward.

13   If responding party contends that any document requested is protected from disclosure by the

14   attorney/client privilege and/or by the attorney work product doctrine, responding party should

15   specify the nature of the privilege claimed, describe the precise ground for the protection, and

16   identify the document with particularity, including its author, date or recipients thereof, the subject

17   matter, and the number of pages therein.

18                                   **DEFINITIONS**

19   Words in **BOLDFACE CAPITALS** in these interrogatories are defined as follows:

20   (1)    **YOU OR ANYONE ACTING ON YOUR BEHALF** includes you, your agents,

21   your employees, your insurance companies, their agents, their employees, your attorneys, your

22   accountants, your investigators, and anyone else acting on your behalf.

23   (2)    **PERSON** includes a natural person, firm, association, organization, partnership,

24   business, trust, limited liability company, corporation, or public entity.

25   (3)    **DOCUMENT** means a writing, as defined in Evidence Code section 250, and

26   includes the original or a copy of handwriting, typewriting, printing, photostats, photographs,

27   electronically stored information, and every other means of recording upon any tangible thing and

28

Law Office of Michael B. Moore
595 Market Street, Suite 1320
San Francisco, California 94105
(415) 956-6500 (Tel). (415) 956-6580 (Fax)

EXHIBIT ___3___

PAGE _23_ OF _30_ PAGES

1  form of communicating or representation, including letters, words, pictures, sounds or symbols, or

2  combinations of them.

3       4.    **INCIDENT** means the attack by Roger Spencer on Jimmy D. Haws which occurred

4  on December 7, 2006 in the stairway area of D-Pod of the Monterey County Jail in Salinas,

5  California.

6                          **DOCUMENTS TO BE PRODUCED**

7  **REQUEST NO. 1:**

8       Any photographs in your possession taken at any time before or after the incident relating to

9  the subject incident, or the area where the INCIDENT occurred, including but not limited to, any

10 surveillance videotapes of the INCIDENT.

11 **REQUEST NO. 2:**

12      Any and all DOCUMENTS relating to the detention of Jimmy Haws, including but not

13 limited to arrest records, violence records, discipline records, lockdown records, medical records,

14 mental health evaluations, gang affiliation identification, witness statements, and any other records

15 in your possession, custody or control relating to the detention of Jimmy Haws.

16 **REQUEST NO. 3:**

17      Any and all DOCUMENTS relating to the detention of Roger Spencer, including but not

18 limited to arrest records, violence records, discipline records, lockdown records, medical records,

19 mental health evaluations, gang affiliation identification, witness statements, and any other records

20 in your possession, custody or control relating to the detention of Roger Spencer.

21 **REQUEST NO. 4:**

22      Any and all DOCUMENTS relating to the placement of surveillance cameras in the area

23 where the INCIDENT occurred, and monitoring of the area where the INCIDENT occurred by

24 Monterey County Jail personnel.

25 **REQUEST NO. 5:**

26      Any and all DOCUMENTS relating to the maximum inmate capacity of the Monterey

27 County Jail.

28

Law Office of Michael B. Moore
595 Market Street, Suite 1320
San Francisco, California 94105
(415) 956-6500 (Tel) . (415) 956-6580 (Fax)

EXHIBIT    3

PAGE 24 OF 30 PAGES

**REQUEST NO. 6:**

Any and all DOCUMENTS relating to the number of inmates housed at the Monterey County Jail on the day of the INCIDENT.

**REQUEST NO. 7:**

Any and all DOCUMENTS relating to the number of inmates housed in D-Pod of the Monterey County Jail on the day of the INCIDENT.

**REQUEST NO. 8:**

Any and all DOCUMENTS relating to the maximum inmate capacity of D-Pod of the Monterey County Jail.

**REQUEST NO. 9:**

Any and all DOCUMENTS relating to the minimum number of supervisory staff required to supervise inmates housed at the Monterey County Jail on the day of the INCIDENT.

**REQUEST NO. 10:**

Any and all DOCUMENTS relating to the identities and number of supervisory staff on duty and assigned to supervise inmates housed in D-Pod of the Monterey County Jail on the day of the INCIDENT.

**REQUEST NO. 11:**

Any and all DOCUMENTS relating to the segregation of those inmates accused of violent offenses from the inmate population accused of non-violent offenses.

**REQUEST NO. 12:**

Any and all DOCUMENTS, including but not limited to, all policy and procedure manuals in effect at the time of the INCIDENT, relating to how cell mates were assigned at the Monterey County Jail on the day of the INCIDENT.

**REQUEST NO. 13:**

Any and all DOCUMENTS, including but not limited to, all policy and procedure manuals in effect at the time of the INCIDENT, relating to safe and proper staffing levels at the Monterey County Jail on the day of the INCIDENT.

Law Office of Michael B. Moore
595 Market Street, Suite 1320
San Francisco, California 94105
(415) 956-6500 (Tel) . (415) 956-6580 (Fax)

EXHIBIT _____ 3

PAGE 25 OF 30 PAGES

Law Office of Michael B. Moore
595 Market Street, Suite 1320
San Francisco, California 94105
(415) 956-6500 (Tel) . (415) 956-6580 (Fax)

**REQUEST NO. 14:**

Any and all DOCUMENTS, including but not limited to, all policy and procedure manuals in effect at the time of the INCIDENT,  relating to how cell blocks were to be monitored and/or supervised at the Monterey County Jail on the day of the INCIDENT.

**REQUEST NO. 15:**

Any and all DOCUMENTS relating to any potential safety problems posed by any inmate housed in D-Pod at any time prior to the INCIDENT.

**REQUEST NO. 16:**

Any and all DOCUMENTS relating to any potential safety problems posed by Jimmy Haws at any time prior to the INCIDENT.

**REQUEST NO. 17:**

Any and all DOCUMENTS relating to any potential safety problems posed by Roger Spencer at any time prior to the INCIDENT.

**REQUEST NO. 18:**

Any and all policy and procedure manuals applicable to the supervision of inmates at the Monterey County Jail in effect at the time of the INCIDENT, including but not limited to, the manner in which supervision was supposed to be carried out, the length of supervisory employee shifts, and the length of overtime shifts.

**REQUEST NO. 19:** .

Any and all policy and procedure manuals applicable to the safety of inmates at the Monterey County Jail in effect at the time of the INCIDENT.

**REQUEST NO. 20:**

All DOCUMENTS relating to the persons on duty at the Monterey County Jail at the time of the INCIDENT.

**REQUEST NO. 21:**

Any and all DOCUMENTS relating to the decision to drop all charges against Jimmy Haws, including but not limited to, the reason said decision was made, and the identities of all persons

EXHIBIT_____3

PAGE 26 OF 30 PAGES

1    involved in making this decision.

2    **REQUEST NO. 22:**

3         Any and all DOCUMENTS relating to the identities of the PERSON(S) responsible for

4    supervising inmates housed in D-Pod at the time of the INCIDENT.

5    **REQUEST NO. 23:**

6         Any and all DOCUMENTS relating to the identities of the PERSON(S) responsible for

7    supervising Jimmy Haws at the time of the INCIDENT.

8    **REQUEST NO. 24:**

9         Any and all DOCUMENTS relating to the identities of the PERSON(S) responsible for

10   supervising Roger Spencer  at the time of the INCIDENT.

11   **REQUEST NO. 25:**

12        Any and all DOCUMENTS relating to the identities of the PERSON(S) responsible for

13   assigning inmate Roger Spencer and inmate Jimmy Haws as cell mates.

14   **REQUEST NO. 26:**

15        Any and all DOCUMENTS relating to the identities of the inmates housed in D-Pod at the

16   time of the INCIDENT.

17   **REQUEST NO. 27:**

18        Any audiotapes and tape recordings of radio transmissions in your possession taken at any

19   time before or after the incident relating to the subject incident, or the area where the INCIDENT

20   occurred, including but not limited to, the response to the INCIDENT.

21   **REQUEST NO. 28:**

22        Any and all DOCUMENTS relating to the training and discipline records of the supervisory

23   staff on duty and assigned to supervise inmates housed  in D-Pod of the Monterey County Jail on the

24   day of the INCIDENT.

25   **REQUEST NO. 29:**

26        Any and all chain of command DOCUMENTS, including any and all memorandum, crime

27   and incident reports relating to the INCIDENT.

28

Law Office of Michael B. Moore
595 Market Street, Suite 1320
San Francisco, California 94105
(415) 956-6500 (Tel) . (415) 956-6580 (Fax)

EXHIBIT _____ 3

PAGE _27_ OF _30_ PAGES

**REQUEST NO. 30:**

Any and all files in the possession of the County of Monterey relating to Jimmy Haws.

**REQUEST NO. 31:**

Any and all files in the possession of the County of Monterey relating to Roger Spencer.

**REQUEST NO. 32:**

All DOCUMENTS relating to the placement of Jimmy Haws in isolation, the offenses for which Jimmy Haws was placed in isolation, and/or any other disciplinary action taken against Jimmy Haws.

**REQUEST NO. 33:**

All DOCUMENTS relating to the placement of Roger Spencer in isolation, the offenses for which Roger Spencer was placed in isolation, and/or any other disciplinary action taken against Roger Spencer.

**REQUEST NO. 34:**

All DOCUMENTS relating to the configuration and placement of inmate monitoring equipment in D-Pod of the Monterey County Jail, as it was configured at the time of the INCIDENT.

**REQUEST NO. 35:**

All DOCUMENTS relating to the prosecution of Roger Spencer as a result of the attack and personal injuries sustained by Jimmy Haws on December 7, 2006.

LAW OFFICE OF MICHAEL B. MOORE

Dated: October 29, 2007

By: _____

Michael B. Moore

EXHIBIT _____3_____

PAGE _28_ OF _30_ PAGES

*Haws v. County of Monterey, et al*
Case No.   C07 02599 RS
*U. S. District Court - Northern District of California*

### DECLARATION OF SERVICE BY MAIL
### (C.C.P. § 1013a(3), 2009, 2015.5)

I am over the age of 18 years, a citizen of the United States, and not a party to the within entitled cause of action.  My business address is 595 Market Street, Suite 1320, San Francisco, California 94105, and I am employed in the City and County of San Francisco, State of California. On the date set forth below I served the documents described below:

1. Plaintiffs' Request For Production of Documents, Set 1
2. Plaintiffs' Specially Prepared Interrogatories, Set 1
3. Plaintiffs' Request For Entry Upon Land For Inspection, Set 1

on the following party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Traci Kirkbride, Deputy County Counsel
Office of the County Counsel
County of Monterey
168 W. Alisal Street
Salinas, CA 93901
**Attorneys for Defendant County**

Ralph W. Boroff, Esq.
55 River Street, Suite 100
Santa Cruz, CA 95060
**Co-Counsel for Plaintiffs**

David Sheuerman, Esq.
Sheuerman, Martini & Tabari, P.C.
1033 Willow Street
San Jose, CA 95125
**Attorneys for Defendant Natividad**

[X] (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

[ ] (BY HAND) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ] (BY FACSIMILE/ELECTRONIC MAIL/OVERNIGHT MAIL) I caused such document(s) to be transmitted by facsimile/electronically or by overnight mail on this date to the office of the addressee(s).

[ ] (BY E-FILING WITH THE U.S. DISTRICT COURT) By submitting these documents for Electronic Case Filing, Pursuant to Local Rule 5-4 and General Order 45, at the Law Office of Michael B. Moore, 595 Market Street, Suite 1320, San Francisco, CA 94105.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 31, 2007 at San Francisco, California.

Mark Ross

LAW OFFICE OF MICHAEL B. MOORE
595 Market Street, Suite 1320
San Francisco, CA 94104

EXHIBIT    3
PAGE 29 OF 30 PAGES

MONTEREY COUNTY COUNSEL
RECEIVED

2007 NOV 2 PM 1 47

EXHIBIT____3____
PAGE 30 OF 30 PAGES

# Exhibit 4

## LAW OFFICE OF MICHAEL B. MOORE

595 Market Street, Suite 1320 • San Francisco, California 94105

Telephone (415) 956-6500
Facsimile  (415) 956-6580

Email: mbm@moore-law.net

November 2, 2007

Via Fax: 831-755-5283

Traci Kirkbride, Deputy County Counsel
Office of the County Counsel
County of Monterey
168 W. Alisal Street
Salinas, CA 93901

Re:    *Jimmy D. Haws v. County of Monterey, et al*

Dear Ms. Kirkbride:

In the last several days I served written discovery and I have noticed a number of depositions. I have given the statutory notice but would greatly appreciate it if you would respond to the written discovery sooner than required by statute and if you would contact me about scheduling the depositions to occur sooner than noticed. This request is in line with our previous discussion that we would like to mutually cooperate as much as possible to expedite the exchange of information so that everyone will be fully prepared for the mediation in this matter which is likely to be scheduled in January.

I hope we can work together to have these depositions taken and the documents requested received as soon as possible consistent with the schedules of the attorneys and witnesses involved.

For your easy reference, I will forward by email the deposition notices and discovery to which I am referring.

Very truly yours,

Michael B. Moore

/cjb
Encl.

cc:    Ralph W. Boroff, Esq. (letter only by fax)
       David Sheuerman, Esq.(letter only by fax)

EXHIBIT  4
PAGE  1  OF  2  PAGES



# LAW OFFICE OF MICHAEL B. MOORE

595 Market Street, Suite 1320 . San Francisco, California 94105
Telephone: (415) 956-6500 . Facsimile: (415) 956-6580

# FAX COVER SHEET

**DATED:**    November 2, 2007

| TO: | FIRM: | FAX NUMBER: |
|---|---|---|
| Traci Kirkbride, Esq. | County of Monterey | 831-755-5283 |
| David Sheuerman, Esq. | Sheuerman, Martini & Tabari | 408-295-9900 |
| Ralph W. Boroff, Esq. | Ralph W. Boroff P.C. | 831-426-0159 |

**FROM:**    Carolyn J. Bennett

**PAGES FAXED:**    2 (includes cover sheet)

**RE:**    Haws v. County of Monterey, et al

**MESSAGE:**    No copy by mail.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**IMPORTANT NOTICE:**

This facsimile message is intended only for the use of the individual to which it is addressed, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee/agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone call and return the original message to us at the above address by first class mail. Thank you.

EXHIBIT_____4____

PAGE__2__OF__2__PAGES