# Exhibit 5

*Jimmy D. Haws, et al. v. County of Monterey, et al.*    Case No. C 07-02599 JF

Declaration of Traci A. Kirkbride in Support of Defendants' Opposition to Plaintiffs' Motion to Compel and for Sanctions

1  Michael B. Moore, Esq. (SBN 62182)
   595 Market Street, Suite 1320
2  San Francisco, California 94105
   Telephone:     (415) 956-6500
3  Facsimile:     (415) 956-6580
   Email:         mbm@moore-law.net
4
   Ralph W. Boroff, Esq. (SBN 59164)
5  55 River Street, Suite 100
   Santa Cruz, CA 95060
6  Telephone:     (831) 458-0502
   Facsimile:     (831) 426-0159
7
   Attorneys for Plaintiffs
8
9           IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA
               NORTHERN DISTRICT OF THE STATE OF CALIFORNIA
10                          SAN JOSE DIVISION
11
   JIMMY D. HAWS, SETH DANIEL HAWS,          CASE NO.:    C07 02599 JF
12 and MIA SKYE HAWS, minors, by and
   through their guardian ad litem, CARRIE   **PLAINTIFFS' NOTICE OF TAKING**
13 A. HAWS, and CARRIE A. HAWS,              **DEPOSITION OF THE COUNTY OF**
   individually,                             **MONTEREY EMPLOYEE CHIEF**
14                                           **DEPUTY BURT LIEBERSBACH**
                 Plaintiffs,
15
          v.
16
   COUNTY OF MONTEREY, MICHAEL
17 KANALAKIS, NATIVIDAD MEDICAL
   CENTER and DOES 1-300, inclusive,
18
                 Defendants.
19
   ─────────────────────────────────
20 TO DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD:
21        Pursuant to FRCP Rule 30 (b)(1), on **December 4, 2007** beginning at 10:00 a.m., at the Law
22 Offices of Michael B. Moore, 595 Market Street, Suite 1320, San Francisco, CA 94105, Telephone
23 (415) 956-6500,   plaintiffs will take the deposition of the **COUNTY OF MONTEREY**
   **EMPLOYEE CHIEF DEPUTY BURT LIEBERSBACH**.
24
          Said depositions will be taken before a deposition officer who is authorized to administer an
25
   oath.  If the deposition is not completed on the dates set forth above, the taking of the depositions
26
   will be continued from day to day thereafter except Sundays and holidays at the same place until
27
28 ──────────────────────────────────────
                            1
                  Plaintiffs' Notice of Taking Deposition

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

1  completed.  Pursuant to Rule 34, Defendant County of Monterey is requested to produce at the time

2  of the deposition all documents relating to or referring the matters listed in Attachment 1.

3

4                                        LAW OFFICE OF MICHAEL B. MOORE

5

6

7  Dated: November 1, 2007              By: _____

8                                            Michael B. Moore

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                                 EXHIBIT ____5____

27                                                 PAGE _2_ OF _54_ PAGES

28

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

2
Plaintiffs' Notice of Taking Deposition

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

# ATTACHMENT 1

## DEFINITIONS

Words in **BOLDFACE CAPITALS** in these interrogatories are defined as follows:

(1)    **INCIDENT** means the attack by Roger Spencer on Jimmy D. Haws which occurred on December 7, 2006 in the stairway area of D-Pod of the Monterey County Jail in Salinas, California.

(2)    **DOCUMENT** means a writing, as defined in California Evidence Code section 250, and includes the original or a copy of handwriting, typewriting, printing, photostats, photographs, electronically stored information, and every other means of recording upon any tangible thing and form of communicating or representation, including letters, words, pictures, sounds or symbols, or combinations of them.

## DOCUMENTS TO BE PRODUCED

1.    Any and all archives relating to the Monterey County Jail created by Chief Deputy Liebersbach.

2.    Any and all photographs of D Pod at the Monterey County Jail.

3.    Any and all DOCUMENTS, including, but not limited to, memorandum, correspondence, articles, notes, diaries, and manuscripts created by Chief Deputy Liebersbach relating to the Monterey County Jail.

4.    Any and all DOCUMENTS, including, but not limited to, memorandum, correspondence, articles, notes, diaries, and manuscripts created by Chief Deputy Liebersbach relating to inmate overcrowding issues at the Monterey County Jail.

5.    All DOCUMENTS, including, but not limited to, memorandum, correspondence, articles, notes, diaries, and manuscripts created by Chief Deputy Liebersbach relating to inmate on inmate violence issues at the Monterey County Jail.

EXHIBIT  5

PAGE 3 OF 54 PAGES

3

1    6.    All DOCUMENTS, including, but not limited to, memorandum, correspondence,

2  articles, notes, diaries, and manuscripts created by Chief Deputy Liebersbach relating to inmate on

3  inmate violence issues in D Block at the Monterey County Jail.

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

EXHIBIT ___5___

PAGE __4__ OF _54_ PAGES

4

1  | *Haws v. County of Monterey, et al*
   | *Case No.  C07 02599 RS*
2  | *U. S. District Court - Northern District of California*

3

## DECLARATION OF SERVICE BY MAIL
4  ### (C.C.P. § 1013a(3), 2009, 2015.5)

5      I am over the age of 18 years, a citizen of the United States, and not a party to the within
entitled cause of action.  My business address is 595 Market Street, Suite 1320, San Francisco,
6  California 94105, and I am employed in the City and County of San Francisco, State of California.
On the date set forth below I served the documents described below:

7
        1.    Plaintiffs' Notice of Deposition Chief Deputy Burt Liebersbach
8        2.    Plaintiffs' First Notice of PMK Deposition to the County of Monterey
        3.    Plaintiffs' Second Notice of PMK Deposition to the County of Monterey
9        4.    Plaintiffs' Third Notice of PMK Deposition  to the County of Monterey
        5.    Plaintiffs' Fourth Notice of PMK Deposition  to the County of Monterey
10

on the following party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope
11 addressed as follows:

12     Traci Kirkbride, Deputy County Counsel        Ralph W. Boroff, Esq.
       Office of the County Counsel                  55 River Street, Suite 100
13     County of Monterey                            Santa Cruz, CA 95060
       168 W. Alisal Street                          **Co-Counsel for Plaintiffs**
14     Salinas, CA 93901
       **Attorneys for Defendant County**
15
       David Sheuerman, Esq.
16     Sheuerman, Martini & Tabari, P.C.
       1033 Willow Street
17     San Jose, CA 95125
       **Attorneys for Defendant Natividad**
18
   ☒   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United
19     States mail at San Francisco, California.

20 ☐   (BY HAND) I caused such envelope(s) to be delivered by hand this date to the offices of the
       addressee(s).
21
   ☐   (BY FACSIMILE/ELECTRONIC MAIL/OVERNIGHT MAIL) I caused such document(s) to
22     be transmitted by facsimile/electronically or by overnight mail on this date to the office of the addressee(s).

23 ☐   (BY E-FILING WITH THE U.S. DISTRICT COURT) By submitting these documents for
       Electronic Case Filing, Pursuant to Local Rule 5-4 and General Order 45, at the Law Office of Michael B.
24     Moore, 595 Market Street, Suite 1320, San Francisco, CA 94105.

25     I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.
26
       Executed on November 1, 2007 at San Francisco, California.
27

28                                          _____
                                            Mark Ross

LAW OFFICE OF MICHAEL B. MOORE
595 Market Street, Suite 1320
San Francisco, CA 94104

EXHIBIT 5
PAGE 5 OF 54 PAGES

MONTEREY COUNTY COUNSEL
RECEIVED

2007 NOV 5 PM 3 02

EXHIBIT 5
PAGE 6 OF 54 PAGES

1  Michael B. Moore, Esq. (SBN 62182)
   595 Market Street, Suite 1320
2  San Francisco, California 94105
   Telephone:    (415) 956-6500
3  Facsimile:    (415) 956-6580
   Email:        mbm@moore-law.net
4
   Ralph W. Boroff, Esq. (SBN 59164)
5  55 River Street, Suite 100
   Santa Cruz, CA 95060
6  Telephone:    (831) 458-0502
   Facsimile:    (831) 426-0159
7
   Attorneys for Plaintiffs
8

9            IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA
              NORTHERN DISTRICT OF THE STATE OF CALIFORNIA
10                          SAN JOSE DIVISION

11

12  JIMMY D. HAWS, SETH DANIEL HAWS,          CASE NO.:    C07 02599 JF
    and MIA SKYE HAWS, minors, by and
13  through their guardian ad litem, CARRIE    **PLAINTIFFS' NOTICE OF TAKING
    A. HAWS, and CARRIE A. HAWS,               DEPOSITION OF THE COUNTY OF
14  individually,                              MONTEREY**

15                  Plaintiffs,
              v.
16
    COUNTY OF MONTEREY, MICHAEL
17  KANALAKIS, NATIVIDAD MEDICAL
    CENTER and DOES 1-300, inclusive,
18
                    Defendants.
19
20  TO DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD:

21          Pursuant to FRCP Rule 30 (b)(1), on **December 5, 2007** beginning at 10:00 a.m., at the Law

22  Offices of Michael B. Moore, 595 Market Street, Suite 1320, San Francisco, CA 94105, Telephone

23  (415) 956-6500, plaintiffs will take the deposition of the **COUNTY OF MONTEREY**. Defendant

24  County of Monterey is requested to designate and produce those of its officers, directors, managing

25  agents, employees or agents who are most qualified to testify on its behalf as to the matters listed in

26  Attachment 1 to the extent of any information known or reasonably available to the County of

27  Monterey.

28

EXHIBIT  5

PAGE  7  OF  54  PAGES

1

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

1        Said depositions will be taken before a deposition officer who is authorized to administer an

2    oath.  If the deposition is not completed on the dates set forth above, the taking of the depositions

3    will be continued from day to day thereafter except Sundays and holidays at the same place until

4    completed.

5        Pursuant to Rule 34, Defendant County of Monterey is requested to produce at the time of

6    the deposition all documents relating to or referring the matters listed in Attachment 2.

7

8                        LAW OFFICE OF MICHAEL B. MOORE

9

10

11   Dated: November 1, 2007            By: _____

12                                  Michael B. Moore

13

14

15

16

17

18

19

20

21

22

23

24

25

26   EXHIBIT _____5_____

27   PAGE _8_ OF _54_ PAGES

28

                            2

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

1

## ATTACHMENT 1

2

## DEFINITIONS

3    Words in **BOLDFACE CAPITALS** in these interrogatories are defined as follows:

4    (1)    **INCIDENT** means the attack by Roger Spencer on Jimmy D. Haws which occurred

5    on December 7, 2006 in the stairway area of D-Pod of the Monterey County Jail in Salinas,

6    California.

7    (2)    **DOCUMENT** means a writing, as defined in Evidence Code section 250, and

8    includes the original or a copy of handwriting, typewriting, printing, photostats, photographs,

9    electronically stored information, and every other means of recording upon any tangible thing and

10   form of communicating or representation, including letters, words, pictures, sounds or symbols, or

11   combinations of them.

12

## TOPICS FOR DEPOSITION

13   1.    That person most familiar with the maximum inmate capacity of the Monterey County

14   Jail on the day of the INCIDENT.

15   2.    That person most familiar with any and all DOCUMENTS which evidence the

16   maximum inmate capacity of the Monterey County Jail on the day of the INCIDENT.

17   3.    That person most familiar with the maximum inmate capacity of D Pod at the

18   Monterey County Jail on the day of the INCIDENT.

19   4.    That person most familiar with any and all DOCUMENTS which evidence the

20   maximum inmate capacity of D Pod at the Monterey County Jail on the day of the INCIDENT.

21   5.    That person most familiar with the number of inmates housed at the Monterey County

22   Jail on the day of the INCIDENT.

23   6.    That person most familiar with any and all DOCUMENTS relating to the number of

24   inmates housed at the Monterey County Jail on the day of the INCIDENT.

25   7.    That person most familiar with the number of inmates housed in D Pod at the

26   Monterey County Jail on the day of the INCIDENT.

27

EXHIBIT _____ 5

28

PAGE _9_ OF _54_ PAGES

3

Law Office Of Michael B. Moore
595 Market Street, Suite 1320
San Francisco, CA 94105

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

8.      That person most familiar with any and all DOCUMENTS relating to the number of inmates housed in D Pod at the Monterey County Jail on the day of the INCIDENT.

9.      That person most familiar with the minimum number of supervisory staff required to supervise inmates housed at the Monterey County Jail on the day of the INCIDENT.

10.     That person most familiar with any and all DOCUMENTS relating to the minimum number of supervisory staff required to supervise inmates housed at the Monterey County Jail on the day of the INCIDENT.

11.     That person most familiar with the actual number of supervisory staff present on the job supervising the inmates housed at the Monterey County Jail on the day of the INCIDENT.

12.     That person most familiar with any and all DOCUMENTS relating to the actual number of supervisory staff present on the job supervising the inmates housed at the Monterey County Jail on the day of the INCIDENT.

13.     That person most familiar with the minimum number of supervisory staff required to supervise inmates housed in D Pod at the Monterey County Jail on the day of the INCIDENT.

14.     That person most familiar with any and all DOCUMENTS relating to the minimum number of supervisory staff required to supervise inmates housed in D Pod at the Monterey County Jail on the day of the INCIDENT.

15.     That person most familiar with the actual number of supervisory staff present on the job supervising the inmates housed in D Pod at the Monterey County Jail on the day of the INCIDENT.

16.     That person most familiar with any and all DOCUMENTS relating to the actual number of supervisory staff present on the job supervising the inmates housed in D Pod at the Monterey County Jail on the day of the INCIDENT.

17.     That person most familiar with any and all supplementary housing allowance program for law enforcement employees investigation by the Sheriff's Department staff and/or the County Administrative Officer's staff referenced in the 2003 Monterey County Grand Jury report.

1    18.    That person most familiar with all DOCUMENTS relating to any and all

2  supplementary housing allowance program for law enforcement employees investigation by the

3  Sheriff's Department staff and/or the County Administrative Officer's staff referenced in the 2003

4  Monterey County Grand Jury report.

5    19.    That person most familiar with any and all presentations made by the Sheriff's

6  Department staff and the County Administrative Officer's staff to the Monterey County Board of

7  Supervisors as part of an "affordable housing" plan to insure recruitment and retention of critical

8  County employees referenced in the 2003 Monterey County Grand Jury report.

9    20.    That person most familiar with any and all DOCUMENTS evidencing all

10  presentations made by the Sheriff's Department staff and the County Administrative Officer's staff

11  to the Monterey County Board of Supervisors as part of an "affordable housing" plan to insure

12  recruitment and retention of critical County employees referenced in the 2003 Monterey County

13  Grand Jury report.

14    21.    That person most familiar with any and all prisoner overcrowding relief programs

15  developed by the Sheriff's Department staff and/or the County Administrative Officer's staff in

16  response to the conditions at the Monterey County Jail.

17    22.    That person most familiar with any and all DOCUMENTS evidencing any and all

18  prisoner overcrowding relief programs developed by the Sheriff's Department staff and/or the County

19  Administrative Officer's staff in response to the conditions at the Monterey County Jail.

20    23.    That person most familiar with any and all judicial or regulatory inquiries relating to

21  the overcrowded conditions at the Monterey County Jail, and the County of Monterey's responses

22  to said inquiries, including but not limited to all Monterey County Civil Grand Jury reports, and

23  reports of the Presiding Judge of the Superior Court of Monterey, reports by Sheriff's Department

24  staff and/or the County Administrative Officer's staff, and the Monterey County Board of

25  Supervisors relating to overcrowding at the Monterey County Jail.

26    24.    That person most familiar with any and all DOCUMENTS evidencing any and all

27

28
_____

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

EXHIBIT    5

PAGE  11  OF 54  PAGES

1    judicial or regulatory inquiries relating to the overcrowded conditions at the Monterey County Jail,

2    and the County of Monterey's responses to said inquiries, including but not limited to all Monterey

3    County Civil Grand Jury reports, and reports of the Presiding Judge of the Superior Court of

4    Monterey, reports by Sheriff's Department staff and/or the County Administrative Officer's staff, and

5    the Monterey County Board of Supervisors relating to overcrowding at the Monterey County Jail.

6         25.    That person most familiar with any and all judicial or regulatory inquiries relating to

7    under staffing and high employee turnover rates at the Monterey County Jail, and the County of

8    Monterey's responses to said inquiries, including but not limited to all Monterey County Civil Grand

9    Jury reports, and reports of the Presiding Judge of the Superior Court of Monterey, reports by

10   Sheriff's Department staff and/or the County Administrative Officer's staff, and the Monterey

11   County Board of Supervisors relating to under staffing and high employee turnover rates at the

12   Monterey County Jail.

13

14        26.    That person most familiar with any and all DOCUMENTS evidencing any and all

15   judicial or regulatory inquiries relating to under staffing and high employee turnover rates conditions

16   at the Monterey County Jail, and the County of Monterey's responses to said inquiries, including but

17   not limited to all Monterey County Civil Grand Jury reports, and reports of the Presiding Judge of

18   the Superior Court of Monterey, reports by Sheriff's Department staff and/or the County

19   Administrative Officer's staff, and the Monterey County Board of Supervisors relating to under

20   staffing and high employee turnover rates at the Monterey County Jail.

21

22

23

24

25

26

27

28

EXHIBIT 5

PAGE 12 OF 54 PAGES

6

Plaintiffs' Notice of Taking Deposition

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

1

## ATTACHMENT 2

2

## DEFINITIONS

3    Words in **BOLDFACE CAPITALS** in these interrogatories are defined as follows:

4    (1)    **INCIDENT** means the attack by Roger Spencer on Jimmy D. Haws which occurred

5    on December 7, 2006 in the stairway area of D-Pod of the Monterey County Jail in Salinas,

6    California.

7    (2)    **DOCUMENT** means a writing, as defined in Evidence Code section 250, and

8    includes the original or a copy of handwriting, typewriting, printing, photostats, photographs,

9    electronically stored information, and every other means of recording upon any tangible thing and

10    form of communicating or representation, including letters, words, pictures, sounds or symbols, or

11    combinations of them.

12    ## DOCUMENTS TO BE PRODUCED

13    1.    Any and all DOCUMENTS which evidence the maximum inmate capacity of the

14    Monterey County Jail on the day of the INCIDENT.

15    2.    Any and all DOCUMENTS which evidence the maximum inmate capacity of D Pod

16    at the Monterey County Jail on the day of the INCIDENT.

17    3.    Any and all DOCUMENTS relating to the number of inmates housed at the Monterey

18    County Jail on the day of the INCIDENT.

19    4.    Any and all DOCUMENTS relating to the number of inmates housed in D Pod at the

20    Monterey County Jail on the day of the INCIDENT.

21    5.    Any and all DOCUMENTS relating to the minimum number of supervisory staff

22    required to supervise inmates housed at the Monterey County Jail on the day of the INCIDENT.

23    6.    Any and all DOCUMENTS relating to the actual number of supervisory staff present

24    on the job supervising the inmates housed at the Monterey County Jail on the day of the INCIDENT.

25    7.    Any and all DOCUMENTS relating to the minimum number of supervisory staff

26    required to supervise inmates housed in D Pod at the Monterey County Jail on the day of the

27

28

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

Plaintiffs' Notice of Taking Deposition

EXHIBIT _____5_____

PAGE _13_ OF _54_ PAGES

1    INCIDENT.

2    8.    Any and all DOCUMENTS relating to the actual number of supervisory staff present

3    on the job supervising the inmates housed in D Pod at the Monterey County Jail on the day of the

4    INCIDENT.

5    9.    Any and all DOCUMENTS relating to any and all supplementary housing allowance

6    program for law enforcement employees investigation by the Sheriff's Department staff and/or the

7    County Administrative Officer's staff referenced in the 2003 Monterey County Grand Jury report.

8    10.    Any and all DOCUMENTS evidencing all presentations made by the Sheriff's

9    Department staff and the County Administrative Officer's staff to the Monterey County Board of

10   Supervisors as part of an "affordable housing" plan to insure recruitment and retention of critical

11   County employees referenced in the 2003 Monterey County Grand Jury report.

12   11.    Any and all DOCUMENTS evidencing any and all prisoner overcrowding relief

13   programs developed by the Sheriff's Department staff and/or the County Administrative Officer's

14   staff in response to the conditions at the Monterey County Jail.

15   12.    Any and all DOCUMENTS evidencing any and all judicial or regulatory inquiries

16   relating to the overcrowded conditions at the Monterey County Jail, and the County of Monterey's

17   responses to said inquiries, including but not limited to all Monterey County Civil Grand Jury

18   reports, and reports of the Presiding Judge of the Superior Court of Monterey, reports by Sheriff's

19   Department staff and/or the County Administrative Officer's staff, and the Monterey County Board

20   of Supervisors relating to overcrowding at the Monterey County Jail.

21   13.    Any and all DOCUMENTS evidencing any and all judicial or regulatory inquiries

22   relating to under staffing and high employee turnover rates conditions at the Monterey County Jail,

23   and the County of Monterey's responses to said inquiries, including but not limited to all Monterey

24   County Civil Grand Jury reports, and reports of the Presiding Judge of the Superior Court of

25   Monterey, reports by Sheriff's Department staff and/or the County Administrative Officer's staff, and

26   the Monterey County Board of Supervisors relating to under staffing and high employee turnover

27

28

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

8

EXHIBIT    5

PAGE  14  OF  54  PAGES

1  rates at the Monterey County Jail.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

EXHIBIT_____5____
PAGE__15__ OF__54__ PAGES

9

Plaintiffs' Notice of Taking Deposition

1   *Haws v. County of Monterey, et al*
    *Case No.  C07 02599 RS*
2   *U. S. District Court - Northern District of California*

3

4                    **DECLARATION OF SERVICE BY MAIL**
                     **(C.C.P. § 1013a(3), 2009, 2015.5)**

5           I am over the age of 18 years, a citizen of the United States, and not a party to the within
    entitled cause of action.  My business address is 595 Market Street, Suite 1320, San Francisco,
6   California 94105, and I am employed in the City and County of San Francisco, State of California.
    On the date set forth below I served the documents described below:
7
            1.      Plaintiffs' Notice of Deposition Chief Deputy Burt Liebersbach
8           2.      Plaintiffs' First Notice of PMK Deposition to the County of Monterey
            3.      Plaintiffs' Second Notice of PMK Deposition to the County of Monterey
9           4.      Plaintiffs' Third Notice of PMK Deposition  to the County of Monterey
            5.      Plaintiffs' Fourth Notice of PMK Deposition  to the County of Monterey
10
    on the following party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope
11  addressed as follows:

12  Traci Kirkbride, Deputy County Counsel        Ralph W. Boroff, Esq.
    Office of the County Counsel                  55 River Street, Suite 100
13  County of Monterey                            Santa Cruz, CA 95060
    168 W. Alisal Street                          **Co-Counsel for Plaintiffs**
14  Salinas, CA 93901
    **Attorneys for Defendant County**
15
    David Sheuerman, Esq.
16  Sheuerman, Martini & Tabari, P.C.
    1033 Willow Street
17  San Jose, CA 95125
    **Attorneys for Defendant Natividad**
18
    ▶ ☐  (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United
19       States mail at San Francisco, California.

20  ☐  (BY HAND) I caused such envelope(s) to be delivered by hand this date to the offices of the
       addressee(s).
21
    ☐  (BY FACSIMILE/ELECTRONIC MAIL/OVERNIGHT MAIL) I caused such document(s) to
22     be transmitted by facsimile/electronically or by overnight mail on this date to the office of the addressee(s).

23  ☐  (BY E-FILING WITH THE U.S. DISTRICT COURT) By submitting these documents for
       Electronic Case Filing, Pursuant to Local Rule 5-4 and General Order 45, at the Law Office of Michael B.
24     Moore, 595 Market Street, Suite 1320, San Francisco, CA 94105.

25          I declare under penalty of perjury under the laws of the State of California that the
    foregoing is true and correct.
26
            Executed on November 1, 2007 at San Francisco, California.
27

28                                          *Mark Ross*
                                            Mark Ross

LAW OFFICE OF MICHAEL B. MOORE
595 Market Street, Suite 1320
San Francisco, CA 94104

EXHIBIT      5

PAGE  16  OF  54  PAGES

MONTEREY COUNTY COUNSEL
RECEIVED

2007 NOV 5 PM 3 01

EXHIBIT    5
PAGE 17 OF 54 PAGES

1  Michael B. Moore, Esq. (SBN 62182)
   595 Market Street, Suite 1320
2  San Francisco, California 94105
   Telephone:    (415) 956-6500
3  Facsimile:    (415) 956-6580
   Email:        mbm@moore-law.net
4
   Ralph W. Boroff, Esq. (SBN 59164)
5  55 River Street, Suite 100
   Santa Cruz, CA 95060
6  Telephone:    (831) 458-0502
   Facsimile:    (831) 426-0159
7
   Attorneys for Plaintiffs
8

9              IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA
                NORTHERN DISTRICT OF THE STATE OF CALIFORNIA
10                            SAN JOSE DIVISION

11

12 JIMMY D. HAWS, SETH DANIEL HAWS,        CASE NO.:    C07 02599 JF
   and MIA SKYE HAWS, minors, by and
13 through their guardian ad litem, CARRIE  **PLAINTIFFS' NOTICE OF TAKING**
   A. HAWS, and CARRIE A. HAWS,            **DEPOSITION OF THE COUNTY OF**
14 individually,                           **MONTEREY**

15              Plaintiffs,
        v.
16
   COUNTY OF MONTEREY, MICHAEL
17 KANALAKIS, NATIVIDAD MEDICAL
   CENTER and DOES 1-300, inclusive,
18
                Defendants.
19

20 TO DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD:

21      Pursuant to FRCP Rule 30 (b)(1), on **December 6, 2007** beginning at 10:00 a.m., at the Law

22 Offices of Michael B. Moore, 595 Market Street, Suite 1320, San Francisco, CA 94105, Telephone

23 (415) 956-6500, plaintiffs will take the deposition of the **COUNTY OF MONTEREY**. Defendant

24 County of Monterey is requested to designate and produce those of its officers, directors, managing

25 agents, employees or agents who are most qualified to testify on its behalf as to the matters listed in

26 Attachment 1 to the extent of any information known or reasonably available to the County of

27 Monterey.

28
                                    1

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

EXHIBIT        5
PAGE 18 OF 54 PAGES

1    Said depositions will be taken before a deposition officer who is authorized to administer an

2  oath.  If the deposition is not completed on the dates set forth above, the taking of the depositions

3  will be continued from day to day thereafter except Sundays and holidays at the same place until

4  completed.

5    Pursuant to Rule 34, Defendant County of Monterey is requested to produce at the time of

6  the deposition all documents relating to or referring the matters listed in Attachment 2.

7

8                                      LAW OFFICE OF MICHAEL B. MOORE

9

10

11  Dated: November 1, 2007              By: _Michael B. Moore_

12                                           Michael B. Moore

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                      EXHIBIT____5____

27                                      PAGE _19_ OF _54_ PAGES

28

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

2

Plaintiffs' Notice of Taking Deposition

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

# ATTACHMENT 1

## DEFINITIONS

Words in **BOLDFACE CAPITALS** in these interrogatories are defined as follows:

(1)    **INCIDENT** means the attack by Roger Spencer on Jimmy D. Haws which occurred on December 7, 2006 in the stairway area of D-Pod of the Monterey County Jail in Salinas, California.

(2)    **DOCUMENT** means a writing, as defined in Evidence Code section 250, and includes the original or a copy of handwriting, typewriting, printing, photostats, photographs, electronically stored information, and every other means of recording upon any tangible thing and form of communicating or representation, including letters, words, pictures, sounds or symbols, or combinations of them.

## TOPICS FOR DEPOSITION

1.    That person most familiar with the history of inmate on inmate violence at the Monterey County Jail, including, but not limited to, increases and decreases in incidents of inmate on inmate violence and the reasons, if any, for increases or decreases in incidents of inmate on inmate violence in the past ten years.

2.    That person most familiar with any and all DOCUMENTS which evidence the history of inmate on inmate violence at the Monterey County Jail, including, but not limited to, increases and decreases in incidents of inmate on inmate violence and the reasons, if any, for increases or decreases in incidents of inmate on inmate violence in the past ten years.

3.    That person most familiar with the history of inmate on inmate violence within D Pod at the Monterey County Jail, including, but not limited to, increases and decreases in incidents of inmate on inmate violence and the reasons, if any, for increases or decreases in incidents of inmate on inmate violence in the past ten years.

4.    That person most familiar with any and all DOCUMENTS which evidence the history of inmate on inmate violence within D Pod at the Monterey County Jail, including, but not

3

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

1  limited to, increases and decreases in incidents of inmate on inmate violence and the reasons, if any,

2  for increases or decreases in incidents of inmate on inmate violence in the past ten years.

3       5.    That person most familiar with the effect of jail overcrowding on inmate on inmate

4  violence at the Monterey County Jail, including, but not limited to, increases and decreases in

5  incidents of inmate on inmate violence and the reasons, if any, for increases or decreases in incidents

6  of inmate on inmate violence in the past ten years.

7       6.    That person most familiar with any and all DOCUMENTS relating to the effect of

8  jail overcrowding on inmate on inmate violence at the Monterey County Jail, including, but not

9  limited to, increases and decreases in incidents of inmate on inmate violence and the reasons, if any,

10  for increases or decreases in incidents of inmate on inmate violence in the past ten years.

11       7.    That person most familiar with the effect of under staffing and high employee

12  turnover rates at the Monterey County Jail on inmate on inmate violence at the Monterey County

13  Jail, including, but not limited to, increases and decreases in incidents of inmate on inmate violence

14  and the reasons, if any, for increases or decreases in incidents of inmate on inmate violence in the

15  past ten years.

16       8.    That person most familiar with any and all DOCUMENTS relating to the effect of

17  under staffing and high employee turnover rates at the Monterey County Jail on inmate on inmate

18  violence at the Monterey County Jail, including, but not limited to, increases and decreases in

19  incidents of inmate on inmate violence and the reasons, if any, for increases or decreases in incidents

20  of inmate on inmate violence in the past ten years.

21       9.    That person most familiar with the effect of jail overcrowding on inmate on inmate

22  violence in D Pod at the Monterey County Jail, including, but not limited to, increases and decreases

23  in incidents of inmate on inmate violence and the reasons, if any, for increases or decreases in

24  incidents of inmate on inmate violence in the past ten years.

25       10.   That person most familiar with any and all DOCUMENTS relating to the effect of

26  jail overcrowding on inmate on inmate violence in D Pod at the Monterey County Jail, including,

27  but not limited to, increases and decreases in incidents of inmate on inmate violence and the reasons,

28

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

1  if any, for increases or decreases in incidents of inmate on inmate violence in the past ten years.

2      11.     That person most familiar with the effect of under staffing and high employee

3  turnover rates in D Pod at the Monterey County Jail on inmate on inmate violence at the Monterey

4  County Jail, including, but not limited to, increases and decreases in incidents of inmate on inmate

5  violence and the reasons, if any, for increases or decreases in incidents of inmate on inmate violence

6  in the past ten years.

7      12.     That person most familiar with any and all DOCUMENTS relating to the effect of

8  under staffing and high employee turnover rates at the Monterey County Jail on inmate on inmate

9  violence in D Pod at the Monterey County Jail, including, but not limited to, increases and decreases

10 in incidents of inmate on inmate violence and the reasons, if any, for increases or decreases in

11 incidents of inmate on inmate violence in the past ten years.

12     13.     That person most familiar with any and all policies and procedures with respect to

13 the proper supervision of inmates to prevent and/or reduce the instances of  inmate on inmate

14 violence at the Monterey County Jail in the past ten years.

15     14.     That person most familiar with any and all DOCUMENTS evidencing the policies

16 and procedures with respect to the proper supervision of inmates to prevent and/or reduce the

17 instances of  inmate on inmate violence at the Monterey County Jail in the past ten years.

18     15.     That person most familiar with any and all policies and procedures with respect to

19 the proper supervision of inmates in D Pod to prevent and/or reduce the instances of  inmate on

20 inmate violence at the Monterey County Jail in the past ten years.

21     16.     That person most familiar with any and all DOCUMENTS evidencing the policies

22 and procedures with respect to the proper supervision of inmates in D Pod to prevent and/or reduce

23 the instances of  inmate on inmate violence at the Monterey County Jail in the past ten years.

24

25

26

27

28

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

**ATTACHMENT 2**

**DEFINITIONS**

Words in **BOLDFACE CAPITALS** in these interrogatories are defined as follows:

(1)    **INCIDENT** means the attack by Roger Spencer on Jimmy D. Haws which occurred on December 7, 2006 in the stairway area of D-Pod of the Monterey County Jail in Salinas, California.

(2)    **DOCUMENT** means a writing, as defined in Evidence Code section 250, and includes the original or a copy of handwriting, typewriting, printing, photostats, photographs, electronically stored information, and every other means of recording upon any tangible thing and form of communicating or representation, including letters, words, pictures, sounds or symbols, or combinations of them.

**DOCUMENTS TO BE PRODUCED**

1.    Any and all DOCUMENTS which evidence the history of inmate on inmate violence at the Monterey County Jail, including, but not limited to, increases and decreases in incidents of inmate on inmate violence and the reasons, if any, for increases or decreases in incidents of inmate on inmate violence in the past ten years.

2.    Any and all DOCUMENTS which evidence the history of inmate on inmate violence within D Pod at the Monterey County Jail, including, but not limited to, increases and decreases in incidents of inmate on inmate violence and the reasons, if any, for increases or decreases in incidents of inmate on inmate violence in the past ten years.

3.    Any and all DOCUMENTS relating to the effect of jail overcrowding on inmate on inmate violence at the Monterey County Jail, including, but not limited to, increases and decreases in incidents of inmate on inmate violence and the reasons, if any, for increases or decreases in incidents of inmate on inmate violence in the past ten years.

4.    Any and all DOCUMENTS relating to the effect of under staffing and high employee turnover rates at the Monterey County Jail on inmate on inmate violence at the Monterey County Jail, including, but not limited to, increases and decreases in incidents of inmate on inmate violence

6

1   and the reasons, if any, for increases or decreases in incidents of inmate on inmate violence in the

2   past ten years.

3       5.      Any and all DOCUMENTS relating to the effect of jail overcrowding on inmate on

4   inmate violence in D Pod at the Monterey County Jail, including, but not limited to, increases and

5   decreases in incidents of inmate on inmate violence and the reasons, if any, for increases or decreases

6   in incidents of inmate on inmate violence in the past ten years.

7       6.      Any and all DOCUMENTS relating to the effect of under staffing and high employee

8   turnover rates at the Monterey County Jail on inmate on inmate violence in D Pod at the Monterey

9   County Jail, including, but not limited to, increases and decreases in incidents of inmate on inmate

10  violence and the reasons, if any, for increases or decreases in incidents of inmate on inmate violence

11  in the past ten years.

12      7.      Any and all DOCUMENTS evidencing the policies and procedures with respect to

13  the proper supervision of inmates to prevent and/or reduce the instances of  inmate on inmate

14  violence at the Monterey County Jail in the past ten years.

15      8.      Any and all DOCUMENTS evidencing the policies and procedures with respect to

16  the proper supervision of inmates in D Pod to prevent and/or reduce the instances of  inmate on

17  inmate violence at the Monterey County Jail in the past ten years.

18

19

20

21

22

23

24

25

26                                          EXHIBIT_____5____

27                                          PAGE__24__OF_54__PAGES

28  _____
                        7
                Plaintiffs' Notice of Taking Deposition

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

1 | *Haws v. County of Monterey, et al*
*Case No. C07 02599 RS*
2 | *U. S. District Court - Northern District of California*

3

4 | **DECLARATION OF SERVICE BY MAIL**
**(C.C.P. § 1013a(3), 2009, 2015.5)**

5 | I am over the age of 18 years, a citizen of the United States, and not a party to the within
entitled cause of action. My business address is 595 Market Street, Suite 1320, San Francisco,
6 | California 94105, and I am employed in the City and County of San Francisco, State of California.
On the date set forth below I served the documents described below:

7

8 | 1. Plaintiffs' Notice of Deposition Chief Deputy Burt Liebersbach
2. Plaintiffs' First Notice of PMK Deposition to the County of Monterey
3. Plaintiffs' Second Notice of PMK Deposition to the County of Monterey
9 | 4. Plaintiffs' Third Notice of PMK Deposition to the County of Monterey
5. Plaintiffs' Fourth Notice of PMK Deposition to the County of Monterey

10

11 | on the following party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope
addressed as follows:

12 | Traci Kirkbride, Deputy County Counsel    Ralph W. Boroff, Esq.
Office of the County Counsel    55 River Street, Suite 100
13 | County of Monterey    Santa Cruz, CA 95060
168 W. Alisal Street    **Co-Counsel for Plaintiffs**
14 | Salinas, CA 93901
**Attorneys for Defendant County**

15

16 | David Sheuerman, Esq.
Sheuerman, Martini & Tabari, P.C.
17 | 1033 Willow Street
San Jose, CA 95125
**Attorneys for Defendant Natividad**

18 | ☑ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United
19 | States mail at San Francisco, California.

20 | ☐ (BY HAND) I caused such envelope(s) to be delivered by hand this date to the offices of the
addressee(s).
21

☐ (BY FACSIMILE/ELECTRONIC MAIL/OVERNIGHT MAIL) I caused such document(s) to
22 | be transmitted by facsimile/electronically or by overnight mail on this date to the office of the addressee(s).

23 | ☐ (BY E-FILING WITH THE U.S. DISTRICT COURT) By submitting these documents for
Electronic Case Filing, Pursuant to Local Rule 5-4 and General Order 45, at the Law Office of Michael B.
24 | Moore, 595 Market Street, Suite 1320, San Francisco, CA 94105.

25 | I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.
26

27 | Executed on November 1, 2007 at San Francisco, California.

28 | Mark Ross

EXHIBIT _____ 5
PAGE 25 OF 54 PAGES

LAW OFFICE OF MICHAEL B. MOORE
595 Market Street, Suite 1320
San Francisco, CA 94104

MONTEREY COUNTY COUNSEL
RECEIVED

2007 NOV 5 PM 3 01

EXHIBIT_____5_____

PAGE_26_ OF _54_ PAGES

Michael B. Moore, Esq. (SBN 62182)
595 Market Street, Suite 1320
San Francisco, California 94105
Telephone:    (415) 956-6500
Facsimile:    (415) 956-6580
Email:        mbm@moore-law.net

Ralph W. Boroff, Esq. (SBN 59164)
55 River Street, Suite 100
Santa Cruz, CA 95060
Telephone:    (831) 458-0502
Facsimile:    (831) 426-0159

Attorneys for Plaintiffs

IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA
NORTHERN DISTRICT OF THE STATE OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JIMMY D. HAWS, SETH DANIEL HAWS, and MIA SKYE HAWS, minors, by and through their guardian ad litem, CARRIE A. HAWS, and CARRIE A. HAWS, individually, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF MONTEREY, MICHAEL KANALAKIS, NATIVIDAD MEDICAL CENTER and DOES 1-300, inclusive, <br><br> Defendants. | CASE NO.:    C07 02599 JF <br><br> **PLAINTIFFS' NOTICE OF TAKING DEPOSITION OF THE COUNTY OF MONTEREY** |

TO DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to FRCP Rule 30 (b)(1), on **December 7, 2007** beginning at 10:00 a.m., at the Law Offices of Michael B. Moore, 595 Market Street, Suite 1320, San Francisco, CA 94105, Telephone (415) 956-6500, plaintiffs will take the deposition of the **COUNTY OF MONTEREY**. Defendant County of Monterey is requested to designate and produce those of its officers, directors, managing agents, employees or agents who are most qualified to testify on its behalf as to the matters listed in Attachment 1 to the extent of any information known or reasonably available to the County of Monterey.

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

1    Said depositions will be taken before a deposition officer who is authorized to administer an

2  oath.  If the deposition is not completed on the dates set forth above, the taking of the depositions

3  will be continued from day to day thereafter except Sundays and holidays at the same place until

4  completed.

5    Pursuant to Rule 34, Defendant County of Monterey is requested to produce at the time of

6  the deposition all documents relating to or referring the matters listed in Attachment 2.

7

8                          LAW OFFICE OF MICHAEL B. MOORE

9

10

11  Dated: November 1, 2007          By: _Michael B. Moore_____

12                                   Michael B. Moore

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                   EXHIBIT____5___

27                                   PAGE _28_ OF _54_ PAGES

28
                          2
                          Plaintiffs' Notice of Taking Deposition

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

1

## ATTACHMENT 1

2

## DEFINITIONS

3    Words in **BOLDFACE CAPITALS** in these interrogatories are defined as follows:

4    (1)    **INCIDENT** means the attack by Roger Spencer on Jimmy D. Haws which occurred

5    on December 7, 2006 in the stairway area of D-Pod of the Monterey County Jail in Salinas,

6    California.

7    (2)    **DOCUMENT** means a writing, as defined in Evidence Code section 250, and

8    includes the original or a copy of handwriting, typewriting, printing, photostats, photographs,

9    electronically stored information, and every other means of recording upon any tangible thing and

10    form of communicating or representation, including letters, words, pictures, sounds or symbols, or

11    combinations of them.

12

## TOPICS FOR DEPOSITION

13    1.    That person most familiar with the policies and procedures in place at the Monterey

14    County Jail relating to the classification of inmates, housing placement, and the cell mate assignment

15    and selection process in the past ten years.

16    2.    That person most familiar with any and all DOCUMENTS which evidence the

17    policies and procedures in place at the Monterey County Jail relating to the classification of inmates,

18    housing placement, and the cell mate assignment and selection process in the past ten years.

19    3.    That person most familiar with the policies and procedures in place at the Monterey

20    County Jail relating to the classification of inmates, housing placement, and the cell mate assignment

21    and selection process, specific to inmates being housed in D Pod in the past ten years.

22    4.    That person most familiar with any and all DOCUMENTS which evidence the

23    policies and procedures in place at the Monterey County Jail relating to the classification of inmates,

24    housing placement, and the cell mate assignment and selection process, specific to inmates being

25    housed in D Pod in the past ten years.

26    5.    That person most familiar with the policies and procedures in place at the Monterey

27

28

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

3

Plaintiffs' Notice of Taking Deposition

EXHIBIT 5
PAGE 29 OF 54 PAGES

1  County Jail relating to the re-classification of inmates, changes in housing placement, and changes

2  in the cell mate assignment and selection where there are reported instances of inmate on inmate

3  conflicts between cell mates in the past ten years.

4          6.      That person most familiar with any and all DOCUMENTS which evidence the

5  policies and procedures in place at the Monterey County Jail relating to the classification of inmates,

6  housing placement, and the cell mate assignment and selection where there are reported instances

7  of inmate on inmate conflicts between cell mates in the past ten years.

8          7.      That person most familiar with the policies and procedures in place at the Monterey

9  County Jail relating to the classification of inmates, housing placement, and the cell mate assignment

10 and selection process, specific to inmates being housed in D Pod where there are reported instances

11 of inmate on inmate conflicts between cell mates in the past ten years.

12         8.      That person most familiar with any and all DOCUMENTS which evidence the

13 policies and procedures in place at the Monterey County Jail relating to the classification of inmates,

14 housing placement, and the cell mate assignment and selection process, specific to inmates being

15 housed in D Pod where there are reported instances of inmate on inmate conflicts between cell mates

16 in the past ten years.

17         9.      That person most familiar with the policies and procedures in place at the Monterey

18 County Jail relating to segregating inmates who have committed and/or been accused of committing

19 serious violent offenses, from those who have committed and/or been accused of committing non-

20 violent offenses in the past ten years.

21         10.     That person most familiar with any and all DOCUMENTS which evidence the

22 policies and procedures in place at the Monterey County Jail relating to segregating inmates who

23 have committed and/or been accused of committing serious violent offenses, from those who have

24 committed and/or been accused of committing non-violent offenses in the past ten years.

25         11.     That person most familiar with the policies and procedures in place at the Monterey

26 County Jail relating to segregating inmates who have been diagnosed with a mental disorders which

27

28

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

1    could lead to violent behavior, from the general jail inmate population, and/or those who have

2    committed and/or been accused of committing non-violent offenses in the past ten years.

3         12.      That person most familiar with any and all DOCUMENTS which evidence the

4    policies and procedures in place at the Monterey County Jail relating to segregating inmates who

5    have been diagnosed with a mental disorders which could lead to violent behavior, from the general

6    jail inmate population, and/or those who have committed and/or been accused of committing non-

7    violent offenses in the past ten years.

8         13.      That person most familiar with the detention of Roger Spencer, including but not

9    limited to arrest records, violence records, discipline records, lockdown records, medical records,

10   mental health evaluations, gang affiliation identification, witness statements, and any other records

11   in your possession, custody or control relating to the detention of Roger Spencer in the past ten years.

12        14.      That person most familiar with any and all DOCUMENTS which evidence the

13   detention of Roger Spencer, including but not limited to arrest records, violence records, discipline

14   records, lockdown records, medical records, mental health evaluations, gang affiliation

15   identification, witness statements, and any other records in your possession, custody or control

16   relating to the detention of Roger Spencer in the past ten years.

17        15.      That person most familiar with the detention of Jimmy Haws, including but not

18   limited to arrest records, violence records, discipline records, lockdown records, medical records,

19   mental health evaluations, gang affiliation identification, witness statements, and any other records

20   in your possession, custody or control relating to the detention of Jimmy Haws in the past ten years.

21        16.      That person most familiar with any and all DOCUMENTS which evidence the

22   detention of Jimmy Haws, including but not limited to arrest records, violence records, discipline

23   records, lockdown records, medical records, mental health evaluations, gang affiliation

24   identification, witness statements, and any other records in your possession, custody or control

25   relating to the detention of Jimmy Haws in the past ten years.

26        17.      That person most familiar with the decision to assign Jimmy Haws and Roger Spencer

27

28

EXHIBIT 5
PAGE 31 OF 54 PAGES

1  as cell mates in D-Pod, including but not limited to all inmate classification documents, transfer

2  requests, inmate discipline records, and chain of command documents in the past ten years.

3      18.    That person most familiar with any and all DOCUMENTS which evidence the

4  decision to assign Jimmy Haws and Roger Spencer as cell mates in D-Pod, including but not limited

5  to all inmate classification documents, transfer requests, inmate discipline records, and chain of

6  command documents in the past ten years.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

EXHIBIT_____5_____

PAGE__32_OF_54__PAGES

6

Plaintiffs' Notice of Taking Deposition

**ATTACHMENT 2**

**DEFINITIONS**

Words in **BOLDFACE CAPITALS** in these interrogatories are defined as follows:

(1)    **INCIDENT** means the attack by Roger Spencer on Jimmy D. Haws which occurred on December 7, 2006 in the stairway area of D-Pod of the Monterey County Jail in Salinas, California.

(2)    **DOCUMENT** means a writing, as defined in Evidence Code section 250, and includes the original or a copy of handwriting, typewriting, printing, photostats, photographs, electronically stored information, and every other means of recording upon any tangible thing and form of communicating or representation, including letters, words, pictures, sounds or symbols, or combinations of them.

**DOCUMENTS TO BE PRODUCED**

1.    Any and all DOCUMENTS which evidence the policies and procedures in place at the Monterey County Jail relating to the classification of inmates, housing placement, and the cell mate assignment and selection process.

2.    Any and all DOCUMENTS which evidence the policies and procedures in place at the Monterey County Jail relating to the classification of inmates, housing placement, and the cell mate assignment and selection process, specific to inmates being housed in D Pod.

3.    Any and all DOCUMENTS which evidence the policies and procedures in place at the Monterey County Jail relating to the classification of inmates, housing placement, and the cell mate assignment and selection where there are reported instances of inmate on inmate conflicts between cell mates.

4.    Any and all DOCUMENTS which evidence the policies and procedures in place at the Monterey County Jail relating to the classification of inmates, housing placement, and the cell mate assignment and selection process, specific to inmates being housed in D Pod where there are reported instances of inmate on inmate conflicts between cell mates.

EXHIBIT _____ 5

PAGE _33_ OF _54_ PAGES

Plaintiffs' Notice of Taking Deposition

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

5.    Any and all DOCUMENTS which evidence the policies and procedures in place at the Monterey County Jail relating to segregating inmates who have committed and/or been accused of committing serious violent offenses, from those who have committed and/or been accused of committing non-violent offenses.

6.    Any and all DOCUMENTS which evidence the policies and procedures in place at the Monterey County Jail relating to segregating inmates who have been diagnosed with a mental disorders which could lead to violent behavior, from the general jail inmate population, and/or those who have committed and/or been accused of committing non-violent offenses.

7.    Any and all DOCUMENTS which evidence the detention of Roger Spencer, including but not limited to arrest records, violence records, discipline records, lockdown records, medical records, mental health evaluations, gang affiliation identification, witness statements, and any other records in your possession, custody or control relating to the detention of Roger Spencer.

8.    Any and all DOCUMENTS which evidence the detention of Jimmy Haws, including but not limited to arrest records, violence records, discipline records, lockdown records, medical records, mental health evaluations, gang affiliation identification, witness statements, and any other records in your possession, custody or control relating to the detention of Jimmy Haws.

9.    Any and all DOCUMENTS which evidence the decision to assign Jimmy Haws and Roger Spencer as cell mates in D-Pod, including but not limited to all inmate classification documents, transfer requests, inmate discipline records, and chain of command documents.

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

EXHIBIT _____ 5

PAGE _34_ OF _54_ PAGES

8

*Haws v. County of Monterey, et al*
Case No.  C07 02599 RS
*U. S. District Court - Northern District of California*

### DECLARATION OF SERVICE BY MAIL
(C.C.P. § 1013a(3), 2009, 2015.5)

I am over the age of 18 years, a citizen of the United States, and not a party to the within entitled cause of action.  My business address is 595 Market Street, Suite 1320, San Francisco, California 94105, and I am employed in the City and County of San Francisco, State of California. On the date set forth below I served the documents described below:

1. Plaintiffs' Notice of Deposition Chief Deputy Burt Liebersbach
2. Plaintiffs' First Notice of PMK Deposition to the County of Monterey
3. Plaintiffs' Second Notice of PMK Deposition to the County of Monterey
4. Plaintiffs' Third Notice of PMK Deposition  to the County of Monterey
5. Plaintiffs' Fourth Notice of PMK Deposition  to the County of Monterey

on the following party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Traci Kirkbride, Deputy County Counsel      Ralph W. Boroff, Esq.
Office of the County Counsel                55 River Street, Suite 100
County of Monterey                          Santa Cruz, CA 95060
168 W. Alisal Street                        **Co-Counsel for Plaintiffs**
Salinas, CA 93901
**Attorneys for Defendant County**

David Sheuerman, Esq.
Sheuerman, Martini & Tabari, P.C.
1033 Willow Street
San Jose, CA 95125
**Attorneys for Defendant Natividad**

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

☐ (BY HAND) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY FACSIMILE/ELECTRONIC MAIL/OVERNIGHT MAIL) I caused such document(s) to be transmitted by facsimile/electronically or by overnight mail on this date to the office of the addressee(s).

☐ (BY E-FILING WITH THE U.S. DISTRICT COURT) By submitting these documents for Electronic Case Filing, Pursuant to Local Rule 5-4 and General Order 45, at the Law Office of Michael B. Moore, 595 Market Street, Suite 1320, San Francisco, CA 94105.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 1, 2007 at San Francisco, California.

_Mark Ross_

Mark Ross

EXHIBIT ___5___

PAGE _35_ OF _54_ PAGES

LAW OFFICE OF MICHAEL B. MOORE
595 Market Street, Suite 1320
San Francisco, CA 94104

MONTEREY COUNTY COUNSEL
RECEIVED

2007 NOV 5 PM 3 01

EXHIBIT      5
PAGE 36 OF 54 PAGES

1   Michael B. Moore, Esq. (SBN 62182)
    595 Market Street, Suite 1320
2   San Francisco, California 94105
    Telephone:    (415) 956-6500
3   Facsimile:    (415) 956-6580
    Email:        mbm@moore-law.net
4
    Ralph W. Boroff, Esq. (SBN 59164)
5   55 River Street, Suite 100
    Santa Cruz, CA 95060
6   Telephone:    (831) 458-0502
    Facsimile:    (831) 426-0159
7
    Attorneys for Plaintiffs
8

9          IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA
              NORTHERN DISTRICT OF THE STATE OF CALIFORNIA
10                          SAN JOSE DIVISION

11

12   JIMMY D. HAWS, SETH DANIEL HAWS,       CASE NO.:    C07 02599 JF
     and MIA SKYE HAWS, minors, by and
13   through their  guardian ad litem, CARRIE   **PLAINTIFFS' NOTICE OF TAKING
     A. HAWS, and CARRIE A. HAWS,           DEPOSITION OF THE COUNTY OF
14   individually,                          MONTEREY**

15              Plaintiffs,

16         v.

17   COUNTY OF MONTEREY, MICHAEL
     KANALAKIS, NATIVIDAD MEDICAL
18   CENTER and DOES 1-300, inclusive,

19              Defendants.

20   TO DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD:

21         Pursuant to FRCP Rule 30 (b)(1), on **December 10, 2007** beginning at 10:00 a.m., at the Law

22   Offices of Ralph W. Boroff, Esq., 55 River Street, Suite 100, Santa Cruz, CA 95060, Telephone

23   (415) 956-6500, plaintiffs will take the deposition of the **COUNTY OF MONTEREY**. Defendant

24   County of Monterey is requested to designate and produce those of its officers, directors, managing

25   agents, employees or agents who are most qualified to testify on its behalf as to the matters listed in

26   Attachment 1 to the extent of any information known or reasonably available to the County of

27   Monterey

28
     ─────────────────────────────────────────
                              1
              Plaintiffs' Notice of Taking Deposition

EXHIBIT 5
PAGE 37 OF 54 PAGES

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

1      Said depositions will be taken before a deposition officer who is authorized to administer an

2 oath. If the deposition is not completed on the dates set forth above, the taking of the depositions

3 will be continued from day to day thereafter except Sundays and holidays at the same place until

4 completed.

5      Pursuant to Rule 34, Defendant County of Monterey is requested to produce at the time of

6 the deposition all documents relating to or referring the matters listed in Attachment 2.

7

8                         LAW OFFICE OF MICHAEL B. MOORE

9

10

11 Dated: November 2, 2007            By:_____

                                     Michael B. Moore

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Law Office Of Michael B. Moore**<br>595 Market Street Suite 1320<br>San Francisco, CA 94105

EXHIBIT 5<br>PAGE 38 OF 54 PAGES

# ATTACHMENT 1

## DEFINITIONS

Words in **BOLDFACE CAPITALS** in these interrogatories are defined as follows:

(1)    **INCIDENT** means the attack by Roger Spencer on Jimmy D. Haws which occurred on December 7, 2006 in the stairway area of D-Pod of the Monterey County Jail in Salinas, California.

(2)    **DOCUMENT** means a writing, as defined in Evidence Code section 250, and includes the original or a copy of handwriting, typewriting, printing, photostats, photographs, electronically stored information, and every other means of recording upon any tangible thing and form of communicating or representation, including letters, words, pictures, sounds or symbols, or combinations of them.

## TOPICS FOR DEPOSITION

1.    That person most familiar with any and all conflicts and/or confrontations between Jimmy Haws and Roger Spencer that occurred at any time prior to the INCIDENT.

2.    That person most familiar with any and all DOCUMENTS which evidence any and all conflicts and/or confrontations between Jimmy Haws and Roger Spencer that occurred at any time prior to the INCIDENT.

3.    That person most familiar with the placement of Roger Spencer in isolation, the offenses for which Roger Spencer was placed in isolation, and/or any other disciplinary action taken against Roger Spencer.

4.    That person most familiar with any and all DOCUMENTS which evidence the placement of Roger Spencer in isolation, the offenses for which Roger Spencer was placed in isolation, and/or any other disciplinary action taken against Roger Spencer.

5.    That person most familiar with the placement of Jimmy Haws in isolation, the offenses for which Jimmy Haws was placed in isolation, and/or any other disciplinary action taken against Jimmy Haws.

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

EXHIBIT 5
PAGE 39 OF 54 PAGES

3

6.    That person most familiar with any and all DOCUMENTS which evidence the placement of Jimmy Haws in isolation, the offenses for which Jimmy Haws was placed in isolation, and/or any other disciplinary action taken against Jimmy Haws.

7.    That person most familiar with the supervisory staff on duty and assigned to supervise inmates housed in D-Pod of the Monterey County Jail during the 48 hour period leading up to the INCIDENT.

8.    That person most familiar with all DOCUMENTS which evidence the supervisory staff on duty and assigned to supervise inmates housed in D-Pod of the Monterey County Jail during the 48 hour period leading up to the INCIDENT.

9.    That person most familiar with the supervisory staff on duty and assigned to supervise inmates housed in D-Pod of the Monterey County Jail at the time of the INCIDENT.

10.    That person most familiar with all DOCUMENTS which evidence the supervisory staff on duty and assigned to supervise inmates housed in D-Pod of the Monterey County Jail at the time of the INCIDENT.

11.    That person most familiar with any and all threats made by Roger Spencer against Jimmy Haws prior to the INCIDENT.

12.    That person most familiar with all DOCUMENTS which evidence any and all threats made by Roger Spencer against Jimmy Haws prior to the INCIDENT

13.    That person most familiar with any and all threats made by Jimmy Haws against Roger Spencer prior to the INCIDENT.

14.    That person most familiar with all DOCUMENTS which evidence any and all threats made by Jimmy Haws against Roger Spencer prior to the INCIDENT.

15.    That person most familiar with the prosecution of Roger Spencer as a result of the attack and personal injuries sustained by Jimmy Haws on December 7, 2006.

16.    That person most familiar with all DOCUMENTS which evidence the prosecution of Roger Spencer as a result of the attack and personal injuries sustained by Jimmy Haws on

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

1  December 7, 2006.

2      17.    That person most familiar with the decision to drop all charges against Jimmy Haws

3  after the INCIDENT, including but not limited to, the reason said decision was made, and the

4  identities of all persons involved in making this decision.

5      18.    That person most familiar with all DOCUMENTS which evidence the decision to

6  drop all charges against Jimmy Haws after the INCIDENT, including but not limited to, the reason

7  said decision was made, and the identities of all persons involved in making this decision

8      19.    That person most familiar with all DOCUMENTS, including, but not limited to,

9  all surveillance videotapes, and audiotapes, which depict, memorialize, or record any interactions

10  between Jimmy Haws and Roger Spencer in the 48 hour period prior to the INCIDENT.

11      20.    That person most familiar with all DOCUMENTS, including, but not limited to, all

12  surveillance videotapes, and audiotapes, which depict memorialize, or record the INCIDENT,

13  the discovery of Jimmy Haws after the INCIDENT, and the emergency response to the INCIDENT.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

EXHIBIT 5
PAGE 41 OF 54 PAGES

5

## ATTACHMENT 2

## DEFINITIONS

Words in **BOLDFACE CAPITALS** in these interrogatories are defined as follows:

(1)    **INCIDENT** means the attack by Roger Spencer on Jimmy D. Haws which occurred on December 7, 2006 in the stairway area of D-Pod of the Monterey County Jail in Salinas, California.

(2)    **DOCUMENT** means a writing, as defined in Evidence Code section 250, and includes the original or a copy of handwriting, typewriting, printing, photostats, photographs, electronically stored information, and every other means of recording upon any tangible thing and form of communicating or representation, including letters, words, pictures, sounds or symbols, or combinations of them.

## DOCUMENTS TO BE PRODUCED

1.    any and all DOCUMENTS which evidence any and all conflicts and/or confrontations between Jimmy Haws and Roger Spencer that occurred at any time prior to the INCIDENT.

2.    Any and all DOCUMENTS which evidence the placement of Roger Spencer in isolation, the offenses for which Roger Spencer was placed in isolation, and/or any other disciplinary action taken against Roger Spencer.

3.    Any and all DOCUMENTS which evidence the placement of Jimmy Haws in isolation, the offenses for which Jimmy Haws was placed in isolation, and/or any other disciplinary action taken against Jimmy Haws.

4.    All DOCUMENTS which evidence the supervisory staff on duty and assigned to supervise inmates housed in D-Pod of the Monterey County Jail during the 48 hour period leading up to the INCIDENT.

5.    All DOCUMENTS which evidence the supervisory staff on duty and assigned to supervise inmates housed in D-Pod of the Monterey County Jail at the time of the INCIDENT.

6.    All DOCUMENTS which evidence any and all threats made by Roger Spencer

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

EXHIBIT _____ 5

Plaintiffs' Notice of Taking Deposition    PAGE 42 OF 54 PAGES

1    against Jimmy Haws prior to the INCIDENT

2        7.    All DOCUMENTS which evidence any and all threats made by Jimmy Haws against

3    Roger Spencer prior to the INCIDENT.

4        8.    All DOCUMENTS which evidence the prosecution of Roger Spencer as a result of

5    the attack and personal injuries sustained by Jimmy Haws on December 7, 2006.

6        9.    All DOCUMENTS which evidence the decision to drop all charges against Jimmy

7    Haws after the INCIDENT, including but not limited to, the reason said decision was made, and the

8    identities of all persons involved in making this decision.

9        10.    All DOCUMENTS which evidence the decision to drop all charges against Jimmy

10    Haws after the INCIDENT, including but not limited to, the reason said decision was made, and the

11    identities of all persons involved in making this decision

12        19.    All DOCUMENTS, including, but not limited to, all surveillance videotapes, and

13    audiotapes, which depict, memorialize, or record any interactions between Jimmy Haws and Roger

14    Spencer in the 48 hour period prior to the INCIDENT.

15        20.    All DOCUMENTS, including, but not limited to, all surveillance videotapes, and

16    audiotapes, which depict memorialize, or record the INCIDENT, the discovery of Jimmy Haws after

17    the INCIDENT, and the emergency response to the INCIDENT.

18

19

20

21

22

23

24

25

26

27

28

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

EXHIBIT_____5

PAGE 43 OF 54 PAGES

7

Plaintiffs' Notice of Taking Deposition

1   *Haws v. County of Monterey, et al*
    *Case No.   C07 02599 RS*
2   *U. S. District Court - Northern District of California*

3

                    **DECLARATION OF SERVICE BY MAIL**
4                   **(C.C.P. § 1013a(3), 2009, 2015.5)**

5          I am over the age of 18 years, a citizen of the United States, and not a party to the within
    entitled cause of action.  My business address is 595 Market Street, Suite 1320, San Francisco,
6   California 94105, and I am employed in the City and County of San Francisco, State of California.
    On the date set forth below I served the documents described below:
7

8          Plaintiffs' Fifth Notice of PMK Deposition  to the County of Monterey

    on the following party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope
9   addressed as follows:

10         Traci Kirkbride, Deputy County Counsel          Ralph W. Boroff, Esq.
           Office of the County Counsel                    55 River Street, Suite 100
11         County of Monterey                              Santa Cruz, CA 95060
           168 W. Alisal Street                            **Co-Counsel for Plaintiffs**
12         Salinas, CA 93901
           **Attorneys for Defendant County**
13

14         David Sheuerman, Esq.
           Sheuerman, Martini & Tabari, P.C.
15         1033 Willow Street
           San Jose, CA 95125
16         **Attorneys for Defendant Natividad**

    ▶      (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United
17         States mail at San Francisco, California.

18   ☐     (BY HAND) I caused such envelope(s) to be delivered by hand this date to the offices of the
           addressee(s).
19

     ☐     (BY FACSIMILE/ELECTRONIC MAIL/OVERNIGHT MAIL) I caused such document(s) to
20         be transmitted by facsimile/electronically or by overnight mail on this date to the office of the addressee(s).

21   ☐     (BY E-FILING WITH THE U.S. DISTRICT COURT) By submitting these documents for
           Electronic Case Filing, Pursuant to Local Rule 5-4 and General Order 45, at the Law Office of Michael B.
22         Moore, 595 Market Street, Suite 1320, San Francisco, CA 94105.

23         I declare under penalty of perjury under the laws of the State of California that the
    foregoing is true and correct.
24

25         Executed on November 2, 2007 at San Francisco, California.

26                                                         *Mark Ross*
                                                           Mark Ross
27

28
                                                    EXHIBIT    5
                                                    PAGE  44  OF  54  PAGES

MONTEREY COUNTY COUNSEL (
RECEIVED

2007 NOV  5  PM 2 54

EXHIBIT_____ 5
PAGE 45 OF 54 PAGES

1    Michael B. Moore, Esq. (SBN 62182)
     595 Market Street, Suite 1320
2    San Francisco, California 94105
     Telephone:    (415) 956-6500
3    Facsimile:    (415) 956-6580
     Email:    mbm@moore-law.net
4
     Ralph W. Boroff, Esq. (SBN 59164)
5    55 River Street, Suite 100
     Santa Cruz, CA 95060
6    Telephone:    (831) 458-0502
     Facsimile:    (831) 426-0159
7
8    Attorneys for Plaintiffs

9            IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA
             NORTHERN DISTRICT OF THE STATE OF CALIFORNIA
10                         SAN JOSE DIVISION

11

12   JIMMY D. HAWS, SETH DANIEL HAWS,        CASE NO.:    C07 02599 JF
     and MIA SKYE HAWS, minors, by and
13   through their guardian ad litem, CARRIE   **PLAINTIFFS' NOTICE OF TAKING
     A. HAWS, and CARRIE A. HAWS,             DEPOSITION OF THE COUNTY OF
14   individually,                           MONTEREY**

15            Plaintiffs,
          v.
16
     COUNTY OF MONTEREY, MICHAEL
17   KANALAKIS, NATIVIDAD MEDICAL
     CENTER and DOES 1-300, inclusive,
18
             Defendants.
19

20   TO DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD:

21        Pursuant to FRCP Rule 30 (b)(1), on **December 11, 2007** beginning at 10:00 a.m., at the Law

22   Offices of Ralph W. Boroff, Esq., 55 River Street, Suite 100, Santa Cruz, CA 95060, Telephone

23   (415) 956-6500, plaintiffs will take the deposition of the **COUNTY OF MONTEREY**. Defendant

24   County of Monterey is requested to designate and produce those of its officers, directors, managing

25   agents, employees or agents who are most qualified to testify on its behalf as to the matters listed in

26   Attachment 1 to the extent of any information known or reasonably available to the County of

27   Monterey

28
                                        1

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

1    Said depositions will be taken before a deposition officer who is authorized to administer an

2    oath. If the deposition is not completed on the dates set forth above, the taking of the depositions

3    will be continued from day to day thereafter except Sundays and holidays at the same place until

4    completed.

5    Pursuant to Rule 34, Defendant County of Monterey is requested to produce at the time of

6    the deposition all documents relating to or referring the matters listed in Attachment 2.

7

8    LAW OFFICE OF MICHAEL B. MOORE

9

10

11    Dated: November 1, 2007                By: _____

12                                                Michael B. Moore

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                                                EXHIBIT___5___

28                                                                PAGE_47_OF_54_PAGES

2

Plaintiffs' Notice of Taking Deposition

**ATTACHMENT 1**

**DEFINITIONS**

Words in **BOLDFACE CAPITALS** in these interrogatories are defined as follows:

(1)    **INCIDENT** means the attack by Roger Spencer on Jimmy D. Haws which occurred on December 7, 2006 in the stairway area of D-Pod of the Monterey County Jail in Salinas, California.

(2)    **DOCUMENT** means a writing, as defined in Evidence Code section 250, and includes the original or a copy of handwriting, typewriting, printing, photostats, photographs, electronically stored information, and every other means of recording upon any tangible thing and form of communicating or representation, including letters, words, pictures, sounds or symbols, or combinations of them.

**TOPICS FOR DEPOSITION**

1.    That person most familiar with the policies and procedures in place at the Monterey County Jail on December 7, 2006 for providing emergency medical care to inmates who sustain serious personal injuries.

2.    That person most familiar with any and all DOCUMENTS which evidence the policies and procedures in place at the Monterey County Jail on December 7, 2006 for providing emergency medical care to inmates who sustain serious personal injuries.

3    That person most familiar with the policies and procedures in place at the Monterey County Jail on December 7, 2006 for responding to inmates who have serious medical emergencies.

4.    That person most familiar with any and all DOCUMENTS which evidence the policies and procedures in place at the Monterey County Jail on December 7, 2006 for responding to inmates who have serious medical emergencies.

5.    That person most familiar with any and all policies and procedures in place at the Monterey County Jail on December 7, 2006 for providing emergency medical care to inmates who sustain serious head injuries.

EXHIBIT  5

PAGE 48 OF 54 PAGES

3

Plaintiffs' Notice of Taking Deposition

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

6.    That person most familiar with any and all DOCUMENTS which evidence the policies and procedures in place at the Monterey County Jail on December 7, 2006 for providing emergency medical care to inmates who sustain serious head injuries.

7.    That person most familiar with any and all agreements between the County of Monterey and any HEALTH CARE PROVIDER to provide any emergency medical care, and/or inpatient medical services to inmates who have serious medical emergencies.

8.    That person most familiar with all DOCUMENTS which evidence any and all agreements between the County of Monterey and any HEALTH CARE PROVIDER to provide any emergency medical care, and/or inpatient medical services to inmates who have serious medical emergencies.

9.    That person most familiar with all emergency medical care provided to Jimmy Haws at the scene of the INCIDENT, including but not limited to (a) the identities and medical qualifications of all persons who administered said emergency medical care, (b) The type of care administered to Jimmy Haws at the scene, (c) the time (i.e. how long after the incident) said care and treatment was provided to Jimmy Haws.

10.    That person most familiar with all DOCUMENTS which evidence any and all emergency medical care provided to Jimmy Haws at the scene of the INCIDENT, including but not limited to (a) the identities and medical qualifications of all persons who administered said emergency medical care, (b) The type of care administered to Jimmy Haws at the scene, (c) the time (i.e. how long after the incident) said care and treatment was provided to Jimmy Haws, (d) the identities of all person(s) present when said care and treatment was provided to Jimmy Haws.

11.    That person most familiar with the decision to transport Jimmy Haws to any medical facility outside the Monterey County Jail, including but not limited to (a) the basis for selecting the medical facility Jimmy Haws was transported to; (b) the identities of the persons who selected the medical facility Jimmy Haws was transported to; (c) the identities of the persons who transported Jimmy Haws to said facility; (d) The time Jimmy Haws was transported to said facility; (e) Jimmy

EXHIBIT 5
PAGE 49 OF 54 PAGES

1  Haws' condition upon transport to said facility, and upon arrival at said facility.

2      10.    That person most familiar with all DOCUMENTS which evidence the decision to

3  transport Jimmy Haws to any medical facility outside the Monterey County Jail, including but not

4  limited to (a) the basis for selecting the medical facility Jimmy Haws was transported to; (b) the

5  identities of the persons who selected the medical facility Jimmy Haws was transported to; (c) the

6  identities of the persons who transported Jimmy Haws to said facility; (d) The time Jimmy Haws

7  was transported to said facility; (e) Jimmy Haws' condition upon transport to said facility, and upon

8  arrival at said facility.

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

EXHIBIT____5____

PAGE _50_ OF _54_ PAGES

5

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

1

## ATTACHMENT 2

2

## DEFINITIONS

3        Words in **BOLDFACE CAPITALS** in these interrogatories are defined as follows:

4        (1)        **INCIDENT** means the attack by Roger Spencer on Jimmy D. Haws which occurred

5    on December 7, 2006 in the stairway area of D-Pod of the Monterey County Jail in Salinas,

6    California.

7        (2)        **DOCUMENT** means a writing, as defined in Evidence Code section 250, and

8    includes the original or a copy of handwriting, typewriting, printing, photostats, photographs,

9    electronically stored information, and every other means of recording upon any tangible thing and

10   form of communicating or representation, including letters, words, pictures, sounds or symbols, or

11   combinations of them.

12

## DOCUMENTS TO BE PRODUCED

13       1.        Any and all DOCUMENTS which evidence the policies and procedures in place at

14   the Monterey County Jail on December 7, 2006 for providing emergency medical care to inmates

15   who sustain serious personal injuries.

16       2.        Any and all DOCUMENTS which evidence the policies and procedures in place at

17   the Monterey County Jail on December 7, 2006 for responding to inmates who have serious medical

18   emergencies.

19       3        Any and all DOCUMENTS which evidence the policies and procedures in place at

20   the Monterey County Jail on December 7, 2006 for providing emergency medical care to inmates

21   who sustain serious head injuries.

22       4.        Any and all DOCUMENTS which evidence any and all agreements between the

23   County of Monterey and any HEALTH CARE PROVIDER to provide any emergency medical care,

24   and/or inpatient medical services to inmates who have serious medical emergencies.

25       5.        All DOCUMENTS which evidence any and all emergency medical care provided to

26   Jimmy Haws at the scene of the INCIDENT, including but not limited to (a) the identities and

27

28

1  medical qualifications of all persons who administered said emergency medical care, (b) The type

2  of care administered to Jimmy Haws at the scene, (c) the time (i.e. how long after the incident) said

3  care and treatment was provided to Jimmy Haws, (d) the identities of all person(s) present when said

4  care and treatment was provided to Jimmy Haws.

5       6.     All DOCUMENTS which evidence the decision to transport Jimmy Haws to any

6  medical facility outside the Monterey County Jail, including but not limited to (a) the basis for

7  selecting the medical facility Jimmy Haws was transported to; (b) the identities of the persons who

8  selected the medical facility Jimmy Haws was transported to; (c)  the identities of the persons who

9  transported Jimmy Haws to said facility; (d) The time Jimmy Haws was transported to said facility;

10 (e) Jimmy Haws' condition upon transport to said facility, and upon arrival at said facility.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

EXHIBIT _____ 5

PAGE 52 OF 54 PAGES

7

1 | *Haws v. County of Monterey, et al*
  | Case No.  C07 02599 RS
2 | *U. S. District Court - Northern District of California*

3

---

## DECLARATION OF SERVICE BY MAIL
### (C.C.P. § 1013a(3), 2009, 2015.5)

I am over the age of 18 years, a citizen of the United States, and not a party to the within entitled cause of action.  My business address is 595 Market Street, Suite 1320, San Francisco, California 94105, and I am employed in the City and County of San Francisco, State of California. On the date set forth below I served the documents described below:

> 1.    Plaintiffs' Notice of Deposition Chief Deputy Burt Liebersbach
> 2.    Plaintiffs' First Notice of PMK Deposition to the County of Monterey
> 3.    Plaintiffs' Second Notice of PMK Deposition to the County of Monterey
> 4.    Plaintiffs' Third Notice of PMK Deposition  to the County of Monterey
> 5.    Plaintiffs' Fourth Notice of PMK Deposition  to the County of Monterey

on the following party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Traci Kirkbride, Deputy County Counsel       Ralph W. Boroff, Esq.
Office of the County Counsel                 55 River Street, Suite 100
County of Monterey                           Santa Cruz, CA 95060
168 W. Alisal Street                         **Co-Counsel for Plaintiffs**
Salinas, CA 93901
**Attorneys for Defendant County**

David Sheuerman, Esq.
Sheuerman, Martini & Tabari, P.C.
1033 Willow Street
San Jose, CA 95125
**Attorneys for Defendant Natividad**

☑ **(BY MAIL)** I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

☐ **(BY HAND)** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ **(BY FACSIMILE/ELECTRONIC MAIL/OVERNIGHT MAIL)** I caused such document(s) to be transmitted by facsimile/electronically or by overnight mail on this date to the office of the addressee(s).

☐ **(BY E-FILING WITH THE U.S. DISTRICT COURT)** By submitting these documents for Electronic Case Filing, Pursuant to Local Rule 5-4 and General Order 45, at the Law Office of Michael B. Moore, 595 Market Street, Suite 1320, San Francisco, CA 94105.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 1, 2007 at San Francisco, California.

_Mark Ross_

Mark Ross

EXHIBIT _____5_____
PAGE _53_ OF _54_ PAGES

LAW OFFICE OF MICHAEL B. MOORE
595 Market Street, Suite 1320
San Francisco, CA 94104

MONTEREY COUNTY COUNSEL
RECEIVED

2007 NOV 5 PM 3 01

EXHIBIT _____ 5
PAGE 54 OF 54 PAGES

# Exhibit 6

# LAW OFFICE OF MICHAEL B. MOORE

595 Market Street, Suite 1320 • San Francisco, California 94105

Telephone (415) 956-6500
Facsimile (415) 956-6580

Email: mbm@moore-law.net

December 10, 2007

Via Fax: 831-755-5283

Traci Kirkbride, Deputy County Counsel
Office of the County Counsel
County of Monterey
168 W. Alisal Street
Salinas, CA 93901

Re:    *Jimmy D. Haws v. County of Monterey, et al*

Dear Ms. Kirkbride:

This will confirm our telephone conversation last week in which you confirmed that you have someone working on assembling the documents we have requested in all our written discovery so that they will be available for your review on December 17th when you return from your trip and for production at the end of the week on December 21st. I would sure appreciate it if you would send the documents to us by overnight mail so that we receive them on Friday 21st which is the last day before the Christmas/Christmas Eve holiday. Please send copies to both Ralph Boroff and myself.

On another matter, I would appreciate it if you would get in touch with Ralph when you return from your trip to reschedule the deposition of the person most knowledgeable from the County regarding inmate medical care which was scheduled for December 23. We have agreed to postpone that deposition but you should coordinate with Ralph and his schedule because he will be taking it.

Best wishes for a good holiday season.

Sincerely,

Michael B. Moore

/cjb

cc:    Ralph W. Boroff, Esq.

EXHIBIT _____6_____
PAGE ___1__ OF __1__ PAGES