1  Ralph W. Boroff, Esq. (SBN 59164)
   55 River Street, Suite 100
2  Santa Cruz, CA 95060
   Telephone: (831) 458-0502
3  Facsimile: (831) 426-0159

4  Michael B. Moore, Esq. (SBN 62182)
   595 Market Street, Suite 1320
5  San Francisco, CA 94105
   Telephone: (415) 956-6500
6  Facsimile: (415) 956-6580

7  Attorneys for Plaintiffs

8

9

10            IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

11                  NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

12                                  SAN JOSE DIVISION

13

14  JIMMY D. HAWS, SETH DANIEL HAWS )           Case No.   C 07-02599 JF
    and   MIA SKYE HAWS, minors, by and )
    through their guardian ad litem, CARRIE A. )   **CERTIFICATE OF SERVICE**
15  HAWS, and CARRIE A. HAWS, individually )
                                             )
16            Plaintiffs,                    )
                                             )
17       v.                                  )
                                             )
18  COUNTY OF MONTEREY, MICHAEL )
    KANALAKIS,   NATIVIDAD   MEDICAL )
19  CENTER and DOES 1-300, inclusive,        )
                                             )
20            Defendants.                    )
    _____)
21

22

23

24

25

26

27

28
   _____
   *Jimmy D. Haws, et al. v. County of Monterey, et al.*                    Case No. C 07-02599 JF
   CERTIFICATE OF SERVICE RE: STIPULATION FOR CONTINUED HEARING DATE
                                        Page 1 of 2

1  PROOF OF SERVICE

2  I, the undersigned, declare:

3  I am employed in the County of Santa Cruz; I am over the age of 18 and not a party to the within action. My business address is 55 River Street, Suite 100, Santa Cruz, California.

4
5  On the date herein below specified, I served the foregoing document, described as set forth below on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes, at Santa Cruz, California and addressed as follows:

6
7  DATE OF SERVICE:    February 20, 2008

8  DOCUMENT SERVED:    **STIPULATION FOR CONTINUED HEARING**

9  COUNSEL SERVED:

10 Traci Kirkbride, Deputy County Counsel
   Office of the County Counsel
11 County of Monterey
   168 W. Alisal Street
12 Salinas, CA 93901
   Email: *kirkbrideta@co.monterey.ca.us*
13 **Attorneys for Defendant County of Monterey**

14 David Sheuerman, Esq.
   Sheuerman, Martini & Tabari, P.C.
15 1033 Willow Street
   San Jose, CA 95125
16 Email: *dsheuerman@smtlaw.com*
   **Attorneys for Defendant Natividad Medical Center**
17
   Michael B. Moore, Esq.
18 595 Market Street, Suite 1320
   San Francisco, CA 94105
19 Email: *mbm@mooreandbrowning.com*
   **Co-Counsel for Plaintiffs**
20

21
   [ X ] (BY E-FILING WITH THE U.S. DISTRICT COURT) By submitting these documents for
22 Electronic Case Filing, pursuant to Local Rule 5-4 and General Order 45, at the Law Office of Ralph
   W. Boroff, 55 River Street, Suite 100, Santa Cruz, California.
23
   I declare under penalty of perjury under the law of the State of California that the foregoing
24 is true and correct. Executed this 20th day of February, 2008, at Santa Cruz, California, 95060.

25
26                                 Jean Vitug
27
28

*Jimmy D. Haws, et al. V. County of Monterey, et al.*                        Case No. C 07-02599 JF
CERTIFICATE OF SERVICE RE: STIPULATION FOR CONTINUED HEARING DATE