Michael B. Moore, Esq. (SBN 62182)
595 Market Street, Suite 1320
San Francisco, California 94105
Telephone:   (415) 956-6500
Facsimile:   (415) 956-6580
Email:       mbm@moore-law.net

Ralph W. Boroff, Esq. (SBN 59164)
55 River Street, Suite 100
Santa Cruz, CA 95060
Telephone:   (831) 458-0502
Facsimile:   (831) 426-0159

Attorneys for Plaintiffs

*E-FILED 2/20/08*

IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA
NORTHERN DISTRICT OF THE STATE OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JIMMY D. HAWS, SETH DANIEL HAWS, and MIA SKYE HAWS, minors, by and through their guardian ad litem, CARRIE A. HAWS, and CARRIE A. HAWS, individually,<br><br>         Plaintiffs,<br>    v.<br><br>COUNTY OF MONTEREY, MICHAEL KANALAKIS, NATIVIDAD MEDICAL CENTER and DOES 1-300, inclusive,<br><br>         Defendants. | CASE NO.:   C07 02599 JF<br><br>**STIPULATION FOR CONTINUED HEARING DATE**<br>**AND ORDER** |

IT IS HEREBY STIPULATED that the date for the hearing of Plaintiffs' Motion to Compel, presently scheduled for February 27, 2008 at ~~9:00~~ 9:30 AM, is continued to March 26, 2008 at ~~9:00~~ 9:30 AM.

Dated: February 19, 2008

_____
Michael B. Moore, Attorney for Plaintiffs

Dated: February 19, 2008

_____
Traci Kirkbride, Attorney for Defendant
County of Monterey

1
Stipulation for Continued Hearing Date

**ORDER**

IT IS HEREBY ORDERED that the hearing on Plaintiffs' Motion to Compel is continued from February 27, 2008 at ~~9:00~~ 9:30 AM until March 26, 2008 at ~~9:00~~ 9:30 AM.

_____

The Honorable ~~Jeremy D. Fogel~~
Richard Seeborg

Law Office Of Michael B. Moore
595 Market Street Suite 1320
San Francisco, CA 94105

Stipulation for Continued Hearing Date