# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Haws,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>County Of Monterey,<br><br>　　　　Defendant(s). | No. C 07-02599 JF MED<br><br>**Certification of ADR Session** |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE session on (date) __2·19·08__

2. Did the case settle?　　☐ fully　　☐ partially　　☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no  *informally only*

4. IS THIS ADR PROCESS COMPLETED?　　☒ YES　　☐ NO

Dated: __2·19·08__　　　　　_[signature]_
　　　　　　　　　　　　　　Mediator, Gail Killefer
　　　　　　　　　　　　　　Killefer Mediation
　　　　　　　　　　　　　　417 Montgomery Street, Suite 300
　　　　　　　　　　　　　　San Francisco, CA 94104-1109

**Certification of ADR Session**
07-02599 JF MED