UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, February 22, 2008
**Case Number:** CV-07-2599-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | JIMMY HAWS, ET AL V. COUNTY OF MONTEREY, ET AL | |
|---|---|---|
| | **PLAINTIFF** | **DEFENDANT** |
| | Attorneys Present: Ralph Boroff, Michael Moore | Attorneys Present: Traci Kirkbride for County and Kanalakis, David Sheuerman for Natividad |

PROCEEDINGS:
   Further case management conference held.  Parties are present.  Continued to 5/30/08 at 10:30 a.m. for further case management conference.  The Court sets 5/30/08 as the last day to hear dispositive motions.