Ralph W. Boroff, Esq. (SBN 59164)
55 River Street, Suite 100
Santa Cruz, CA 95060
Telephone: (831) 458-0502
Facsimile: (831) 426-0159

Michael B. Moore, Esq. (SBN 62182)
595 Market Street, Suite 1320
San Francisco, CA 94105
Telephone: (415) 956-6500
Facsimile: (415) 956-6580

Attorneys for Plaintiffs

IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JIMMY D. HAWS, SETH DANIEL HAWS and MIA SKYE HAWS, minors, by and through their guardian ad litem, CARRIE A. HAWS, and CARRIE A. HAWS, individually<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY, MICHAEL KANALAKIS, NATIVIDAD MEDICAL CENTER and DOES 1-300, inclusive,<br><br>Defendants. | Case No. C 07-02599 JF<br><br>**(PROPOSED) ORDER AFTER HEARING UPON MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND FOR PRODUCTION OF DOCUMENTS**<br><br>Date:  March 26, 2008<br>Time:  9:30 a.m.<br>Court Room: 4, 5th Floor<br><br>Magistrate<br>Judge:  Hon. Richard Seeborg |

## ORDER

On March 26, 2008, at 9:30 a.m. the motions came before the Court. Ralph Boroff and Michael Moore appeared for plaintiffs; Deputy County Counsel Traci Kirkbride appeared for defendant County of Monterey; and David Sheuerman for co-defendant Natividad Hospital.

---

*Jimmy D. Haws, et al. V. County of Monterey, et al.*  Case No. C 07-02599 JF
(Proposed) Order After Hearing Upon Motion to Compel Answers to
Interrogatories and for Production of Documents

Page 1 of 2

1  Having considered all the pleading's and counsel's argument, the court orders:

2  As to Interrogatory Nos.10 and 18, the Court finds good cause for Plaintiffs' Motion and Orders defendant County of Monterey to submit full and complete responses no later than 30 days from the hearing of the Motion, April 25, 2008.

As to Document Production Requests Nos. 2, 3, 9, 13, 14, 17, 20, 21, 22, 23, 24, 25, 28, 34, and 38, the County finds that defendant Monterey County has waived all privilege, has failed to set forth an adequate privilege log and has failed to undertake a sufficiently diligent search and inquiry and is ordered to respond further, and without objection or claim of privilege on or before April 25, 2008.

Plaintiffs' request for Sanctions in a separately filed motion shall be addressed in a separate Order.

It is so Ordered this _____ day of March, 2008.

_____
Hon. Richard Seeborg,
United State District Court Magistrate

---

*Jimmy D. Haws, et al. V. County of Monterey, et al.*    Case No. C 07-02599 JF
(Proposed) Order After Hearing Upon Motion to Compel Answers to
Interrogatories and for Production of Documents