1  Ralph W. Boroff, Esq. (SBN 59164)
   55 River Street, Suite 100
2  Santa Cruz, CA 95060
   Telephone: (831) 458-0502
3  Facsimile: (831) 426-0159

4  Michael B. Moore, Esq. (SBN 62182)
   595 Market Street, Suite 1320
5  San Francisco, CA 94105
   Telephone: (415) 956-6500
6  Facsimile: (415) 956-6580

7  Attorneys for Plaintiffs

8

9

10              IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

11                 NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

12                                SAN JOSE DIVISION

13

| | |
|---|---|
| JIMMY D. HAWS, SETH DANIEL HAWS and MIA SKYE HAWS, minors, by and through their guardian ad litem, CARRIE A. HAWS, and CARRIE A. HAWS, individually, | Case No. C 07-02599 JF |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SANCTIONS (FRCP Rule 37)** |
| v. | Date: March 26, 2008<br>Time: 9:30 a.m.<br>Court Room: 4, 5th Floor |
| COUNTY OF MONTEREY, MICHAEL KANALAKIS, NATIVIDAD MEDICAL CENTER and DOES 1-300, inclusive, | Magistrate Judge: Hon. Richard Seeborg |
| Defendants. | |

21  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22      PLEASE TAKE NOTICE THAT ON March 26, 2008, at 9:30 a.m. or as soon thereafter as

the matter may be heard in the above-entitled Court located at 280 South First Street, Court Room

4, 5th Floor, San Jose, California 95113, Plaintiffs will and hereby does move this Court for an order

that defendant County of Monterey pay to the moving party the sum of $2,110.00 as the reasonable

costs and attorney fees incurred by the moving party in connection with this proceeding. This

28

---

*Jimmy D. Haws, et al. V. County of Monterey, et al.*  
Plaintiffs' Notice of Motion and Motion for Sanctions (FRCP Rule 37)  
Page 1 of 2

Case No. C 07-02599 JF

1  motion is made on the grounds that said questions and documents were relevant to the subject matter
2  of the action and did not relate to privileged matters or privilege has been waived, and the refusal
3  to answer is without justification.
4      This motion will be based on this Notice of Motion and Motion, the Memorandum of Points
5  and Authorities filed herewith and the Declaration of attorney Ralph W. Boroff.
6
7  Dated:  February 28, 2008
8
9                                    RALPH W. BOROFF
10                                   Attorney for Plaintiffs

*Jimmy D. Haws, et al. V. County of Monterey, et al.*                Case No. C 07-02599 JF
Plaintiffs' Notice of Motion and Motion for Sanctions (FRCP Rule 37)
Page 2 of 2