1  Ralph W. Boroff, Esq. (SBN 59164)
   55 River Street, Suite 100
2  Santa Cruz, CA 95060
   Telephone: (831) 458-0502
3  Facsimile: (831) 426-0159

4  Michael B. Moore, Esq. (SBN 62182)
   595 Market Street, Suite 1320
5  San Francisco, CA 94105
   Telephone: (415) 956-6500
6  Facsimile: (415) 956-6580

7  Attorneys for Plaintiffs

8

9

10           IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

11                  NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

12                                  SAN JOSE DIVISION

13

| | |
|---|---|
| JIMMY D. HAWS, SETH DANIEL HAWS and MIA SKYE HAWS, minors, by and through their guardian ad litem, CARRIE A. HAWS, and CARRIE A. HAWS, individually<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY, MICHAEL KANALAKIS, NATIVIDAD MEDICAL CENTER and DOES 1-300, inclusive,<br><br>Defendants. | Case No. C 07-02599 JF<br><br>**(PROPOSED) ORDER AFTER HEARING UPON MOTION FOR SANCTIONS [FRCP Rule 37]**<br><br>Date:       March 26, 2008<br>Time:       9:30 a.m.<br>Court Room: 4, 5th Floor<br><br>Magistrate<br>Judge:      Hon. Richard Seeborg |

                                        **ORDER**

On March 26, 2008, at 9:30 a.m. the motions came before the Court. Ralph Boroff and Michael Moore appeared for plaintiffs; Deputy County Counsel Traci Kirkbride appeared for defendant County of Monterey; and David Sheuerman for co-defendant Natividad Hospital.

*Jimmy D. Haws, et al. V. County of Monterey, et al.*                                          Case No. C 07-02599 JF
(Proposed) Order After Hearing Upon Motion for Sanctions [FRCP Rule 37]

Page 1 of 2

1  Having considered all the pleading's and counsel's argument, the court order:

2  Good cause appearing it is hereby Ordered that defendant County of Monterey pay to

3  plaintiffs' counsel the sum of $2,110.00 in sanctions pursuant to FRCP Rule 37.

4  It is so Ordered this _____ day of March, 2008.

_____
Hon. Richard Seeborg,
United State District Court Magistrate

*Jimmy D. Haws, et al. V. County of Monterey, et al.*
(Proposed) Order After Hearing Upon Motion for Sanctions [FRCP Rule 37]

Case No. C 07-02599 JF

Page 2 of 2