1  Ralph W. Boroff, Esq. (SBN 59164)
   55 River Street, Suite 100
2  Santa Cruz, CA 95060
   Telephone: (831) 458-0502
3  Facsimile: (831) 426-0159

4  Michael B. Moore, Esq. (SBN 62182)
   595 Market Street, Suite 1320
5  San Francisco, CA 94105
   Telephone: (415) 956-6500
6  Facsimile: (415) 956-6580

7  Attorneys for Plaintiffs

8

9

10             IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

11                  NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

12                                  SAN JOSE DIVISION

13

14  JIMMY D. HAWS, SETH DANIEL HAWS )        Case No.   C 07-02599 JF
    and  MIA SKYE HAWS, minors, by and )
    through their guardian ad litem, CARRIE A. )   **CERTIFICATE OF SERVICE**
15  HAWS, and CARRIE A. HAWS, individually )
                                           )
16              Plaintiffs,                )
                                           )
17        v.                               )
                                           )
18  COUNTY OF MONTEREY, MICHAEL )
    KANALAKIS, NATIVIDAD MEDICAL )
19  CENTER and DOES 1-300, inclusive,      )
                                           )
20              Defendants.                )
    _____)
21

22

23

24

25

26

27

28  *Jimmy D. Haws, et al. V. County of Monterey, et al.*                    Case No. C 07-02599 JF
    Certificate of Service

                                        Page 1 of 2

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of Santa Cruz; I am over the age of 18 and not a party to the within action. My business address is 55 River Street, Suite 100, Santa Cruz, California.

On the date herein below specified, I served the foregoing document, described as set forth below on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes, at Santa Cruz, California and addressed as follows:

DATE OF SERVICE:    February 28, 2008

DOCUMENT SERVED:

**Memorandum of Points and Authorities in Rebuttal of Defendant County's Opposition to Plaintiffs' Motion to Compel Answers to Interrogatories and Production of Documents;**

**(Proposed) Order After Hearing Upon Motion to Compel Answers to Interrogatories and for Production of Documents;**

**Plaintiffs' Notice of Motion and Motion for Sanctions (FRCP Rule 37); and**

**(Proposed) Order After Hearing Upon Motion for Sanctions [FRCP Rule 37]**

COUNSEL SERVED:

*Attorneys for*
*Defendant County of Monterey*
Traci Kirkbride, Deputy County Counsel
Office of the County Counsel
County of Monterey
168 W. Alisal Street
Salinas, CA 93901
Email: kirkbrideta@co.monterey.ca.us

*Co-Counsel*
*for Plaintiffs*
Michael B. Moore, Esq.
595 Market Street, Suite 1320
San Francisco, CA 94105
Email: mbm@mooreandbrowning.com

*Attorneys for*
*Defendant Natividad Medical Center*
David Sheuerman, Esq.
Sheuerman, Martini & Tabari, P.C.
1033 Willow Street
San Jose, CA 95125
Email: dsheuerman@smtlaw.com

[ X ] (BY E-FILING WITH THE U.S. DISTRICT COURT) By submitting these documents for Electronic Case Filing, pursuant to Local Rule 5-4 and General Order 45, at the Law Office of Ralph W. Boroff, 55 River Street, Suite 100, Santa Cruz, California.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct. Executed this 28th day of February, 2008, at Santa Cruz, California, 95060.

_____
Jean Vitug

*Jimmy D. Haws, et al. V. County of Monterey, et al.*    Case No. C 07-02599 JF
Certificate of Service