UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time in Court: 40min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: FTR                              DATE: 3/26/08
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                                 CASE #: C 07-02599JF(RS)

CASE TITLE: JIMMY HAWS, ET AL     VS.   COUNTY OF MONTEREY, ET AL

**Appearances for Plaintiff(s)**          **Appearances for Defendant(s)**

RALPH BOROFF                              TRACI A. KIRKBRIDE

**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.   { } PRETRIAL CONF.   {X} MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | | |
|-------|-------|------------|---|---|
| {X}   | { }   | { }        | 1. | COMPEL AND FOR SANCTIONS |
| { }   | { }   | { }        | 2. | |
| { }   | { }   | { }        | 3. | |
| { }   | { }   | { }        | 4. | |

DISPOSITION of TODAY'S PROCEEDINGS

[ ] SETTLED    [ ] NOT SETTLED    [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED      [ ] DENIED      [ ] SUBMITTED      [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to            @            For

**ORDER TO BE PREPARED BY:**   [ ]PLTF;   [ ]DEFT;   [ ]COURT
Additional Comments: MATTER IS ARGUED BY COUNSEL. COUNSEL TO SUBMIT SUPPLEMENTAL BRIEFS (NO LONGER THAN 5 PAGES) RE STATUS OF DISCOVERY BY 4/4/08, THEN THE MATTER WILL BE TAKEN UNDER SUBMISSION. THE COURT WILL ISSUE A WRITTEN ORDER.