1  CHARLES J. McKEE        (SBN 152458)
   County Counsel
2  TRACI A. KIRKBRIDE      (SBN 195690)
   Deputy County Counsel
3  Office of the County Counsel
   County of Monterey
4  168 West Alisal Street, 3rd Floor
   Salinas, California  93901-2680
5  Telephone:   (831) 755-5045
   Facsimile:    (831) 755-5283
6  Email: kirkbrideta@co.monterey.ca.us

7  Attorneys for Defendants COUNTY OF MONTEREY and
   MICHAEL KANALAKIS
8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  JIMMY D. HAWS, SETH DANIEL HAWS,           Case No. C 07-02599 JF
    and MIA SKYE HAWS, minors, by and
    through their guardian ad litem, CARRIE A.  DEFENDANTS COUNTY OF MONTEREY
13  HAWS, and CARRIE A. HAWS,                   AND MICHAEL KANALAKIS'
    individually,                               SUPPLEMENTAL BRIEF RE:
14                                              PLAINTIFFS' MOTION TO COMPEL
                  Plaintiffs,
15
    v.
16
    COUNTY OF MONTEREY, MICHAEL
17  KANALAKIS, NATIVIDAD MEDICAL
    CENTER and DOES 1-300, inclusive,
18
                  Defendants.
19  _____/

20

21        **PURSUANT TO THE COURT'S ORDER OF MARCH 26, 2008, DEFENDANTS**

22  **COUNTY OF MONTEREY AND MICHAEL KANALAKIS (HEREINAFTER DEFENDANTS")**

23  **HEREBY SUBMIT THEIR SUPPLEMENTAL BRIEF REGARDING PLAINTIFFS' MOTION**

24  **TO COMPEL:**

25        **Counsels' Meet and Confer:**

26        As the court ordered on March 26, 2008, the attorneys conducted a meet and confer in this matter

27  on April 2, 2006, at Mr. Boroff's office in Santa Cruz. Co-counsel for Plaintiffs, Mr. Michael Moore,

28  also participated in the meet and confer via speaker phone.

Jimmy D. Haws, et al. v. County of Monterey, et al.                                  Case No. C 07-02599 JF
Defendants County of Monterey and Michael Kanalakis' Supplemental Brief
Re: Plaintiffs' Motion to Compel                                                              1 of 3

1  Counsel for Defendants believes that the meet and confer was very productive and that the
2  attorneys were able to resolve and come to an agreement regarding many of the issues raised in
3  Plaintiffs' Motion to Compel, with only two issues yet to be resolved, as will be discussed below.
4  Defense counsel agreed to provide certain requested documentation to Plaintiffs' counsel if, in fact, it
5  exists, and also to provide certain requested information to counsel for Plaintiffs subject to a Protective
6  Order agreed to by the parties, if necessary. Defense counsel is now confidant that the parties can
7  resolve the discovery issues between themselves without the necessity of future court intervention.
8  Defense counsel is hereby withdrawing her request for sanctions contained within Defendants'
9  Opposition to the Motion to Compel.

**Remaining Issues:**

The Personnel Files of the Sheriff's Deputies

At the meet and confer on April 2nd, Defense counsel put forth her position regarding the disclosure of the deputies' personnel files and records. Defense counsel believes she is obligated to assert the privilege against disclosure of these records as set forth in California Penal Code §§ 832.7 and 832.8 regarding the confidentiality of these records and the exclusive stated methods for obtaining these records as set forth in California Evidence Code §§ 1043, et seq. These assertions are believed by counsel to be necessary in order to avoid violating the deputies' (who are peace officers certified by the State of California) rights as set forth in the Public Safety Officers Procedural Bill of Rights Act (California Government Code §§ 3300-3313). Defense counsel is in the process of preparing a privilege log indicating which deputies' records/files she is withholding. This privilege log will be forwarded to plaintiffs' counsel at the same time counsel serves a copy of this supplemental brief.

While recognizing that the Federal court is not obligated to even consider a state privilege, and in anticipation of the court ordering the production of the requested information pursuant to a protective order, the attorneys discussed the production of the records. Plaintiffs' counsel narrowed his request as to what categories of information he specifically is looking for regarding the deputies' records. Defense counsel will, of course, comply with the order of the court regarding these records and if so ordered, will instruct the custodian of records for the Monterey County Sheriff's Office to review the records of the deputies and produce any documents responsive to plaintiffs' counsel's request.

*Jimmy D. Haws, et al. v. County of Monterey, et al.*   Case No. C 07-02599 JF
Defendants County of Monterey and Michael Kanalakis' Supplemental Brief
Re: Plaintiffs' Motion to Compel   2 of 3

<u>Medical Records of Jimmy Haws and Roger Spencer:</u>

Counsel discussed the issue of the medical records of both Jimmy Haws and Roger Spencer along with the issue of the records being maintained and in the possession of California Forensic Medical Group (CFMG). Mr. Boroff stated that he would redo his subpoena to CFMG as to his request for medical records of Jimmy Haws. Ms. Kirkbride agreed to contact CFMG and/or CFMG's attorney and request that CFMG produce the medical records of both Jimmy Haws and Roger Spencer. Ms. Kirkbride will promptly notify plaintiffs' counsel regarding CFMG's response to her request.

**CONCLUSION**

As stated previously, defense counsel is now confident that any discovery disputes between the parties can be resolved through discussion between counsel and that this will avoid the necessity of future court intervention in any discovery disputes. Defense counsel is looking forward to a more productive and congenial spirit of cooperation with plaintiffs' counsel and will strive to her utmost to keep it that way.

DATED: April 4, 2008.

Respectfully submitted,

CHARLES J. McKEE, County Counsel

By _____
TRACI A. KIRKBRIDE
Deputy County Counsel

Attorneys for Defendants COUNTY OF MONTEREY and MICHAEL KANALAKIS

*Jimmy D. Haws, et al. v. County of Monterey, et al.*
Defendants County of Monterey and Michael Kanalakis' Supplemental Brief
Re: Plaintiffs' Motion to Compel

Case No. C 07-02599 JF

3 of 3