Michael B. Moore, Esq. (SBN 62182)
595 Market Street, Suite 1320
San Francisco, California 94105
Telephone:   (415) 956-6500
Facsimile:   (415) 956-6580
Email:   mbm@moore-law.net

Ralph W. Boroff, Esq. (SBN 59164)
55 River Street, Suite 100
Santa Cruz, CA 95060
Telephone:   (831) 458-0502
Facsimile:   (831) 426-0159

Attorneys for Plaintiffs

IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA
NORTHERN DISTRICT OF THE STATE OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JIMMY D. HAWS, SETH DANIEL HAWS, and MIA SKYE HAWS, minors, by and through their guardian ad litem, CARRIE A. HAWS, and CARRIE A. HAWS, individually,<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF MONTEREY, MICHAEL KANALAKIS, NATIVIDAD MEDICAL CENTER and DOES 1-300, inclusive,<br><br>Defendants. | CASE NO.:   C07 02599 JF<br><br>**STIPULATION FOR DISMISSAL OF NATIVIDAD MEDICAL CENTER** |

IT IS HEREBY STIPULATED that Plaintiffs' First Amended Complaint is hereby dismissed **as to Defendant NATIVIDAD MEDICAL CENTER only**, each side shall bear their own costs of suit.

Dated: May 20, 2008

_Michael B. Moore_
Michael B. Moore, Attorney for Plaintiffs

Dated: May ___, 2008

_____
David Sheuerman, Attorney for Defendant
Natividad Medical Center

1 | Michael B. Moore, Esq. (SBN 62182)
595 Market Street, Suite 1320
2 | San Francisco, California 94105
Telephone:   (415) 956-6500
3 | Facsimile:   (415) 956-6580
Email:   mbm@moore-law.net
4
Ralph W. Boroff, Esq. (SBN 59164)
5 | 55 River Street, Suite 100
Santa Cruz, CA 95060
6 | Telephone:   (831) 458-0502
Facsimile:   (831) 426-0159
7
Attorneys for Plaintiffs
8

9 | IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA
NORTHERN DISTRICT OF THE STATE OF CALIFORNIA
10 | SAN JOSE DIVISION

11

12 | JIMMY D. HAWS, SETH DANIEL HAWS, | CASE NO.:   C07 02599 JF
and MIA SKYE HAWS, minors, by and
through their guardian ad litem, CARRIE | STIPULATION FOR DISMISSAL OF
13 | A. HAWS, and CARRIE A. HAWS, | NATIVIDAD MEDICAL CENTER
individually,
14
Plaintiffs,
15 | v.

16 | COUNTY OF MONTEREY, MICHAEL
KANALAKIS, NATIVIDAD MEDICAL
17 | CENTER and DOES 1-300, inclusive,

18 | Defendants.

19

20 |   IT IS HEREBY STIPULATED that Plaintiffs' First Amended Complaint is hereby dismissed

21 | as to Defendant **NATIVIDAD MEDICAL CENTER** only, each side shall bear their own costs

22 | of suit.

23 | Dated: May 20, 2008

   _____
   Michael B. Moore, Attorney for Plaintiffs

26 | Dated: May 20, 2008

   _____
   David Scheuerman, Attorney for Defendant
   Natividad Medical Center

28 | 1
Stipulation for Dismissal of Natividad Medical Center

Dated: May 21, 2008

*Tracy Kirkbride* (signature)
Tracy Kirkbride, Attorney for Defendant
County of Monterey

### ORDER

IT IS HEREBY ORDERED that the Plaintiffs' First Amended Complaint is hereby dismissed as to Defendant **NATIVIDAD MEDICAL CENTER** only, each side shall bear their own costs of suit.

_____
The Honorable Jeremy D. Fogel

*Haws v. County of Monterey, et al*
Case No.   C07 02599 RS
U. S. District Court - Northern District of California

## DECLARATION OF SERVICE BY MAIL
### (C.C.P. § 1013a(3), 2009, 2015.5)

I am over the age of 18 years, a citizen of the United States, and not a party to the within entitled cause of action. My business address is 595 Market Street, Suite 1320, San Francisco, California 94105, and I am employed in the City and County of San Francisco, State of California. On the date set forth below I served the documents described below:

Stipulation Re: Dismissal of Natividad Medical Center

on the following party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Traci Kirkbride, Deputy County Counsel<br>Office of the County Counsel<br>County of Monterey<br>168 W. Alisal Street<br>Salinas, CA 93901<br>**Attorneys for Defendant County** | Ralph W. Boroff, Esq.<br>55 River Street, Suite 100<br>Santa Cruz, CA 95060<br>**Co-Counsel for Plaintiffs** |

David Sheuerman, Esq.
Sheuerman, Martini & Tabari, P.C.
1033 Willow Street
San Jose, CA 95125
**Attorneys for Defendant Natividad**

☐ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

☐ (BY HAND) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY FACSIMILE/ELECTRONIC MAIL/OVERNIGHT MAIL) I caused such document(s) to be transmitted by facsimile/electronically or by overnight mail on this date to the office of the addressee(s).

▶ (BY E-FILING WITH THE U.S. DISTRICT COURT) By submitting these documents for Electronic Case Filing, Pursuant to Local Rule 5-4 and General Order 45, at the Law Office of Michael B. Moore, 595 Market Street, Suite 1320, San Francisco, CA 94105.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 21, 2008 at San Francisco, California.

*/s/ Mark Ross*
Mark Ross