**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, May 30, 2008
**Case Number:** CV-07-2599-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:        **JIMMY HAWS, ET AL V. COUNTY OF MONTEREY, ET AL**

              **PLAINTIFF**                          **DEFENDANT**

   Attorneys Present: Ralph Boroff, Michael Moore    Attorneys Present: Traci Kirkbride

PROCEEDINGS:
  Further case management conference held. Parties are present. The Court sets the case for jury trial on 4/17/09 at 1:30 p.m. and pretrial conference on 4/3/09 at 11:00 a.m. The Court sets 3/3/09 as the discovery cut-off date.