Michael B. Moore, Esq. (SBN 62182)
595 Market Street, Suite 1320
San Francisco, California 94105
Telephone:  (415) 956-6500
Facsimile:  (415) 956-6580
Email:  mbm@moore-law.net

Ralph W. Boroff, Esq. (SBN 59164)
55 River Street, Suite 100
Santa Cruz, CA 95060
Telephone:  (831) 458-0502
Facsimile:  (831) 426-0159

Attorneys for Plaintiffs

IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA
NORTHERN DISTRICT OF THE STATE OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JIMMY D. HAWS, SETH DANIEL HAWS, and MIA SKYE HAWS, minors, by and through their guardian ad litem, CARRIE A. HAWS, and CARRIE A. HAWS, individually,<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF MONTEREY, MICHAEL KANALAKIS, NATIVIDAD MEDICAL CENTER and DOES 1-300, inclusive,<br><br>Defendants. | CASE NO.:   C07 02599 JF<br><br>**CHANGE OF ADDRESS** |

TO ALL COUNSEL AND THE COURT:

Please take notice counsel for Plaintiff, the Law Office of Michael B. Moore, will change its office address effective June 30, 2008. The telephone and fax numbers, and email address will remain the same.

///

///

///

1
CHANGE OF ADDRESS

As of June 30, 2008 the correct address and other information will be as follows:

Law Office of Michael B. Moore<br>
100 Spear Street, Suite 1640<br>
San Francisco, CA 94105<br>
tel: (415) 956-6500<br>
fax: (415) 956-6580<br>
Email: mbm@moore-law.net

DATED: June 15, 2008                    LAW OFFICE OF MICHAEL B. MOORE

By: *Michael B. Moore*
    Michael B. Moore

*Haws v. County of Monterey, et al*
Case No.   C07 02599 RS
U. S. District Court - Northern District of California

## DECLARATION OF SERVICE BY MAIL
### (C.C.P. § 1013a(3), 2009, 2015.5)

I am over the age of 18 years, a citizen of the United States, and not a party to the within entitled cause of action. My business address is 595 Market Street, Suite 1320, San Francisco, California 94105, and I am employed in the City and County of San Francisco, State of California. On the date set forth below I served the documents described below:

**CHANGE OF ADDRESS**

on the following party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Traci Kirkbride, Deputy County Counsel<br>Office of the County Counsel<br>County of Monterey<br>168 W. Alisal Street<br>Salinas, CA 93901<br>**Attorneys for Defendant County** | Ralph W. Boroff, Esq.<br>55 River Street, Suite 100<br>Santa Cruz, CA 95060<br>**Co-Counsel for Plaintiffs**<br><br>U.S. District Court<br>Northern District<br>280 S. 1st Street<br>San Jose, CA 95113 |

☐ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

☐ (BY HAND) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY FACSIMILE/ELECTRONIC MAIL/OVERNIGHT MAIL) I caused such document(s) to be transmitted by facsimile/electronically or by overnight mail on this date to the office of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 23, 2008 at San Francisco, California.

_____
( Brandy Young

LAW OFFICE OF MICHAEL B. MOORE
595 Market Street, Suite 1320
San Francisco, CA 94104