1  CHARLES J. McKEE        (SBN 152458)
   County Counsel
2  TRACI A. KIRKBRIDE      (SBN 195690)
   Deputy County Counsel
3  Office of the County Counsel
   County of Monterey
4  168 West Alisal Street, 3rd Floor
   Salinas, California  93901-2680
5  Telephone:  (831) 755-5045
   Facsimile:   (831) 755-5283
6  Email: kirkbrideta@co.monterey.ca.us

7  Attorneys for Defendants COUNTY OF MONTEREY and
   MICHAEL KANALAKIS
8

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | JIMMY D. HAWS, SETH DANIEL HAWS,           Case No. C 07-02599 JF
   | and MIA SKYE HAWS, minors, by and
   | through their guardian ad litem, CARRIE A.  STIPULATION FOR PROTECTIVE
13 | HAWS, and CARRIE A. HAWS,                   ORDER
   | individually,
14 |                                             [Northern District Local Rule 47-4]
   |              Plaintiffs,
15 |
   | v.
16 |
   | COUNTY OF MONTEREY, MICHAEL
17 | KANALAKIS, NATIVIDAD MEDICAL
   | CENTER and DOES 1-300, inclusive,
18 |
   |              Defendants.
19 | _____/

20     The parties hereby stipulate that, due to security concerns, any documents produced by
21 Defendants through discovery which consist of architectural drawings, schematics, blue prints, drawings
22 or any document that depicts the physical layout of the Monterey County Jail is hereby subject to a
23 Protective Order that prohibits disclosure of said documents to Plaintiffs or any third parties.  Said
24 documents are only to be disclosed to both plaintiffs' counsel and their staffs or any individuals
25 necessary for the preparation of this matter for trial and to any experts retained in the scope of the
26 litigation and/or trial of the above-captioned matter.
27 / / /
28 / / /

1  IT IS SO STIPULATED:

2

3

4  DATED: August 12, 2008          CHARLES J. McKEE, County Counsel

5

6                                  By _____
                                       TRACI A. KIRKBRIDE, Deputy County Counsel
7
                                    Attorneys for Defendants COUNTY OF MONTEREY
8                                   and MICHAEL KANALAKIS

9

10 DATED: August ____, 2008         _____
                                       MICHAEL B. MOORE
11
                                    Attorney for Plaintiffs JIMMY D. HAWS, SETH
12                                  DANIEL HAWS, and MIA SKYE HAWS, minors, by
                                    and through their *guardian ad litem*, CARRIE A. HAWS,
13                                  and CARRIE A. HAWS, individually

14
   DATED: August ____, 2008         _____
15                                     RALPH W. BOROFF

16
                                    Attorney for Plaintiffs JIMMY D. HAWS, SETH
17                                  DANIEL HAWS, and MIA SKYE HAWS, minors, by
                                    and through their *guardian ad litem*, CARRIE A. HAWS,
18                                  and CARRIE A. HAWS, individually

19

20 PURSUANT TO STIPULATION, IT IS SO ORDERED.

21
   DATED: August ____, 2008         _____
22                                     RICHARD SEEBORG
                                       United States Magistrate Judge
23

24 C:\Documents and Settings\kirkbrideta\Local Settings\Temporary Internet Files\OLK4F\Stip for Protective Order1.wpd

25

26

27

28

IT IS SO STIPULATED:

DATED: August 12, 2008                CHARLES J. McKEE, County Counsel

                                      By_____
                                         TRACI A. KIRKBRIDE, Deputy County Counsel

                                      Attorneys for Defendants COUNTY OF MONTEREY
                                      and MICHAEL KANALAKIS

DATED: August 12, 2008                /s/ Michael B. Moore
                                      _____
                                      MICHAEL B. MOORE

                                      Attorney for Plaintiffs JIMMY D. HAWS, SETH
                                      DANIEL HAWS, and MIA SKYE HAWS, minors, by
                                      and through their *guardian ad litem*, CARRIE A. HAWS,
                                      and CARRIE A. HAWS, individually

DATED: August ____, 2008              _____
                                      RALPH W. BOROFF

                                      Attorney for Plaintiffs JIMMY D. HAWS, SETH
                                      DANIEL HAWS, and MIA SKYE HAWS, minors, by
                                      and through their *guardian ad litem*, CARRIE A. HAWS,
                                      and CARRIE A. HAWS, individually

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August ____, 2008              _____
                                      RICHARD SEEBORG
                                      United States Magistrate Judge

C:\Documents and Settings\mbm\Local Settings\Temporary Internet Files\OLK6C\Stip for Protective Order.wpd

1  IT IS SO STIPULATED:

2

3

4  DATED: August 12, 2008            CHARLES J. McKEE, County Counsel

5

6                                    By_____
7                                        TRACI A. KIRKBRIDE, Deputy County Counsel

                                     Attorneys for Defendants COUNTY OF MONTEREY
8                                    and MICHAEL KANALAKIS

9

10 DATED: August ___, 2008           _____
11                                       MICHAEL B. MOORE

12                                   Attorney for Plaintiffs JIMMY D. HAWS, SETH
                                     DANIEL HAWS, and MIA SKYE HAWS, minors, by
13                                   and through their *guardian ad litem*, CARRIE A. HAWS,
                                     and CARRIE A. HAWS, individually

14

15 DATED: August 12, 2008            _____
                                         RALPH W. BOROFF

16

17                                   Attorney for Plaintiffs JIMMY D. HAWS, SETH
                                     DANIEL HAWS, and MIA SKYE HAWS, minors, by
                                     and through their *guardian ad litem*, CARRIE A. HAWS,
18                                   and CARRIE A. HAWS, individually

19

20 PURSUANT TO STIPULATION, IT IS SO ORDERED.

21

22 DATED: August ___, 2008           _____
                                         RICHARD SEEBORG
23                                       United States Magistrate Judge

24 C:\Users\Jean Vitug\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.IE5\EMU19ADO\Stip_for_Protective_Order[1].wpd

25

26

27

28