CHARLES J. McKEE (SBN 152458)
County Counsel
TRACI A. KIRKBRIDE (SBN 195690)
Deputy County Counsel
Office of the County Counsel
County of Monterey
168 West Alisal Street, 3rd Floor
Salinas, California 93901-2680
Telephone: (831) 755-5045
Facsimile: (831) 755-5283
Email: kirkbrideta@co.monterey.ca.us

*E-FILED 8/19/08*

Attorneys for Defendants COUNTY OF MONTEREY and
MICHAEL KANALAKIS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY D. HAWS, SETH DANIEL HAWS, and MIA SKYE HAWS, minors, by and through their guardian ad litem, CARRIE A. HAWS, and CARRIE A. HAWS, individually,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY, MICHAEL KANALAKIS, NATIVIDAD MEDICAL CENTER and DOES 1-300, inclusive,<br><br>　　　　　Defendants.<br>_____/ | Case No. C 07-02599 JF<br><br>STIPULATION FOR PROTECTIVE ORDER<br><br>[Northern District Local Rule 47-4] |

　　　The parties hereby stipulate that, due to security concerns, any documents produced by Defendants through discovery which consist of architectural drawings, schematics, blue prints, drawings or any document that depicts the physical layout of the Monterey County Jail is hereby subject to a Protective Order that prohibits disclosure of said documents to Plaintiffs or any third parties. Said documents are only to be disclosed to both plaintiffs' counsel and their staffs or any individuals necessary for the preparation of this matter for trial and to any experts retained in the scope of the litigation and/or trial of the above-captioned matter.

/ / /

/ / /

---

1  IT IS SO STIPULATED:

4  DATED: August 12, 2008                     CHARLES J. McKEE, County Counsel

6                                              By _____
                                                  TRACI A. KIRKBRIDE, Deputy County Counsel

                                               Attorneys for Defendants COUNTY OF MONTEREY
                                               and MICHAEL KANALAKIS

10  DATED: August ____, 2008                  _____
                                                  MICHAEL B. MOORE

    Attorney for Plaintiffs JIMMY D. HAWS, SETH
12  DANIEL HAWS, and MIA SKYE HAWS, minors, by
    and through their *guardian ad litem*, CARRIE A. HAWS,
13  and CARRIE A. HAWS, individually

14  DATED: August ____, 2008                  _____
15                                                RALPH W. BOROFF

    Attorney for Plaintiffs JIMMY D. HAWS, SETH
17  DANIEL HAWS, and MIA SKYE HAWS, minors, by
    and through their *guardian ad litem*, CARRIE A. HAWS,
18  and CARRIE A. HAWS, individually

20  PURSUANT TO STIPULATION, IT IS SO ORDERED.

22  DATED: August ____, 2008                  _____
                                                  RICHARD SEEBORG
                                                  United States Magistrate Judge

24  C:\Documents and Settings\kirkbrideta\Local Settings\Temporary Internet Files\OLK4F\Stip for Protective Order1.wpd

1  IT IS SO STIPULATED:

2

3

4  DATED: August 12, 2008                    CHARLES J. McKEE, County Counsel

5

6                                            By_____
                                                TRACI A. KIRKBRIDE, Deputy County Counsel
7
                                             Attorneys for Defendants COUNTY OF MONTEREY
8                                            and MICHAEL KANALAKIS

9
                                             *Michael B. Moore* (signature)
10  DATED: August 12, 2008                   _____
                                                MICHAEL B. MOORE
11
                                             Attorney for Plaintiffs JIMMY D. HAWS, SETH
12                                           DANIEL HAWS, and MIA SKYE HAWS, minors, by
                                             and through their *guardian ad litem*, CARRIE A. HAWS,
13                                           and CARRIE A. HAWS, individually

14
    DATED: August ____, 2008
15                                           _____
                                                RALPH W. BOROFF
16
                                             Attorney for Plaintiffs JIMMY D. HAWS, SETH
17                                           DANIEL HAWS, and MIA SKYE HAWS, minors, by
                                             and through their *guardian ad litem*, CARRIE A. HAWS,
18                                           and CARRIE A. HAWS, individually

19

20  PURSUANT TO STIPULATION, IT IS SO ORDERED.

21
    DATED: August ____, 2008
22                                           _____
                                                RICHARD SEEBORG
23                                           United States Magistrate Judge

24  C:\Documents and Settings\mbm\Local Settings\Temporary Internet Files\OLK6C\Stip for Protective Order.wpd

25

26

27

28

*Jimmy D. Haws, et al. v. County of Monterey, et al.*
Stipulation for Protective Order                                          Case No. C 07-02599 JF
                                                                                      2 of 2

*Jimmy D. Haws, et al. v. County of Monterey, et al.*

1  IT IS SO STIPULATED:

4  DATED: August 12, 2008          CHARLES J. McKEE, County Counsel

6                                  By_____
                                   TRACI A. KIRKBRIDE, Deputy County Counsel

                                   Attorneys for Defendants COUNTY OF MONTEREY
                                   and MICHAEL KANALAKIS

10 DATED: August ___, 2008         _____
                                   MICHAEL B. MOORE

                                   Attorney for Plaintiffs JIMMY D. HAWS, SETH
                                   DANIEL HAWS, and MIA SKYE HAWS, minors, by
                                   and through their *guardian ad litem*, CARRIE A. HAWS,
                                   and CARRIE A. HAWS, individually

14 DATED: August 12, 2008          _____/s/ Ralph W. Boroff_____
                                   RALPH W. BOROFF

                                   Attorney for Plaintiffs JIMMY D. HAWS, SETH
                                   DANIEL HAWS, and MIA SKYE HAWS, minors, by
                                   and through their *guardian ad litem*, CARRIE A. HAWS,
                                   and CARRIE A. HAWS, individually

20 PURSUANT TO STIPULATION, IT IS SO ORDERED.

22 DATED: August 19, 2008          _____/s/ Richard Seeborg_____
                                   RICHARD SEEBORG
                                   United States Magistrate Judge

C:\Users\Jean Vitug\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.IE5\EMU19ADO\Stip_for_Protective_Order[1].wpd