Ralph W. Boroff, Esq. (SBN 59164)
55 River Street, Suite 100
Santa Cruz, CA 95060
Telephone: (831) 458-0502
Facsimile: (831) 426-0159

Michael B. Moore, Esq. (SBN 62182)
595 Market Street, Suite 1320
San Francisco, CA 94105
Telephone: (415) 956-6500
Facsimile: (415) 956-6580

Attorneys for Plaintiffs

IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JIMMY D. HAWS, SETH DANIEL HAWS and MIA SKYE HAWS, minors, by and through their guardian ad litem, CARRIE A. HAWS, and CARRIE A. HAWS, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY, MICHAEL KANALAKIS, NATIVIDAD MEDICAL CENTER and DOES 1-300, inclusive,<br><br>Defendants. | Case No. C 07-02599 JF<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO DEPOSE PRISONER PURSUANT TO FRCP 30(a)(2)(B)**<br><br>Date:  October 22, 2008<br>Time:  9:30 a.m.<br>Court Rm:  4<br><br>Magistrate Judge:  Hon. Richard Seeborg |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT ON October 22, 2008, at 9:30 a.m. or as soon thereafter as the matter may be heard in the above-entitled Court located at 280 South First Street, Court Room 4, 5th Floor, San Jose, California 95113, Plaintiffs will and hereby does move this Court for an Order to Depose Prisoner Pursuant to FRCP 30(a)(2)(B).

*Jimmy D. Haws, et al. V. County of Monterey, et al.*
Plaintiff's Notice of Motion and Motion to
Depose Prisoner Pursuant to FRCP 30(a)(2)(B)
Case No. C 07-02599 JF
Page 1 of 2

1     This motion will be based on this Notice of Motion and Motion filed herewith and the
2 Declaration of attorney Ralph W. Boroff.

4 Dated: September 11, 2008

                                              _____
                                              RALPH W. BOROFF
                                              Attorney for Plaintiffs

*Jimmy D. Haws, et al. V. County of Monterey, et al.*     Case No. C 07-02599 JF
Plaintiff's Notice of Motion and Motion to
Depose Prisoner Pursuant to FRCP 30(a)(2)(B)
Page 2 of 2