Ralph W. Boroff, Esq. (SBN 59164)
55 River Street, Suite 100
Santa Cruz, CA 95060
Telephone: (831) 458-0502
Facsimile: (831) 426-0159

Michael B. Moore, Esq. (SBN 62182)
595 Market Street, Suite 1320
San Francisco, CA 94105
Telephone: (415) 956-6500
Facsimile: (415) 956-6580

Attorneys for Plaintiffs

IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JIMMY D. HAWS, SETH DANIEL HAWS and MIA SKYE HAWS, minors, by and through their guardian ad litem, CARRIE A. HAWS, and CARRIE A. HAWS, individually<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY, MICHAEL KANALAKIS, NATIVIDAD MEDICAL CENTER and DOES 1-300, inclusive,<br><br>Defendants. | Case No. C 07-02599 JF<br><br>**(PROPOSED) ORDER AFTER HEARING RE: MOTION TO DEPOSE PRISONER PURSUANT TO FRCP 30(a)(2)(B)** |

The above entitled motion came before the Court for hearing on the 22nd day of October, 2008, Honorable Magistrate Richard Seeborg presiding. For good cause shown plaintiffs are permitted to depose the witnesses Christopher Lee Griffith and Abel Hernandez at the convenience of counsel and the California Department of Correction and California Department of Mental Health.

*Jimmy D. Haws, et al. v. County of Monterey, et al.*
(Proposed) Order After Hearing Re: Motion to
Depose Prisoner Pursuant to FRCP 30(a)(2)(B)

Case No. C 07-02599 JF

Page 1 of 2

1    It is so Ordered this ____ day of _____, 2008.

2

3

4    _____
     Hon. Richard Seeborg, U.S. Magistrate
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   *Jimmy D. Haws, et al. V. County of Monterey, et al.*                                   Case No. C 07-02599 JF
     (Proposed) Order After Hearing Re: Motion to
     Depose Prisoner Pursuant to FRCP 30(a)(2)(B)