1  Ralph W. Boroff, Esq. (SBN 59164)
   55 River Street, Suite 100
2  Santa Cruz, CA 95060
   Telephone: (831) 458-0502
3  Facsimile: (831) 426-0159

4  Michael B. Moore, Esq. (SBN 62182)
   595 Market Street, Suite 1320
5  San Francisco, CA 94105
   Telephone: (415) 956-6500
6  Facsimile: (415) 956-6580

7  Attorneys for Plaintiffs

8

9

10             IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

11                  NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

12                                  SAN JOSE DIVISION

13

| | |
|---|---|
| JIMMY D. HAWS, SETH DANIEL HAWS and MIA SKYE HAWS, minors, by and through their guardian ad litem, CARRIE A. HAWS, and CARRIE A. HAWS, individually | Case No. C 07-02599 JF |
| | **CERTIFICATE OF SERVICE** |
| Plaintiffs, | |
| v. | |
| COUNTY OF MONTEREY, MICHAEL KANALAKIS, NATIVIDAD MEDICAL CENTER and DOES 1-300, inclusive, | |
| Defendants. | |

*Jimmy D. Haws, et al. V. County of Monterey, et al.*
Certificate of Service

Case No. C 07-02599 JF

Page 1 of 2

PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of Santa Cruz; I am over the age of 18 and not a party to the within action. My business address is 55 River Street, Suite 100, Santa Cruz, California.

On the date herein below specified, I served the foregoing document, described as set forth below on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes, at Santa Cruz, California and addressed as follows:

DATE OF SERVICE:        September 11, 2008

DOCUMENT SERVED:

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO DEPOSE PRISONER PURSUANT TO FRCP 30(a)(2)(B);

DECLARATION OF RALPH W. BOROFF IN SUPPORT OF MOTION AND MOTION TO DEPOSE PRISONER PURSUANT TO FRCP 30(a)(2)(B); and

(PROPOSED) ORDER AFTER HEARING RE: MOTION TO DEPOSE PRISONER PURSUANT TO FRCP 30(a)(2)(B)

COUNSEL SERVED:

*Attorneys for*
*Defendant County of Monterey*
Traci Kirkbride, Deputy County Counsel
Office of the County Counsel
County of Monterey
168 W. Alisal Street
Salinas, CA 93901
Email: kirkbrideta@co.monterey.ca.us

*Co-Counsel*
*for Plaintiffs*
Michael B. Moore, Esq.
595 Market Street, Suite 1320
San Francisco, CA 94105
Email: mbm@mooreandbrowning.com

[ X ] (BY E-FILING WITH THE U.S. DISTRICT COURT) By submitting these documents for Electronic Case Filing, pursuant to Local Rule 5-4 and General Order 45, at the Law Office of Ralph W. Boroff, 55 River Street, Suite 100, Santa Cruz, California.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct. Executed this 11th day of September, 2008, at Santa Cruz, California, 95060.

_____
Jean Vitug