**United States District Court**
For the Northern District of California

1

2

3                                                                  **\*E-FILED 9/30/08\***

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7               FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                              SAN JOSE DIVISION

9     JIMMY D. HAWS, et al.,                          NO. C 07-2599 JF (RS)

10              Plaintiffs,                           **ORDER GRANTING MOTION
                                                      TO DEPOSE PRISONERS**
11        v.

12    COUNTY OF MONTEREY, et al.,

13              Defendants.

14    _____/

15

16        On September 11, 2008, plaintiffs moved to depose prisoner witnesses Christopher Lee

17    Griffith and Abel Hernandez pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure.

18    In light of the stipulated agreement between the parties that such depositions should take place, it is

19    hereby ordered that:

20        (1) The deposition of the above named prisoners shall take place at the convenience of the

21    California Department of Correction and California Department of Mental Health.

22        (2) The hearing scheduled for October 22, 2008, is vacated.

23        IT IS SO ORDERED.

24

25    Dated: September 30, 2008

                                                      _____
26                                                    RICHARD SEEBORG
                                                      United States Magistrate Judge

27

28

                                                 1