1  Ralph W. Boroff, Esq. (SBN 59164)
   55 River Street, Suite 100
2  Santa Cruz, CA 95060
   Telephone: (831) 458-0502                **E-Filed 7/2/2009**
3  Facsimile: (831) 426-0159

4  Michael B. Moore, Esq. (SBN 62182)
   100 Spear Street, Suite 1640
5  San Francisco, CA 94105
   Telephone: (415) 956-6500
6  Facsimile: (415) 956-6580

7  Attorneys for Plaintiffs

8

9

10             IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

11                  NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

12                                SAN JOSE DIVISION

13

14 | JIMMY D. HAWS, SETH DANIEL HAWS )   Case No.  C 07-02599 JF
   | and  MIA SKYE HAWS, minors, by and )
   | through their guardian ad litem, CARRIE A. )   ~~(PROPOSED)~~
15 | HAWS, and CARRIE A. HAWS, individually )   ORDER CONTINUING
   |                                        )   STATUS/CASE MANAGEMENT
16 |            Plaintiffs,                 )   CONFERENCE
   |                                        )
17 |      v.                                )
   |                                        )
18 | COUNTY OF MONTEREY, MICHAEL )
   | KANALAKIS, NATIVIDAD MEDICAL )
19 | CENTER and DOES 1-300, inclusive,      )
   |                                        )
20 |            Defendants.                 )
   | _____ )

21

22  ///

23  ///

24  ///

25  ///

26  ///

27

28 *Jimmy D. Haws, et al. V. County of Monterey, et al.*                    Case No. C 07-02599 JF
   (Proposed) Order Continuing Status/Case Management Conference

                                       Page 1 of 2

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Good cause appearing upon the Declaration of Ralph W. Boroff and the Stipulation of |
| 3 | Counsel it is hereby ORDERED that the Status/Case Management Conference in the above |
| 4 | entitled case be continued to August 21, 2009, at 11:00 a.m. and the hearing now calendared for |
| 5 | July 10, 2009, at 11:00 a.m. be vacated. |
| 6 | It is so Ordered this __29th__ day of June, 2009. |

_____
Jeremy Fogel
Judge of the Federal District Court
for the Northern District of California

*Jimmy D. Haws, et al. v. County of Monterey, et al.*  Case No. C 07-02599 JF
(Proposed) Order Continuing Status/Case Management Conference

Page 2 of 2