# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
### COURTROOM NO. 3 - 5™ FLOOR

## CIVIL MINUTES

**Court Proceedings:** Law and Motion Hearing, August 21, 2009     Time: 5 mins
**Case Number:** CV-07-2599-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Lee-Anne Shortridge

---

**TITLE:**     **JIMMY HAWS, ET AL V. COUNTY OF MONTEREY, ET AL**

**PLAINTIFF**               **DEFENDANT**

**Attorneys Present:** Ralph Boroff, Michael Moore     **Attorneys Present:** Traci Kirkbride
Harriet Brown

PROCEEDINGS:

    Hearing on Petitions to Approve Compromise held. Parties are present. The Court grants the petitions.