Michael B. Moore, Esq. (SBN 62182)
100 Spear Street, Suite 1640
San Francisco, California 94105
Telephone:  (415) 956-6500
Facsimile:  (415) 956-6580
Email:  mbm@moore-law.net

Ralph W. Boroff, Esq.
55 River Street, Suite 100
Santa Cruz, CA 95060
Telephone:  (831) 458-0502
Facsimile:  (831) 426-0159

Attorneys for Plaintiffs JIMMY D. HAWS & CARRIE A. HAWS

**E-Filed 8/31/2009**

IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JIMMY D. HAWS, SETH DANIEL HAWS, AND MIA SKYE HAWS, minors, by and through their guardian ad litem, CARRIE A. HAWS, and CARRIE A. HAWS, individually<br><br>Plaintiff,<br>v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>Defendants. | CASE NO.:  C07 02599 JF<br><br>**ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT (ENTIRE DOCUMENT)**<br><br>Judge:    Hon. JEREMY FOGEL |

PETITION TO APPROVE COMPROMISE OF DISPUTED CLAIM OR DISPOSITION OF PROCEEDS OF JUDGMENT FOR MINOR OR ADULT PERSON WITH A DISABILITY

| | MC-355 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):*<br>Michael B. Moore, Esq. (SBN 62182)   Ralph W. Boroff, Esq. (SBN 59164)<br>Law Office of Michael B. Moore            55 River Street, Suite 100<br>100 Spear Street, Suite 1640                   Santa Cruz, CA 95060<br>San Francisco, CA 94105<br>TELEPHONE NO.: (415) 956-6500   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* | FOR COURT USE ONLY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME:<br>CASE NAME: HAWS v. COUNTY OF MONTEREY, et al. | |
| **ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT** | CASE NUMBER:<br>C07 02599 JF |

1. The petition of *(name):* CARRIE HAWS
   as *(specify capacity):* Guardian ad Litem for SETH DANIEL HAWS     to deposit funds in a blocked account or
   blocked accounts came on for hearing on *(date):* August 21, 2009   at *(time):* 9:00 a.m.
   in Dept.: Courtroom 3

**THE COURT ORDERS**

2. Money that belongs to *(name):* SETH DANIEL HAWS
   shall be deposited in an interest-bearing, federally insured blocked account or accounts.

3. Each account shall indicate the name of the minor or other person who owns the account.

4. The total amount authorized for deposit, including any accrued interest, is: $ 30,485.34

5. Withdrawals *(check a or b):*
   a. ☐ No withdrawals of principal or interest shall be made from the blocked account or accounts without a written order under this case name and number, signed by a judge, and bearing the seal of this court. The money on deposit is not subject to escheat.
   b. ☒ The blocked account or accounts belong to a minor. The minor was born on *(date):* 10/08/02
      No withdrawals of principal or interest shall be made from the blocked account or accounts without a written order under this case name and number, signed by a judge, and bearing the seal of this court, until the minor attains the age of 18 years. When the minor attains the age of 18 years, the depository, without further order of this Court, is authorized and directed to pay by check or draft directly to the former minor, upon proper demand, all moneys including interest deposited under this order. The money on deposit is not subject to escheat.

6. The petitioner and the petitioner's attorney, if any, shall deliver a copy of this order to each depository in which funds are deposited under this order. The depository's acknowledgment of receipt of the order and the funds shall be filed with this court within 15 days of deposit.

Date: 8/27/2009

_____
JUDGE OF THE SUPERIOR COURT

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
MC-355 [New January 1, 2002]

**ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT**

Legal Solutions Plus

Code of Civil Procedure, § 372;
Probate Code, § 3600 et seq.;
Cal. Rules of Court, rules 378 and 7.953