```
 1  CHARLES J. McKEE        (SBN 152458)
    County Counsel
 2  TRACI A. KIRKBRIDE      (SBN 195690)
    Deputy County Counsel
 3  Office of the County Counsel
    County of Monterey
 4  168 West Alisal Street, 3rd Floor
    Salinas, California  93901-2680
 5  Telephone:  (831) 755-5045
    Facsimile:   (831) 755-5283
 6  Email: kirkbrideta@co.monterey.ca.us

 7  Attorneys for Defendants COUNTY OF MONTEREY and
    MICHAEL KANALAKIS
 8
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY D. HAWS, SETH DANIEL HAWS, and MIA SKYE HAWS, minors, by and through their guardian ad litem, CARRIE A. HAWS, and CARRIE A. HAWS, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY, MICHAEL KANALAKIS, NATIVIDAD MEDICAL CENTER and DOES 1-300, inclusive,<br><br>Defendants. | Case No. C 07-02599 JF<br><br>STIPULATION FOR DISMISSAL OF CASE<br><br>[FRCP 41(a)(1)(A)(ii)] |

The parties hereby stipulate that the parties have now fully executed the Settlement and Release Agreement in this matter and that Plaintiffs have now received all monies as negotiated and referenced in the Settlement and Release Agreement.

///

///

///

///

///

1   Accordingly, the parties hereby stipulate that this matter may now be dismissed.

3   IT IS SO STIPULATED:

5   DATED: September 10, 2009

                                     CHARLES J. McKEE, County Counsel

                              By:    /s/   Traci A. Kirkbride

                                   TRACI A. KIRKBRIDE,
                                   Deputy County Counsel

                                   Attorneys for Defendants COUNTY OF MONTEREY and MICHAEL KANALAKIS

DATED: September 28, 2009       By:    /s/   Michael B. Moore

                                   MICHAEL B. MOORE

                                   Attorney for Plaintiffs JIMMY D. HAWS, SETH DANIEL HAWS, and MIA SKYE HAWS, minors, by and through their *guardian ad litem*, CARRIE A. HAWS, and CARRIE A. HAWS, individually

DATED: September 30, 2009       By:    /s/   Ralph W. Boroff

                                   RALPH W. BOROFF

                                   Attorney for Plaintiffs JIMMY D. HAWS, SETH DANIEL HAWS, and MIA SKYE HAWS, minors, by and through their *guardian ad litem*, CARRIE A. HAWS, and CARRIE A. HAWS, individually

Pursuant to the foregoing stipulation of counsel, this matter is hereby dismissed.

_____     _____

Jeremy Fogel                                           Dated
United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28