1  CHARLES J. McKEE       (SBN 152458)
   County Counsel
2  TRACI A. KIRKBRIDE      (SBN 195690)
   Deputy County Counsel
3  Office of the County Counsel
   County of Monterey
4  168 West Alisal Street, 3rd Floor
   Salinas, California  93901-2680
5  Telephone:  (831) 755-5045
   Facsimile:   (831) 755-5283
6  Email: kirkbrideta@co.monterey.ca.us

7  Attorneys for Defendants COUNTY OF MONTEREY and
   MICHAEL KANALAKIS
8

9               IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  JIMMY D. HAWS, SETH DANIEL HAWS,           Case No. C 07-02599 JF
    and MIA SKYE HAWS, minors, by and
    through their guardian ad litem, CARRIE A.  STIPULATION FOR DISMISSAL OF
13  HAWS, and CARRIE A. HAWS,                  CASE
    individually,
14                                              [FRCP 41(a)(1)(A)(ii)]
                    Plaintiffs,
15
    v.
16
    COUNTY OF MONTEREY, MICHAEL
17  KANALAKIS, NATIVIDAD MEDICAL
    CENTER and DOES 1-300, inclusive,
18
                    Defendants.
19  _____/

20

21       The parties hereby stipulate that the parties have now fully executed the Settlement and Release

22  Agreement in this matter and that Plaintiffs have now received all monies as negotiated and referenced

23  in the Settlement and Release Agreement.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1 | Accordingly, the parties hereby stipulate that this matter may now be dismissed.

3 | IT IS SO STIPULATED:

5 | DATED: September 10, 2009

6 | CHARLES J. McKEE, County Counsel

8 | By: /s/ Traci A. Kirkbride

9 | TRACI A. KIRKBRIDE,
Deputy County Counsel

Attorneys for Defendants COUNTY OF MONTEREY and MICHAEL KANALAKIS

13 | DATED: September 28, 2009    By: /s/ Michael B. Moore

14 | MICHAEL B. MOORE

Attorney for Plaintiffs JIMMY D. HAWS, SETH DANIEL HAWS, and MIA SKYE HAWS, minors, by and through their *guardian ad litem*, CARRIE A. HAWS, and CARRIE A. HAWS, individually

19 | DATED: September 30, 2009    By: /s/ Ralph W. Boroff

20 | RALPH W. BOROFF

Attorney for Plaintiffs JIMMY D. HAWS, SETH DANIEL HAWS, and MIA SKYE HAWS, minors, by and through their *guardian ad litem*, CARRIE A. HAWS, and CARRIE A. HAWS, individually

24 | Pursuant to the foregoing stipulation of counsel, this matter is hereby dismissed.

[signature]    10/22/09

Jeremy Fogel                Dated
United States District Court Judge

---

*Jimmy D. Haws, et al. v. County of Monterey, et al.*                Case No. C 07-02599 JF
Stipulation for Dismissal of Case                                     2 of 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28